UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

TERRA FIRMA INVESTMENTS (GP) 2 LIMITED,
and TERRA FIRMA INVESTMENTS (GP) 3
LIMITED,

                             Plaintiffs,

      -against-

CITIGROUP INC., CITIBANK, N.A., CITIGROUP
GLOBAL MARKETS LIMITED and CITIGROUP
GLOBAL MARKETS INC.,

                             Defendants.

------------------------------------------------------------------ X



RECEIVED
DEC 23 2009
U.S.D.C. S.D.N.Y.
CASHIERS

JUDGE RAKOFF

09-CIV 10459

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendants Citigroup Inc., Citibank, N.A., Citigroup Global Markets Limited, and Citigroup Global Markets Inc. states as follows:

Citigroup Inc. is a publicly traded corporation that has no parent corporation. No publicly held corporation owns 10 percent or more of its stock.

Citibank, N.A. is a wholly owned subsidiary of Citigroup Inc. Citigroup Inc. is a publicly traded corporation that has no parent corporation. No publicly held corporation owns 10 percent or more of its stock.

Citigroup Global Markets Limited is a wholly owned subsidiary of Citigroup Global Markets Europe Limited, which is a wholly owned subsidiary of Citigroup Inc. Citigroup Inc. is a publicly traded corporation that has no parent corporation. No publicly held corporation owns 10 percent or more of its stock.

Citigroup Global Markets Inc. is an indirect, wholly owned subsidiary of Citigroup Global Markets Holdings Inc., which is a wholly owned subsidiary of

Citigroup Inc. Citigroup Inc. is a publicly traded corporation that has no parent corporation. No publicly held corporation owns 10 percent or more of its stock.

Dated: December 23, 2009
       New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Brad S. Karp, Esq.
Theodore V. Wells, Jr., Esq.
Jay Cohen, Esq.
John F. Baughman, Esq.

1285 Avenue of the Americas
New York, New York 10019-6064
Tel. (212) 373-3000
Fax (212) 757-3990
bkarp@paulweiss.com
twells@paulweiss.com
jaycohen@paulweiss.com
jbaughman@paulweiss.com

*Attorneys for Defendants Citigroup Inc., Citibank, N.A., Citigroup Global Markets Limited, and Citigroup Global Markets Inc.*