**Excerpts of the Deposition of Peter Edward Bell have been filed under seal pursuant to Protective Order.**