**Excerpts of the Deposition of Simon A. Borrows have been filed under seal pursuant to Protective Order.**