CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
IN THE MATTER OF TERRA FIRMA INVESTMENTS
(GP) LIMITED (for and on behalf of
The six limited partnerships
Constituting the Terra Firma
Capital Partners II Fund), and
TERRA FIRMA INVESTMENTS (GP) 3
LIMITED (for and on behalf of
Terra Firma Capital Partners
III, L.P.),

                              Plaintiffs,

        vs.                            Index No.
                                       09-CIV-10459

CITIGROUP INC., CITIBANK
N.A., CITIGROUP GLOBAL MARKETS
LIMITED and CITIGROUP GLOBAL
MARKETS, INC.,

                      Defendants.
-------------------------------------------x
              CONFIDENTIAL
                      July 19, 2010
                      9:07 a.m.


        Videotaped Deposition of MARIANNE DeMARIO,

taken by Defendants, pursuant to Notice,

at the offices of Paul, Weiss, Rifkind,

Wharton & Garrison LLP, 1285 Avenue of the

Americas, New York, New York, before TAMMEY M.

PASTOR, a Registered Professional Reporter,

Certified LiveNote Reporter and Notary Public

within and for the State of New York.

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 47

|          |    | MARIANNE DeMARIO                                 |
|----------|----|-------------------------------------------------|
| 09:49:46 | 2  | Q.    So you, just so I understand              |
| 09:49:49 | 3  | this, Ms. DeMario, you've been instructed by    |
| 09:49:51 | 4  | counsel with respect to the tortious            |
| 09:49:55 | 5  | interference claim now and that's all we're     |
| 09:49:57 | 6  | talking about; correct?                         |
| 09:49:58 | 7  | MR. GRAVANTE:   Objection to the                |
| 09:49:58 | 8  | form.                                           |
| 09:49:58 | 9  | Q.    Let me clarify. We are talking            |
| 09:50:00 | 10 | about the tortious interference claim; correct? |
| 09:50:02 | 11 | MR. GRAVANTE:   Objection to the                |
| 09:50:02 | 12 | form.                                           |
| 09:50:02 | 13 | A.    Yes.                                      |
| 09:50:02 | 14 | Q.    With respect to the tortious              |
| 09:50:05 | 15 | interference claim it's your testimony you've   |
| 09:50:08 | 16 | been asked to assume the level of EBITDA lost   |
| 09:50:12 | 17 | by EMI; is that correct?                        |
| 09:50:16 | 18 | A.    That's correct.                           |
| 09:50:21 | 19 | Q.    So explain for me again your             |
| 09:50:22 | 20 | assignment with that assumption.                |
| 09:50:26 | 21 | A.    My assignment is to quantify the          |
| 09:50:32 | 22 | loss of value that resulted from -- that        |
| 09:50:38 | 23 | results from a loss of EBITDA at a certain      |
| 09:50:40 | 24 | level.                                          |
| 09:50:46 | 25 | Q.    And that loss of value will               |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 48

|          |    |                                              |
|----------|----|----------------------------------------------|
|          | 1  | MARIANNE DeMARIO                             |
| 09:50:50 | 2  | translate into a level of damages upon which |
| 09:50:53 | 3  | you're opining in your report?               |
| 09:50:56 | 4  | A.    That's correct.                        |
| 09:51:01 | 5  | Q.    As you sit here now, other than        |
| 09:51:05 | 6  | the Citigroup analyst report to which you    |
| 09:51:07 | 7  | referenced, can you identify any other conduct |
| 09:51:11 | 8  | that serves as the basis for this damages    |
| 09:51:14 | 9  | calculation on the tortious interference claim? |
| 09:51:17 | 10 | A.    Not that I can recall.                 |
| 09:51:19 | 11 | Q.    Are you opining on the level of        |
| 09:51:30 | 12 | damages in euros in this case?               |
| 09:51:36 | 13 | A.    Yes.                                   |
| 09:51:37 | 14 | Q.    Why are you doing that?                |
| 09:51:38 | 15 | A.    Counsel asked me to express it in      |
| 09:51:43 | 16 | euros because the funds at issue in this case, |
| 09:51:48 | 17 | Fund 2 and Fund 3 accept money, accept       |
| 09:51:54 | 18 | investments in euros.  And pay back their funds |
| 09:51:56 | 19 | in euros.                                    |
| 09:52:00 | 20 | Q.    But you understand, do you not,        |
| 09:52:01 | 21 | that the acquisition of EMI was made in pounds; |
| 09:52:06 | 22 | correct?                                     |
| 09:52:06 | 23 | A.    It's my understanding that the         |
| 09:52:08 | 24 | acquisition of EMI was made in pounds, but that |
| 09:52:12 | 25 | Plaintiffs received the investments from their |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 49

| | | |
|---|---|---|
| | 1 | MARIANNE DeMARIO |
| 09:52:16 | 2 | investors in euros. |
| 09:52:22 | 3 | Q.    Who in your last sentence are the |
| 09:52:24 | 4 | investors? |
| 09:52:25 | 5 | A.    The individual investors in the |
| 09:52:27 | 6 | Terra Firma funds. |
| 09:52:30 | 7 | Q.    So you're saying that the |
| 09:52:31 | 8 | individual investors that invest in the Terra |
| 09:52:34 | 9 | Firma funds make those investments in euros; |
| 09:52:37 | 10 | correct? |
| 09:52:37 | 11 | A.    That's my understanding. |
| 09:52:39 | 12 | Q.    But that the actual acquisition |
| 09:52:41 | 13 | that's the subject of the lawsuit was made by |
| 09:52:45 | 14 | Terra Firma or its affiliates in pounds; |
| 09:52:48 | 15 | correct? |
| 09:52:48 | 16 | A.    That's my understanding. |
| 09:52:52 | 17 | Q.    Notwithstanding that your damages |
| 09:52:54 | 18 | are reflected in your report in euros? |
| 09:53:00 | 19 | A.    My damages are in euros in my |
| 09:53:01 | 20 | report, that is correct. |
| 09:53:03 | 21 | Q.    That is at the direction of |
| 09:53:05 | 22 | counsel that you've done it that way? |
| 09:53:06 | 23 | A.    Correct. |
| 09:53:09 | 24 | Q.    Do you have an understanding |
| 09:53:10 | 25 | whether the value of the pounds versus the euro |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 50

|  |  |  |
|--|--|--|
| | 1 | MARIANNE DeMARIO |
| 09:53:14 | 2 | has fluctuated in the time period between 2007 |
| 09:53:17 | 3 | and 2010? |
| 09:53:18 | 4 | A.    Yes. |
| 09:53:19 | 5 | Q.    Would you agree, Ms. DeMario, |
| 09:53:20 | 6 | that in May 2007, 1 pound used to equal about |
| 09:53:27 | 7 | 1.46 euros? |
| 09:53:32 | 8 | A.    I believe that's correct, but I'd |
| 09:53:33 | 9 | like to look at my report to confirm that's the |
| 09:53:36 | 10 | accurate number. |
| 09:53:37 | 11 | Q.    Why don't we mark your report |
| 09:53:38 | 12 | then and let you do this.  It is no mystery |
| 09:53:41 | 13 | here.  Why don't we mark as DeMario Exhibit 1 |
| 09:53:45 | 14 | Ms. DeMario's report. |
| 09:53:45 | 15 | (DeMario Exhibit 1 for |
| 09:53:45 | 16 | identification, Expert Report of Marianne |
| 09:54:05 | 17 | DeMario, no production numbers.) |
| 09:54:05 | 18 | Q.    Take a look through that, |
| 09:54:08 | 19 | Ms. DeMario.  Take a look through that and let |
| 09:54:10 | 20 | me just ask you some preliminaries.  What do |
| 09:54:16 | 21 | you understand that document to be? |
| 09:54:45 | 22 | A.    This appears to be a copy of my |
| 09:54:47 | 23 | report.  Due to the extent of it, it is hard |
| 09:54:53 | 24 | for me to assure it's complete.  But it appears |
| 09:54:55 | 25 | to be a complete copy of my report. |

Page 51

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 09:54:57 | 2 | Q. Understand. Let me represent to |
| 09:55:00 | 3 | you and for the record, the copy that we've |
| 09:55:02 | 4 | marked as DeMario Exhibit 1 is our |
| 09:55:05 | 5 | understanding of -- is our understanding to be |
| 09:55:10 | 6 | a copy of your report, but we included in the |
| 09:55:16 | 7 | back your revised appendix. |
| 09:55:18 | 8 | Do you understand what I'm |
| 09:55:19 | 9 | referring to when I say your revised appendix? |
| 09:55:23 | 10 | A. I do not. |
| 09:55:24 | 11 | Q. Do you understand you had |
| 09:55:25 | 12 | submitted after the date of your report a |
| 09:55:27 | 13 | revised appendix? |
| 09:55:30 | 14 | A. I don't recall that. |
| 09:55:31 | 15 | Q. Okay. You don't recall that one |
| 09:55:33 | 16 | way or the other? |
| 09:55:33 | 17 | A. I do not. |
| 09:55:33 | 18 | Q. I will represent to you we did |
| 09:55:37 | 19 | receive a revised appendix that appeared to |
| 09:55:39 | 20 | have some changes made and that's the appendix |
| 09:55:42 | 21 | that is included in what's been marked as |
| 09:55:45 | 22 | DeMario Exhibit 1; is that fair? |
| 09:55:47 | 23 | A. Which appendix was revised? |
| 09:55:51 | 24 | Q. Do you know which appendix was |
| 09:55:52 | 25 | revised? |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 52

```
                 1              MARIANNE DeMARIO
09:55:53    2          A.    As I previously testified, I
09:55:58    3     don't recall submitting a revised appendix.
09:56:02    4          Q.    Is it possible your staff made
09:56:05    5     calculations or counsel made calculations or
09:56:07    6     revisions that found their way into a revised
09:56:11    7     appendix?
09:56:12    8              MR. GRAVANTE:   Objection to the
09:56:17    9         form.
09:56:17   10          A.    I would like to know which
09:56:18   11     appendix it was.  It may be an appendix that
09:56:23   12     has nothing to do with calculations.
09:56:25   13          Q.    That's fair.
09:56:26   14          A.    It's certainly possible my staff
09:56:28   15     may have done something minor and resubmitted
09:56:34   16     it.
09:56:34   17          Q.    But you're not aware one way or
09:56:36   18     the other?
09:56:36   19          A.    I don't recall.
09:56:36   20          Q.    Let's get back to the questions
09:56:39   21     on euros.  Can you turn for me, if you would,
09:56:42   22     to your Exhibit L1.
09:57:06   23              Do you have that?
09:57:09   24          A.    Yes.
09:57:10   25          Q.    If you look at the bottom of
```

Page 53

|  | 1 | MARIANNE DeMARIO |

09:57:12  2    Exhibit L1 under footnote 3 it says "currency

09:57:16  3    converted using average May 2007 pounds to

09:57:20  4    euro exchange rate of 1.4677."

09:57:24  5            Do you see that?

09:57:25  6        A.    Yes.

09:57:27  7        Q.    Does that refresh your

09:57:28  8    recollection that in May 2007 the exchange

09:57:33  9    rate between pounds to euros was 1 to 1.4677

09:57:38 10    euros?

09:57:39 11        A.    Yes.

09:57:40 12        Q.    Turn quickly -- let me ask you,

09:57:43 13    do you recall that the exchange rate between

09:57:48 14    pounds and euros in June 2010 was 1 pound to

09:57:56 15    1.19 euros?

09:58:00 16        A.    That sounds generally correct.

09:58:03 17        Q.    Okay.

09:58:04 18        A.    If I can turn to the exhibit.

09:58:05 19        Q.    Of course.  Yes it is Exhibit M1.

09:58:07 20    It is the second page of Exhibit M1.  Footnote

09:58:15 21    4.  I take it back it is either page it's

09:58:18 22    reflected.

09:58:18 23            If you look at footnote 4 of your

09:58:22 24    Exhibit M1 it states "Currency converted using

09:58:26 25    June 1, 2010 pounds to euros exchange rate of

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 54

|          |    | MARIANNE DeMARIO                              |
|----------|----|----------------------------------------------|
| 09:58:29 | 2  | 1.1980."                                     |
| 09:58:32 | 3  | Do you see that?                             |
| 09:58:32 | 4  | A.    Yes.                                    |
| 09:58:33 | 5  | Q.    Does that refresh your                 |
| 09:58:35 | 6  | recollection that that was the pounds to euro |
| 09:58:39 | 7  | exchange rate in or around June 1, 2010?     |
| 09:58:43 | 8  | A.    Yes.                                    |
| 09:58:50 | 9  | Q.    So to understand this, so is it        |
| 09:58:54 | 10 | fair to say, Ms. DeMario, if Terra Firma     |
| 09:58:56 | 11 | suffered damages of 100 pounds in May 2007,  |
| 09:59:01 | 12 | that would have been equal to about 146 euros |
| 09:59:05 | 13 | at that time; is that right?                 |
| 09:59:09 | 14 | A.    That's correct.                        |
| 09:59:12 | 15 | Q.    But that same level of damages         |
| 09:59:13 | 16 | measured in June 2010, 146.77 euros would in |
| 09:59:19 | 17 | fact equal about 122 pounds in June 2010; isn't |
| 09:59:23 | 18 | that correct?                                |
| 09:59:24 | 19 | A.    If we just want to use math and        |
| 09:59:29 | 20 | translate pounds into euros at two separate  |
| 09:59:32 | 21 | dates, then that's correct.  Yes.            |
| 09:59:35 | 22 | Q.    Do you agree therefore that by         |
| 09:59:37 | 23 | simply reflecting your damages opinions in   |
| 09:59:39 | 24 | euros that any Plaintiff award will result in |
| 09:59:45 | 25 | approximately 20 percent higher recovery if it |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 55

1                    MARIANNE DeMARIO

09:59:48  2    was measured in pounds?

09:59:50  3                 MR. GRAVANTE:   Objection to the

09:59:50  4         form.

09:59:52  5         A.    I don't agree with that.

09:59:53  6         Q.    Why not?

09:59:54  7         A.    Because at the end of the day

09:59:57  8    Terra Firma needs to pay back its investors in

10:00:01  9    euros.  So if they were to receive 100 euros,

10:00:09 10    but had to pay back -- sorry, they were to

10:00:12 11    receive 100 pounds, but had to pay back their

10:00:16 12    investors at a higher number than that, they

10:00:21 13    would need to receive that additional money in

10:00:25 14    order to be made whole.

10:00:29 15         Q.    And it's your opinion that they

10:00:32 16    would need to recover amounts in euros in order

10:00:36 17    to be made whole; is that your opinion?

10:00:39 18                 MR. GRAVANTE:   Objection to the

10:00:39 19         form.

10:00:41 20         A.    In order for them to pay back

10:00:44 21    their investors, because they have to pay back

10:00:47 22    their investors in euros it needs to be

10:00:52 23    quantified in euros.  Or else they would be

10:00:55 24    receiving an amount less than the amount they

10:00:57 25    would need to pay back their investors.

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 56

|          |    |                                                  |
|----------|----|--------------------------------------------------|
|          | 1  | MARIANNE DeMARIO                                 |
| 10:00:59 | 2  | Q.    And is that explanation laid out           |
| 10:01:02 | 3  | in your report anywhere?                         |
| 10:01:05 | 4  | A.    I don't know if it is or not, I'd          |
| 10:01:07 | 5  | have to read through it again.                   |
| 10:01:11 | 6  | Q.    But if we were, if damages were            |
| 10:01:13 | 7  | to be measured in pounds, you would agree that   |
| 10:01:17 | 8  | your currency conversion calculation here would  |
| 10:01:22 | 9  | inflate the amount of pounds that would be       |
| 10:01:23 | 10 | awarded?                                         |
| 10:01:26 | 11 | MR. GRAVANTE:   Objection to the                 |
| 10:01:26 | 12 | form.                                            |
| 10:01:26 | 13 | A.    I don't understand that question.          |
| 10:01:30 | 14 | Q.    Isn't it true, Ms. DeMario, that           |
| 10:01:32 | 15 | if an award of damages here was to be made in    |
| 10:01:36 | 16 | pounds, that simply by virtue of your currency   |
| 10:01:40 | 17 | conversion that you have inflated the amount of  |
| 10:01:43 | 18 | pounds that would be awarded in damages?         |
| 10:01:45 | 19 | MR. GRAVANTE:   Objection to the                 |
| 10:01:47 | 20 | form, asked and answered.                        |
| 10:01:48 | 21 | A.    If you're asking me if it was to           |
| 10:01:53 | 22 | be awarded in pounds, and we took the amount of  |
| 10:01:57 | 23 | euros that I've calculated and translated it     |
| 10:02:03 | 24 | back into pounds, mathematically the answer is   |
| 10:02:08 | 25 | yes, that number would be different.             |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 57

| | | |
|---|---|---|
| | 1 | MARIANNE DeMARIO |
| 10:02:19 | 2 | Q.   Let me go through some background |
| 10:02:20 | 3 | with you quickly, Ms. DeMario.  When were you |
| 10:02:23 | 4 | retained for this case? |
| 10:02:24 | 5 | A.   I'd say late winter of 2010. |
| 10:02:31 | 6 | Q.   And who retained you? |
| 10:02:33 | 7 | A.   Terra Firma retained me. |
| 10:02:40 | 8 | Q.   Who at Terra Firma retained you? |
| 10:02:42 | 9 | A.   It went through the attorneys. |
| 10:02:45 | 10 | The counsel at Boies actually retained me. |
| 10:02:47 | 11 | Q.   Who at Boies retained you? |
| 10:02:50 | 12 | A.   Karen Dyer. |
| 10:02:58 | 13 | MR. GRAVANTE:   D-Y-E-R. |
| 10:03:00 | 14 | Q.   What are you being paid for your |
| 10:03:02 | 15 | work in this case? |
| 10:03:06 | 16 | A.   I don't understand that question. |
| 10:03:07 | 17 | Q.   Are you being paid for your work |
| 10:03:08 | 18 | in connection with this case? |
| 10:03:09 | 19 | A.   Yes. |
| 10:03:12 | 20 | Q.   What's the rate at which you're |
| 10:03:13 | 21 | being paid? |
| 10:03:14 | 22 | A.   I am being paid at $550 per hour. |
| 10:03:21 | 23 | Q.   Does that rate apply to your work |
| 10:03:23 | 24 | individually or does that go to your consulting |
| 10:03:25 | 25 | firm? |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 94

|          |    | MARIANNE DeMARIO |
|----------|----|------------------|
| 10:55:27 | 2  | A.    To a hypothetical willing and |
| 10:55:31 | 3  | able buyer.  And to a hypothetical willing and |
| 10:55:34 | 4  | able seller for that matter. |
| 10:55:37 | 5  | Q.    Is the price that an actual buyer |
| 10:55:41 | 6  | and seller agree upon for a company irrelevant |
| 10:55:45 | 7  | to a fair market value of that company? |
| 10:55:48 | 8  | MR. GRAVANTE:  Objection to the |
| 10:55:50 | 9  | form. |
| 10:55:50 | 10 | A.    Can I have that read back, |
| 10:56:01 | 11 | please. |
| 10:56:01 | 12 | (The pending question was read as |
| 10:56:01 | 13 | follows: |
| 10:55:37 | 14 | "Question:  Is the price that an |
| 10:55:40 | 15 | actual buyer and seller agree upon for a |
| 10:55:44 | 16 | company irrelevant to a fair market value |
| 10:55:46 | 17 | of that company?") |
| 10:56:02 | 18 | A.    It's not irrelevant, but it |
| 10:56:04 | 19 | doesn't answer the question of what is fair |
| 10:56:08 | 20 | market value. |
| 10:56:08 | 21 | Q.    So it is a relevant factor with |
| 10:56:11 | 22 | respect to a fair market value determination? |
| 10:56:13 | 23 | MR. GRAVANTE:  Objection to the |
| 10:56:15 | 24 | form. |
| 10:56:15 | 25 | A.    It's something that should be |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 95

|  | 1 | MARIANNE DeMARIO |
| 10:56:18 | 2 | looked at and considered. |
| 10:56:19 | 3 | Q.    And is it also true that a stock |
| 10:56:24 | 4 | price of a company can be a relevant factor to |
| 10:56:29 | 5 | a fair market value determination of a company? |
| 10:56:33 | 6 | A.    Yes, that's true. |
| 10:56:37 | 7 | Q.    In a situation where a buyer was |
| 10:56:40 | 8 | considering an acquisition of another company, |
| 10:56:42 | 9 | would the potential buyer's projections of the |
| 10:56:48 | 10 | projected earnings of the target company be |
| 10:56:51 | 11 | relevant to a fair market value determination |
| 10:56:53 | 12 | of that company? |
| 10:56:56 | 13 | A.    You keep using the term relevant. |
| 10:56:58 | 14 | And relevant is a very broad wishy-washy word. |
| 10:57:09 | 15 | It's inappropriate to use the projections of a |
| 10:57:14 | 16 | specific potential buyer in determining fair |
| 10:57:20 | 17 | market value. |
| 10:57:23 | 18 | Q.    Why is that? |
| 10:57:23 | 19 | A.    Because fair market value is the |
| 10:57:27 | 20 | value to a hypothetical willing buyer.  It is |
| 10:57:32 | 21 | the value to any buyer, not the value to a |
| 10:57:36 | 22 | particular buyer. |
| 10:57:40 | 23 | Q.    And it's your testimony then that |
| 10:57:43 | 24 | projections held by a hypothetical buyer of the |
| 10:57:47 | 25 | earnings of the target company are not a |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 96

|  | 1 | MARIANNE DeMARIO |
| --- | --- | --- |
| 10:57:51 | 2 | relevant factor in determining fair market |
| 10:57:53 | 3 | value of that company; is that your testimony? |
| 10:57:56 | 4 | MR. GRAVANTE:  Objection to the |
| 10:57:57 | 5 | form. |
| 10:57:57 | 6 | A.    I didn't understand it.  So I |
| 10:58:01 | 7 | don't know if it was my testimony.  Perhaps you |
| 10:58:04 | 8 | could restate that. |
| 10:58:07 | 9 | Q.    Well, you keep pointing me back |
| 10:58:09 | 10 | to a hypothetical buyer.  And my question is, |
| 10:58:12 | 11 | even if you look at a hypothetical buyer, would |
| 10:58:17 | 12 | the projections of future earnings held by the |
| 10:58:22 | 13 | hypothetical buyer of the acquisition target be |
| 10:58:27 | 14 | a relevant factor to a fair market value |
| 10:58:30 | 15 | determination?  I'll finish, now you can |
| 10:58:31 | 16 | answer. |
| 10:58:32 | 17 | MR. GRAVANTE:  Objection to the |
| 10:58:32 | 18 | form. |
| 10:58:32 | 19 | Q.    He can object.  Now you can |
| 10:58:34 | 20 | answer. |
| 10:58:35 | 21 | A.    I don't know what you mean by |
| 10:58:37 | 22 | held by. |
| 10:58:42 | 23 | Q.    In your experience do buyers of |
| 10:58:44 | 24 | companies in contemplating their decision to |
| 10:58:47 | 25 | buy a company develop projections of the |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 97

|  | 1 | MARIANNE DeMARIO |
| 10:58:52 | 2 | financial performance of the company they are |
| 10:58:54 | 3 | seeking to acquire? |
| 10:58:58 | 4 | A.   They may develop projections of a |
| 10:59:02 | 5 | hypothetical company that they expect to have |
| 10:59:06 | 6 | and manage after the acquisition. |
| 10:59:08 | 7 | Q.   And is your testimony that those |
| 10:59:11 | 8 | types of projections are irrelevant to a fair |
| 10:59:14 | 9 | market value determination of that target |
| 10:59:16 | 10 | company? |
| 10:59:16 | 11 | MR. GRAVANTE:  Objection to the |
| 10:59:19 | 12 | form. |
| 10:59:19 | 13 | A.   Those projections, the ones that |
| 10:59:22 | 14 | have embedded within them specific synergies or |
| 10:59:26 | 15 | specific value that can be brought by a |
| 10:59:28 | 16 | specific buyer, if you use those projections |
| 10:59:33 | 17 | you would be determining investment value, not |
| 10:59:35 | 18 | fair market value. |
| 10:59:37 | 19 | Q.   So your answer is no, those |
| 10:59:40 | 20 | projections are not relevant to a fair market |
| 10:59:43 | 21 | value determination? |
| 10:59:45 | 22 | MR. GRAVANTE:  Objection to the |
| 10:59:46 | 23 | form. |
| 10:59:46 | 24 | A.   Again, you keep using the word |
| 10:59:48 | 25 | relevant, which I find far too broad.  As an |

Page 98

|          |    | MARIANNE DeMARIO |
|----------|----|------------------|
| 10:59:56 | 2  | expert and a valuation practitioner, it is hard |
| 10:59:58 | 3  | for me to say that information is not relevant. |
| 11:00:03 | 4  | It's another thing for me to say the |
| 11:00:05 | 5  | information is inappropriate to use or is |
| 11:00:06 | 6  | information that I would not use. |
| 11:00:08 | 7  | Q.    So let's use your terms.  Is it |
| 11:00:10 | 8  | inappropriate to use the projections held by a |
| 11:00:14 | 9  | hypothetical buyer of a company being acquired |
| 11:00:23 | 10 | for purposes of determining fair market value |
| 11:00:25 | 11 | of that target company? |
| 11:00:39 | 12 | A.    Can I have that read back, |
| 11:00:41 | 13 | please. |
| 11:00:41 | 14 | (The pending question was read as |
| 11:00:41 | 15 | follows: |
| 11:00:09 | 16 | "Question:   So let's use your |
| 11:00:10 | 17 | terms.  Is it inappropriate to use the |
| 11:00:13 | 18 | projections held by a hypothetical buyer |
| 11:00:17 | 19 | of a company being acquired for purposes |
| 11:00:24 | 20 | of determining fair market value of that |
| 11:00:26 | 21 | target company?") |
| 11:00:42 | 22 | A.    It's inappropriate to use |
| 11:00:43 | 23 | projections of a specific buyer that include |
| 11:00:50 | 24 | the specific motivations or characteristics of |
| 11:00:53 | 25 | that specific buyer when determining fair |

Page 99

```
              1                    MARIANNE DeMARIO
11:00:55      2    market value.
11:01:10      3          Q.    Is it inappropriate to consider
11:01:15      4    for a fair market value determination of a
11:01:17      5    target company the financial plans or
11:01:27      6    managerial improvements that a hypothetical
11:01:31      7    buyer expects to undertake after the
11:01:35      8    acquisition of a target company?
11:01:38      9               MR. GRAVANTE:   Objection to the
11:01:43     10         form.
11:01:43     11         A.    When you're determining fair
11:01:48     12    market value it's not inappropriate to include
11:01:53     13    financial improvements that any hypothetical
11:01:57     14    buyer could be expected to make.
11:02:00     15               What's inappropriate is to
11:02:02     16    include specific characteristics or specific
11:02:06     17    plans for a specific buyer.
11:02:30     18         Q.    So how do you determine the
11:02:35     19    appropriate projections that can be utilized
11:02:39     20    for a fair market value determination held by a
11:02:41     21    hypothetical buyer?
11:02:45     22         A.    Could you either repeat that or
11:02:46     23    she can read it back to me.
11:02:56     24         Q.    She can read it back.
11:02:57     25               (The pending question was read as
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 100

|   |    | MARIANNE DeMARIO |
|---|---|---|
| 11:02:57 | 2 | follows: |
| 11:02:30 | 3 | "Question:   So how do you determine |
| 11:02:34 | 4 | the appropriate projections that can be |
| 11:02:38 | 5 | utilized for a fair market value |
| 11:02:40 | 6 | determination held by a hypothetical |
| 11:02:41 | 7 | buyer?") |
| 11:02:58 | 8 | A.     Do you want me to answer in |
| 11:03:02 | 9 | general? |
| 11:03:02 | 10 | Q.     Sure. |
| 11:03:03 | 11 | A.     A good starting point is to use |
| 11:03:13 | 12 | the projections that management has prepared. I |
| 11:03:22 | 13 | would say that's the best starting point. |
| 11:03:30 | 14 | Q.     Whose management? |
| 11:03:30 | 15 | A.     The management of the target |
| 11:03:31 | 16 | company. |
| 11:03:35 | 17 | Q.     So is it your testimony that |
| 11:03:36 | 18 | projections developed by the management of a |
| 11:03:41 | 19 | target company would be an appropriate factor |
| 11:03:46 | 20 | to look at in determining fair market value of |
| 11:03:49 | 21 | that company? |
| 11:03:49 | 22 | A.     Yes. |
| 11:03:52 | 23 | Q.     But it would not be appropriate |
| 11:03:54 | 24 | to look at projections developed by a specific |
| 11:03:58 | 25 | company looking at buying that target company; |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 103

|  | 1 | MARIANNE DeMARIO |
| --- | --- | --- |
| 11:06:28 | 2 | A.    I'm not limiting it to those two |
| 11:06:31 | 3 | factors, but yes. |
| 11:06:32 | 4 | Q.    Right. But among other factors |
| 11:06:36 | 5 | it's those types of considerations that you're |
| 11:06:39 | 6 | testifying are inappropriate to consider in a |
| 11:06:42 | 7 | fair market value determination? |
| 11:06:44 | 8 | A.    Yes. |
| 11:06:53 | 9 | Q.    Would -- well withdrawn. |
| 11:07:00 | 10 | Could prior bids for a target |
| 11:07:05 | 11 | company be an appropriate thing to consider in |
| 11:07:10 | 12 | a fair market value determination? |
| 11:07:14 | 13 | A.    I think they are appropriate to |
| 11:07:15 | 14 | consider, yes. |
| 11:07:16 | 15 | Q.    Would investment analysts' target |
| 11:07:18 | 16 | prices for a target company be relevant to a |
| 11:07:22 | 17 | fair market value -- sorry. Let me put it in |
| 11:07:24 | 18 | your terms. |
| 11:07:25 | 19 | Would investment analysts' price |
| 11:07:28 | 20 | targets of a target company be an appropriate |
| 11:07:31 | 21 | factor to consider in a fair market value |
| 11:07:33 | 22 | determination? |
| 11:07:37 | 23 | A.    I would say yes, but I would -- I |
| 11:07:41 | 24 | would use the term consider. I consider the |
| 11:07:44 | 25 | term consider to be very similar to the term |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 104

            1              MARIANNE DeMARIO
11:07:46    2    relevant.  It's hard for me to say that I would
11:07:49    3    not consider information about the company or
11:07:57    4    about the stock price or what other people are
11:07:59    5    thinking about the stock price.
11:08:06    6         Q.    Let's turn back to your report.
11:08:07    7    Can you turn to paragraph 8 of your report.
11:08:17    8    You say in paragraph 8 "I was asked to
11:08:20    9    determine the fair market value of EMI
11:08:22   10    immediately prior to Terra Firma submitting a
11:08:24   11    bid to purchase EMI on May 21, 2007."
11:08:30   12              What do you mean by the term
11:08:32   13    "immediately prior" In that sentence?
11:08:40   14         A.    What I'm referring to here is the
11:08:41   15    fact that I am valuing EMI as a stand-alone
11:08:44   16    company and not EMI after it's been purchased
11:08:49   17    by a specific buyer.
11:08:54   18         Q.    What do you mean by stand-alone
11:08:55   19    company?
11:08:58   20         A.    That it does not include the
11:09:02   21    specific plans and specific characteristics of
11:09:06   22    a specific buyer.
11:09:11   23         Q.    That's because it's your opinion
11:09:13   24    it's inappropriate to consider those specific
11:09:16   25    characteristics in a valuation of EMI?

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 105

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 11:09:19 | 2 | MR. GRAVANTE:  Objection to the |
| 11:09:23 | 3 | form. |
| 11:09:23 | 4 | A.    It's my opinion that it's |
| 11:09:25 | 5 | inappropriate to include that in a calculation |
| 11:09:27 | 6 | of fair market value.  It's my understanding |
| 11:09:32 | 7 | that fair market value is the proper value to |
| 11:09:35 | 8 | be used here. |
| 11:09:40 | 9 | Q.    The next sentence in paragraph 8 |
| 11:09:42 | 10 | you say "As such, my analysis does not take |
| 11:09:45 | 11 | into account synergies or other expectations of |
| 11:09:48 | 12 | Terra Firma management." |
| 11:09:52 | 13 | What do you mean by -- sorry, did |
| 11:09:54 | 14 | I read that wrong.  "As such, my analysis does |
| 11:09:57 | 15 | not take into account synergies or other |
| 11:10:01 | 16 | expectations of Terra Firma management." |
| 11:10:03 | 17 | What do you mean when you refer |
| 11:10:04 | 18 | to "Synergies or other expectations of Terra |
| 11:10:08 | 19 | Firma management?" |
| 11:10:09 | 20 | A.    Those are the specific |
| 11:10:13 | 21 | characteristics or intentions of a specific |
| 11:10:15 | 22 | buyer, in this case Terra Firma. |
| 11:10:19 | 23 | Q.    Do you have an understanding of |
| 11:10:21 | 24 | whether Terra Firma believed that it could add |
| 11:10:25 | 25 | value to EMI through synergies or other |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 106

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 11:10:32 | 2 | managerial or financial initiatives? |
| 11:10:37 | 3 | A.    It is my understanding that Terra |
| 11:10:39 | 4 | Firma believed it could add value, yes. |
| 11:10:44 | 5 | Q.    And if another company such as |
| 11:10:49 | 6 | Warner Music Group was interested in purchasing |
| 11:10:56 | 7 | EMI, would you expect that Warner Music Group |
| 11:11:00 | 8 | believed that it could provide synergies or |
| 11:11:05 | 9 | other value through managerial or financial |
| 11:11:08 | 10 | initiatives? |
| 11:11:09 | 11 | MR. GRAVANTE:  Objection to the |
| 11:11:15 | 12 | form. |
| 11:11:15 | 13 | A.    Are you asking me specifically |
| 11:11:17 | 14 | about Warner Music Group or any other potential |
| 11:11:19 | 15 | buyer? |
| 11:11:19 | 16 | Q.    Let's make it any other potential |
| 11:11:21 | 17 | buyer.  That's fair. |
| 11:11:22 | 18 | A.    I would expect that if you looked |
| 11:11:27 | 19 | at the entire population of potential buyers, |
| 11:11:30 | 20 | some of them would think that they could add |
| 11:11:32 | 21 | value to the company.  Some of them may think |
| 11:11:38 | 22 | that they would not be able to add value at |
| 11:11:41 | 23 | all.  It would depend. |
| 11:11:47 | 24 | Q.    If you turn just briefly to page |
| 11:11:49 | 25 | 31 of your report, Ms. DeMario.  Look at |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 107

```
                1              MARIANNE DeMARIO
11:11:59        2    footnote 56.  You cite to a text authored by
11:12:04        3    Shannon Pratt, Robert Reilly and Robert
11:12:07        4    Schweihs valuing the business, fourth edition.
11:12:11        5    Do you see that?
11:12:16        6            A.    Yes, just give me a second.  I
11:12:18        7    want to see what I'm referencing.
11:12:20        8            Q.    Sure.  Feel free.
11:12:26        9            A.    Okay.
11:12:27       10            Q.    Do you consider that text to be
11:12:28       11    an authoritative text in connection with
11:12:31       12    valuations?
11:12:36       13            A.    It's a well known text.
11:12:37       14                  MR. CARNEY:   Let's mark as DeMario
11:12:40       15            2 selected pages from a text called
11:12:47       16            Valuing a Business, the Analysis and
11:12:49       17            Appraisal of Closely Held Companies,
11:12:51       18            Fourth Edition By Pratt, Reilly and
11:12:55       19            Schweihs.
11:12:57       20                       (DeMario Exhibit 2 for
11:12:47       21            identification, Valuing a Business, the
11:12:48       22            Analysis and Appraisal of Closely Held
11:12:50       23            Companies, Fourth Edition By Pratt, Reilly
11:12:55       24            and Schweihs, no production numbers.)
11:13:28       25            Q.    Let me note for the record we
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 116

| | 1 | MARIANNE DeMARIO |
|---|---|---|
| 11:25:49 | 2 | downside case.  It gives a little, very brief |
| 11:25:52 | 3 | background into what each of those cases means. |
| 11:25:57 | 4 | And it discusses the IRR for each of those |
| 11:26:00 | 5 | cases. |
| 11:26:01 | 6 | Q.    What is the IRR? |
| 11:26:02 | 7 | A.    Internal rate of return. |
| 11:26:05 | 8 | Q.    And the first bullet it says "The |
| 11:26:07 | 9 | team recommends to the IAC to recommended to |
| 11:26:12 | 10 | the GP an offer of 285 P, subject to the |
| 11:26:16 | 11 | availability of an additional 170 million |
| 11:26:20 | 12 | pounds equity bridge/equity co-investment.  In |
| 11:26:23 | 13 | the event that such an equity bridge is not |
| 11:26:26 | 14 | available a price of 265 P is recommended." |
| 11:26:28 | 15 | Do you see that? |
| 11:26:29 | 16 | A.    Yes. |
| 11:26:30 | 17 | Q.    Do you understand that Terra |
| 11:26:34 | 18 | Firma management is representing to the IAC an |
| 11:26:38 | 19 | offer for EMI of up to 285 P subject to certain |
| 11:26:43 | 20 | financing and if that financing is not |
| 11:26:45 | 21 | available, an offer for EMI of 265 P per share? |
| 11:26:53 | 22 | A.    Yes. |
| 11:26:56 | 23 | Q.    Is it your testimony, |
| 11:26:58 | 24 | Ms. DeMario, that this recommendation is |
| 11:27:08 | 25 | something that is not an appropriate factor to |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 117

|          |    | MARIANNE DeMARIO |
|----------|----|------------------|

11:27:10  2    consider in determining the fair market value

11:27:13  3    of EMI?

11:27:15  4              MR. GRAVANTE:  Objection to the

11:27:16  5         form.

11:27:18  6         A.    Again, I would think and would

11:27:21  7    need to answer that I would think that all

11:27:24  8    information is appropriate to consider.

11:27:33  9         Q.    But haven't you just testified

11:27:34 10    that the specific value assigned or --

11:27:34 11    withdrawn.

11:27:44 12              Haven't you just testified that

11:27:45 13    the characteristic of a specific value held by

11:27:49 14    a specific company for a target company is

11:27:54 15    inappropriate to be considered in a fair market

11:27:58 16    value determination?

11:28:00 17              MR. GRAVANTE:   Objection to the

11:28:00 18         form.

11:28:01 19         A.    That wasn't my testimony.  My

11:28:05 20    testimony all along has been that I feel it's

11:28:07 21    appropriate to consider all information.

11:28:11 22              My testimony is that it's

11:28:13 23    inappropriate to use that information as the

11:28:17 24    fair market value.

11:28:19 25         Q.    Okay.  So, Terra Firma's

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 118

|  | 1 | MARIANNE DeMARIO |

11:28:24   2   recommendation that the IAC approve a bid of at

11:28:29   3   least 265 P and up to 285 P for EMI is

11:28:36   4   something that is inappropriate to use in your

11:28:39   5   fair market value determination for EMI?

11:28:42   6        A.   Yes.

11:28:46   7        Q.   That's despite the fact that

11:28:49   8   Terra Firma management is demonstrating a

11:28:52   9   willingness to purchase EMI at a price of at

11:28:56  10   least 265 P with a potential of purchasing it

11:29:01  11   at 285 P?

11:29:19  12        A.   May I have that read back,

11:29:20  13   please.

11:29:20  14             (The pending question was read as

11:29:20  15        follows:

11:28:46  16             "Question:   That's despite the fact

11:28:47  17        that Terra Firma management is

11:28:51  18        demonstrating a willingness to purchase

11:28:54  19        EMI at a price of at least 265 P with a

11:28:59  20        potential of purchasing it at 285 P?")

11:29:21  21        A.   I think it is inappropriate to

11:29:23  22   use this number.  It's inappropriate because it

11:29:27  23   would not represent fair market value.  It's

11:29:32  24   inappropriate because it would more closely

11:29:34  25   represent investment value you.  It's

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 119

```
                1              MARIANNE DeMARIO
11:29:36        2    inappropriate because Terra Firma did not have
11:29:39        3    access to all the relevant facts.
11:29:45        4              It's also  -- actually I'll stop
11:29:51        5    it at that.  It is certainly inappropriate for
11:29:53        6    those two reasons.
11:29:54        7         Q.   Any other reasons why it's
11:29:55        8    inappropriate?
11:29:56        9         A.   What I was going to state is
11:29:58       10    really a subset of the fact it would be
11:30:02       11    investment value.  Those are the reasons that I
11:30:04       12    can think of right now.
11:30:10       13         Q.   All right.  You can put that
11:30:11       14    document aside.
11:30:14       15              Let's mark as DeMario Exhibit 4 a
11:30:23       16    multipage document Bates numbered TF 0000992819
11:30:30       17    through 826.
11:30:31       18                        (DeMario Exhibit 4 for
11:30:31       19              identification, Meeting Minutes 4/20/07,
11:30:23       20              production numbers TF 0000992819 through
11:30:30       21              826.)
11:30:58       22         Q.   Take a look at this document,
11:31:00       23    Ms. DeMario.  Have you seen this before?
11:31:07       24         A.   I may have.  I need to look
11:31:10       25    through it to refresh my recollection better.
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 120

                            1              MARIANNE DeMARIO
11:31:15    2              Do you want me to do that?
11:31:16    3         Q.    Feel free, but I'm interested --
11:31:18    4    I'll direct you to the discussion beginning on
11:31:24    5    page 5, Project Mulberry.  I have a few
11:31:28    6    questions to ask you about top of page 7.  Feel
11:31:31    7    free to familiarize yourself with them.
11:31:57    8              Just let me know when you're
11:31:59    9    ready.
11:32:05   10         A.    This is about two pages that I
11:32:06   11    have to read.  It is going to take me a couple
11:32:08   12    of minutes.
11:32:09   13         Q.    Well you can start on the middle
11:32:10   14    of page 6, the second to last paragraph where
11:32:16   15    it says "Mark Barak then took the Board through
11:32:19   16    the valuation update" through the top of the
11:32:21   17    first paragraph on page 7.
11:34:17   18         A.    You wanted me to stop "at
11:34:18   19    indications of interest received" or you wanted
11:34:22   20    me to read that as well?
11:34:23   21         Q.    Yes.  You can stop there.  That's
11:34:25   22    fine.  Let me ask you a few questions.
11:34:32   23    Two-thirds down of page 6 it says "Mark Barak
11:34:35   24    then took the Board through the valuation
11:34:35   25    update."

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 121

             1              MARIANNE DeMARIO
11:34:40     2              Do you see that?
11:34:41     3        A.    Yes.
11:34:41     4        Q.    Let me skip down to the next
11:34:44     5    sentence of the first paragraph "Mark Barak
11:34:47     6    then reviewed the likely level of cost savings
11:34:49     7    required to be generated by a private equity
11:34:52     8    bidder in order to support the indicated prices
11:34:55     9    and as an alternative possible assumptions as
11:34:57    10    to increases in revenue."
11:34:59    11              Do you see that?
11:35:00    12        A.    Yes.
11:35:02    13        Q.    Jump over to top of page 7 "The
11:35:05    14    Board then considered the schedule of summary
11:35:07    15    valuation parameters which had been updated
11:35:11    16    from the versions previously presented to the
11:35:13    17    Board.   These assessed the company's
11:35:15    18    stand-alone value on DCF, brokers' consensus
11:35:19    19    and sum of the parts basis, as well as
11:35:22    20    potential incremental value emerging from the
11:35:25    21    implementation of strategic alternatives."
11:35:28    22              Let me draw your attention to the
11:35:30    23    last sentence "as well potential incremental
11:35:24    24    value emerging from the implementation of
11:35:26    25    strategic alternatives."

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 122

|          | 1  | MARIANNE DeMARIO                                  |
|----------|----|---------------------------------------------------|
| 11:35:39 | 2  | Is it your opinion, Ms. DeMario,                  |
| 11:35:40 | 3  | it is an appropriate factor consider in a fair    |
| 11:35:43 | 4  | market value determination the assessment by      |
| 11:35:47 | 5  | the target company of potential incremental       |
| 11:35:49 | 6  | value emerging from the implementation of         |
| 11:35:52 | 7  | strategic alternatives from a bidder?             |
| 11:35:54 | 8  | MR. GRAVANTE:  Objection to the                   |
| 11:35:58 | 9  | form.                                             |
| 11:35:58 | 10 | A.    Did you ask me if it was                    |
| 11:36:01 | 11 | appropriate to consider it.                       |
| 11:36:03 | 12 | Q.    I did ask you that.                         |
| 11:36:05 | 13 | MR. GRAVANTE:   That was the                      |
| 11:36:05 | 14 | question.                                         |
| 11:36:06 | 15 | Q.    Why don't you answer that.  I did           |
| 11:36:08 | 16 | ask you that question.                            |
| 11:36:08 | 17 | A.    As I previously testified I think           |
| 11:36:10 | 18 | that all information about the financial          |
| 11:36:12 | 19 | condition of the company, about its price, what   |
| 11:36:17 | 20 | other people are thinking about its price, I      |
| 11:36:19 | 21 | think all that information is something I would   |
| 11:36:22 | 22 | consider.                                         |
| 11:36:28 | 23 | Q.    Would you use, as a appropriate             |
| 11:36:30 | 24 | as a factor in your fair market value             |
| 11:36:32 | 25 | determination of EMI the fact as stated here      |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 123

|          |    | MARIANNE DeMARIO |
|----------|----|------------------|
| 11:36:37 | 2  | the EMI Board was considering the potential |
| 11:36:39 | 3  | incremental value emerging from the |
| 11:36:41 | 4  | implementation of strategic alternatives from |
| 11:36:45 | 5  | prospective bidders? |
| 11:36:47 | 6  | A.    How would I use that? I don't |
| 11:36:49 | 7  | understand your question. |
| 11:36:49 | 8  | Q.    Is that a factor you would use in |
| 11:36:51 | 9  | your fair market value determination? |
| 11:36:57 | 10 | A.    I don't understand your question. |
| 11:36:59 | 11 | I don't know how I would use a statement of |
| 11:37:01 | 12 | fact like that. |
| 11:37:03 | 13 | Q.    If the EMI Board was assessing |
| 11:37:07 | 14 | the incremental value that could be brought to |
| 11:37:12 | 15 | EMI for the implementation of strategic |
| 11:37:14 | 16 | alternatives from a bidder, is that assessment |
| 11:37:20 | 17 | something that you would use in your |
| 11:37:23 | 18 | determination of the fair market value of EMI? |
| 11:37:25 | 19 | MR. GRAVANTE:  Objection to the |
| 11:37:27 | 20 | form. |
| 11:37:27 | 21 | A.    I still don't understand your use |
| 11:37:32 | 22 | of the word "Use." |
| 11:37:34 | 23 | Q.    I'm using your testimony. |
| 11:37:38 | 24 | MR. GRAVANTE:  Objection to the |
| 11:37:38 | 25 | form. |

Page 124

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 11:37:38 | 2 | A.    I would consider it, but I |
| 11:37:40 | 3 | don't -- beyond that I don't know what you mean |
| 11:37:42 | 4 | by the word use. |
| 11:37:43 | 5 | Q.    You have drawn distinctions in |
| 11:37:45 | 6 | your testimony between considering a factor and |
| 11:37:48 | 7 | using it in a fair market value determination; |
| 11:37:51 | 8 | am I wrong about that? |
| 11:37:52 | 9 | A.    You are not. |
| 11:37:53 | 10 | MR. GRAVANTE:  Objection to the |
| 11:37:53 | 11 | form. |
| 11:37:54 | 12 | Q.    Okay.  With respect to the |
| 11:37:58 | 13 | division that you're drawing, my focus is on |
| 11:38:01 | 14 | whether or not you would use, as part of your |
| 11:38:06 | 15 | fair market value determination, an assessment |
| 11:38:09 | 16 | by EMI management of the potential incremental |
| 11:38:13 | 17 | value emerging from the implementation of |
| 11:38:16 | 18 | strategic alternatives of prospective bidders? |
| 11:38:20 | 19 | A.    The fact that EMI management is |
| 11:38:24 | 20 | looking at that information is not something |
| 11:38:30 | 21 | that would impact my determination of the fair |
| 11:38:33 | 22 | market value of EMI. |
| 11:38:37 | 23 | Q.    And if the EMI management or its |
| 11:38:40 | 24 | advisors ascribed value to the incremental |
| 11:38:46 | 25 | value emerging from the implementation of |

Page 125

|          |    |                                                |
|----------|----|------------------------------------------------|
|          | 1  | MARIANNE DeMARIO                               |
| 11:38:49 | 2  | strategic alternatives of prospective bidders, |
| 11:38:52 | 3  | it is your testimony that that is something you |
| 11:38:53 | 4  | would not use in your fair market value        |
| 11:38:54 | 5  | determination?                                 |
| 11:38:59 | 6  | MR. GRAVANTE:  Objection to the                |
| 11:38:59 | 7  | form.                                          |
| 11:38:59 | 8  | A.    I apologize, I am just not              |
| 11:39:02 | 9  | following your question.                       |
| 11:39:07 | 10 | Q.    Well you testified before, did          |
| 11:39:08 | 11 | you not, that projections generated by the     |
| 11:39:16 | 12 | target company would be something that you     |
| 11:39:17 | 13 | would use in your fair market value            |
| 11:39:19 | 14 | determination?                                 |
| 11:39:21 | 15 | A.    That is correct.                        |
| 11:39:22 | 16 | Q.    If the target company developed         |
| 11:39:26 | 17 | projections that included incremental value you |
| 11:39:32 | 18 | to the company emerging from the implementation |
| 11:39:36 | 19 | of strategic alternatives by an acquiring      |
| 11:39:41 | 20 | party, is that something you would use in the  |
| 11:39:45 | 21 | determination of fair market value of EMI?     |
| 11:39:48 | 22 | MR. GRAVANTE:  Objection to the                |
| 11:39:49 | 23 | form.                                          |
| 11:39:49 | 24 | A.    If the target company developed         |
| 11:39:51 | 25 | projections that included specific             |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 126

|         |    | MARIANNE DeMARIO |
|---------|----|-------------------|
| 11:39:57 | 2  | characteristics for specific plans what in this |
| 11:40:03 | 3  | case would be a hypothetical or maybe an actual |
| 11:40:05 | 4  | potential buyer, it would be inappropriate to |
| 11:40:07 | 5  | use those projections. |
| 11:40:08 | 6  | Q.    Why is that? |
| 11:40:10 | 7  | MR. GRAVANTE:  Objection to the |
| 11:40:12 | 8  | form.   Asked and answered. |
| 11:40:12 | 9  | A.    Because it is inappropriate to |
| 11:40:14 | 10 | use in determining fair market value the |
| 11:40:19 | 11 | specific motivations or characteristics of a |
| 11:40:22 | 12 | specific buyer. |
| 11:40:26 | 13 | Q.    Okay.  You can put that aside. |
| 11:40:47 | 14 | Let's mark as DeMario Exhibit 5, a |
| 11:40:53 | 15 | multipage document Bates numbered CERB |
| 11:40:57 | 16 | 39032 through -- sorry 076. |
| 11:41:03 | 17 | (DeMario Exhibit 5 for |
| 11:41:03 | 18 | identification, Email String Dated |
| 11:40:54 | 19 | 5/16/07, production numbers CERB 39032 |
| 11:41:31 | 20 | through 076.) |
| 11:41:31 | 21 | Q.    I will ask you to flip through |
| 11:41:33 | 22 | that document.  I am going to ask a couple of |
| 11:41:35 | 23 | specific questions briefly, Ms. DeMario, on |
| 11:41:38 | 24 | page Bates numbered 038 and 049. |
| 11:42:35 | 25 | Have you seen this document |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

```
Page 127
           1               MARIANNE DeMARIO
11:42:36   2    before?
11:42:40   3         A.   I didn't see the Cerberus
11:42:46   4    documents before my report.  It is possible I
11:42:48   5    have seen it after.
11:42:52   6         Q.   Do you understand that Cerberus
11:42:53   7    had made an indicative bid for EMI --
11:42:58   8               MR. GRAVANTE:  Objection to the
11:42:59   9         form.
11:42:59  10         Q.   -- in April 2007?
11:43:00  11               MR. GRAVANTE:   Sorry.  Objection to
11:43:02  12         form.
11:43:02  13         A.   May I just finish looking at the
11:43:04  14    two pages you referred to?
11:43:05  15         Q.   Sure.
11:43:37  16         A.   I have the last question read
11:43:38  17    back to me, please.
11:43:46  18               (The pending question was read as
11:43:46  19         follows:
11:42:52  20               "Question:   Do you understand that
11:42:53  21         Cerberus had made an indicative bid for
11:42:57  22         EMI in April 2007?")
11:43:47  23         A.   It's my understanding that
11:43:55  24    Cerberus made an indication of interest.
11:44:02  25    That's my understanding.
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 130

```
              1                 MARIANNE DeMARIO
11:46:14      2     restructuring plan designed to reduce operating
11:46:17      3     costs by over 100 million pounds.  Cerberus
11:46:20      4     believes that additional restructuring
11:46:23      5     initiatives could be implemented to improve
11:46:25      6     cash flow.  A significant amount of recording's
11:46:28      7     operating expense is controllable."
11:46:31      8               Do you see that?
11:46:31      9          A.    Yes.
11:46:32     10          Q.    From looking at this do you
11:46:34     11     understand Cerberus management to be
11:46:38     12     identifying certain benefits to purchasing EMI?
11:46:48     13               MR. GRAVANTE:  Objection to the
11:46:50     14          form.
11:46:50     15          A.    I don't understand that question.
11:46:52     16          Q.    Let me ask a different question.
11:46:54     17     From reading this page do you understand these
11:46:56     18     bullets to be reflecting certain initiatives
11:47:00     19     that Cerberus management could bring to EMI
11:47:05     20     were it to take control of the company?
11:47:11     21          A.    I interpret this page as some
11:47:17     22     bullet points that support a potential
11:47:22     23     investment.  It also talks about initiatives
11:47:26     24     that EMI is doing already on its own.
11:47:31     25          Q.    Correct.  And Cerberus in the
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 131

|  | 1 | MARIANNE DeMARIO |
| 11:47:34 | 2 | second bullet, second sentence after |
| 11:47:37 | 3 | identifying the EMI initiatives, the deck says |
| 11:47:43 | 4 | "Cerberus believes that additional |
| 11:47:45 | 5 | restructuring initiatives could be implemented |
| 11:47:48 | 6 | to improve cash flow.  A significant amount of |
| 11:47:50 | 7 | recording's operating expense is controllable." |
| 11:47:55 | 8 | Correct? |
| 11:47:55 | 9 | A.     That's what it says, correct. |
| 11:47:57 | 10 | Q.     Do you interpret that as Cerberus |
| 11:47:59 | 11 | management identifying potential initiatives |
| 11:48:04 | 12 | and cost savings that Cerberus management could |
| 11:48:08 | 13 | obtain potentially if it bought EMI? |
| 11:48:13 | 14 | A.     That sounds reasonable.  Yes. |
| 11:48:21 | 15 | Q.     To the extent that Cerberus is |
| 11:48:22 | 16 | identifying potential cost savings in |
| 11:48:29 | 17 | management initiatives, those factors are ones |
| 11:48:32 | 18 | that you would not use, if I understand your |
| 11:48:35 | 19 | testimony correctly, in a fair market valuation |
| 11:48:39 | 20 | of EMI? |
| 11:48:43 | 21 | A.     It's appropriate to use cost |
| 11:48:45 | 22 | savings and initiatives to the extent that |
| 11:48:50 | 23 | those cost savings would be achievable by every |
| 11:48:56 | 24 | buyer, hypothetical buyer. |
| 11:48:58 | 25 | To the extent it is the specific |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 132

|          | 1  | MARIANNE DeMARIO |
|----------|----|------------------|
| 11:49:01 | 2  | plan and motivation of a specific buyer, it |
| 11:49:03 | 3  | would be inappropriate to use them in the |
| 11:49:07 | 4  | determination of fair market value. |
| 11:49:08 | 5  | Q.    So if Cerberus believed it can do |
| 11:49:11 | 6  | a -- withdrawn. |
| 11:49:13 | 7  | If Cerberus believed it could |
| 11:49:15 | 8  | implement unique cost savings that its |
| 11:49:19 | 9  | management would be responsible for, that's |
| 11:49:24 | 10 | something you would not use in your fair market |
| 11:49:27 | 11 | value determination? |
| 11:49:29 | 12 | A.    That's correct. |
| 11:49:33 | 13 | MR. CARNEY:    We have to change |
| 11:49:34 | 14 | tape. |
| 11:49:34 | 15 | VIDEOGRAPHER:    Here now marks the |
| 11:49:36 | 16 | end of tape 2 of the deposition of |
| 11:49:38 | 17 | Ms. Marianne DeMario.  The time is 11:49 |
| 11:49:42 | 18 | a.m. We are now off the record. |
| 11:49:48 | 19 | (Recess taken.) |
| 11:59:41 | 20 | VIDEOGRAPHER:    Here now marks the |
| 12:00:02 | 21 | beginning of tape 3 of the deposition of |
| 12:00:04 | 22 | Marianne DeMario.  The time is 11:59 a.m. |
| 12:00:07 | 23 | We are back on the record. |
| 12:00:09 | 24 | |
| 12:00:09 | 25 | EXAMINATION CONDUCTED BY MR. CARNEY: |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 136

```
              1              MARIANNE DeMARIO
12:05:07      2      discarded.  I look at it, I consider it.")
12:05:49      3          Q.    I understood you to say you did
12:05:51      4      not say --
12:05:52      5              MR. GRAVANTE:    I heard it, I didn't
12:05:53      6          see it.
12:05:54      7          A.    Yes.
12:05:54      8          Q.    It is fair to follow-up you would
12:05:56      9      not use that information in your fair market
12:05:58     10      value determination?
12:06:01     11          A.    Yes.
12:06:04     12          Q.    Do you understand that several
12:06:06     13      other private equity firms also expressed or
12:06:14     14      indicated interest in making a bid for EMI in
12:06:19     15      or around April of 2007?
12:06:21     16          A.    It's my understanding that around
12:06:24     17      April, May 2007 other firms made indications of
12:06:30     18      interest.
12:06:30     19          Q.    And did those firms include
12:06:34     20      Fortress and One Equity?
12:06:35     21          A.    I believe so.  I discussed them
12:06:37     22      in my report.
12:06:40     23          Q.    Is it your understanding to say
12:06:42     24      that Fortress and One Equity indicated price
12:06:49     25      ranges at which they would potentially be
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 137

|  |  |  |
|---|---|---|

              1              MARIANNE DeMARIO
12:06:52  2   interested in making a bid for EMI?
12:06:54  3        A.   I would need to look at my report
12:06:56  4   to refresh my recollection.
12:07:00  5        Q.   If you accept for the moment that
12:07:02  6   they did indicate specific price range at which
12:07:06  7   they would consider bids, is it your testimony
12:07:08  8   that those price ranges would also be
12:07:14  9   inappropriate for you to use in a fair market
12:07:16 10   value determination of EMI?
12:07:23 11             MR. GRAVANTE:  Objection to the
12:07:24 12        form.
12:07:24 13        A.   Yes.  I discuss that in my report
12:07:26 14   it is not only inappropriate it would be an
12:07:28 15   indication of investment value and not the
12:07:30 16   value that a hypothetical buyer or any buyer
12:07:37 17   would receive, but also because they never
12:07:39 18   actually made bids.  The same would apply to
12:07:46 19   Cerberus as well.
12:07:57 20        Q.   Is it your opinion that
12:07:58 21   investment value is entirely irrelevant to a
12:08:02 22   damages calculation?
12:08:04 23             MR. GRAVANTE:  Objection to the
12:08:06 24        form.
12:08:06 25        A.   May I just add on to my last

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 138

```
              1              MARIANNE DeMARIO
12:08:09      2    answer before I move on?
12:08:11      3         Q.    Yes.
12:08:13      4         A.    When I was going through why
12:08:17      5    those indications of interest would not be
12:08:19      6    appropriate, it would also be inappropriate
12:08:21      7    because they did not have access, necessarily,
12:08:24      8    to all of the relevant information.
12:08:35      9              May I please have the last
12:08:37     10    question read back to me.
12:08:38     11              (The pending question was read as
12:08:38     12         follows:
12:07:57     13              "Question:    Is it your opinion that
12:07:58     14         investment value is entirely irrelevant to
12:08:02     15         a damages calculation?")
12:08:39     16              MR. GRAVANTE:    And I objected to
12:08:40     17         the form.
12:08:41     18         A.    It's my understanding that in
12:08:43     19    this case the relevant metric is the value that
12:08:49     20    Terra Firma received.  So given that, as the
12:08:55     21    starting point, the appropriate standard of
12:09:00     22    value is fair market value.
12:09:03     23              If one is trying to measure the
12:09:05     24    value received, it would be inappropriate to
12:09:08     25    use investment value.  That is not to say that
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 139

|          | 1  | MARIANNE DeMARIO |
| 12:09:14 | 2  | legally it would be impossible for an |
| 12:09:17 | 3  | investment value to be appropriate.  That's |
| 12:09:20 | 4  | really a legal question. |
| 12:09:21 | 5  | Q.    Why, in your view, is it |
| 12:09:23 | 6  | inappropriate to use investment value as a |
| 12:09:26 | 7  | measure of value received by Terra Firma? |
| 12:09:30 | 8  | MR. GRAVANTE:  Objection to the |
| 12:09:31 | 9  | form. |
| 12:09:31 | 10 | A.    Because by its definition the |
| 12:09:34 | 11 | investment value includes both the value that |
| 12:09:40 | 12 | the buyer would receive, plus the value that |
| 12:09:43 | 13 | the buyer is bringing to the table. |
| 12:09:51 | 14 | Q.    The value that a buyer is |
| 12:09:55 | 15 | bringing to the table, however, is a component |
| 12:09:59 | 16 | or a basis of the purchase price at which the |
| 12:10:03 | 17 | buyer is -- at which the buyer is willing to |
| 12:10:11 | 18 | acquire EMI; isn't that correct? |
| 12:10:13 | 19 | A.    I don't understand that question. |
| 12:10:19 | 20 | Q.    Is a buyer's purchase price for a |
| 12:10:25 | 21 | company predicated in any way on what it sees |
| 12:10:27 | 22 | as the investment value of the acquisition? |
| 12:10:33 | 23 | MR. GRAVANTE:  Objection to the |
| 12:10:34 | 24 | form. |
| 12:10:34 | 25 | A.    It is possible that a buyer is |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 140

|            |    |                                         |
|------------|----|-----------------------------------------|
|            | 1  | MARIANNE DeMARIO                        |
| 12:10:38   | 2  | willing to pay part of the value that it brings |
| 12:10:43   | 3  | to the table in order to acquire a company. |
| 12:10:53   | 4  | But that does not mean that the price it is |
| 12:10:56   | 5  | willing to pay equates to the fair market |
| 12:11:00   | 6  | value.  Fair market value does not change. |
| 12:11:09   | 7  | Q.    If the buyer acquires a target |
| 12:11:12   | 8  | company and makes various operational and |
| 12:11:20   | 9  | financial improvements to the company, do those |
| 12:11:29   | 10 | improvements factor into the value of the |
| 12:11:31   | 11 | company acquired? |
| 12:11:33   | 12 | MR. GRAVANTE:  Objection to the |
| 12:11:33   | 13 | form. We're talking about fair market or |
| 12:11:37   | 14 | investment? |
| 12:11:37   | 15 | MR. CARNEY:  I just said value. |
| 12:11:39   | 16 | MR. GRAVANTE:   Value. |
| 12:11:39   | 17 | A.    They would factor into the |
| 12:11:41   | 18 | investment value of the company.  The specific |
| 12:11:45   | 19 | plans of the buyer do not factor into the fair |
| 12:11:50   | 20 | market value. |
| 12:11:50   | 21 | Q.    And that is because -- |
| 12:11:52   | 22 | A.    Only the plans that one could |
| 12:11:55   | 23 | reasonably expect any buyer would make. |
| 12:12:00   | 24 | Q.    And that is because you don't |
| 12:12:01   | 25 | assign those operational -- withdrawn. |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 141

```
                 1              MARIANNE DeMARIO
12:12:05    2              That's because in a fair market
12:12:08    3   value determination you do not assign the value
12:12:12    4   achieved through operational and financial
12:12:15    5   initiatives as part of the value received by
12:12:21    6   the buyer?
12:12:22    7              MR. GRAVANTE:  Objection to the
12:12:28    8         form.
12:12:28    9         A.    Those additional initiatives as
12:12:33   10   you describe them, what I describe as the
12:12:35   11   specific characteristics or motivations of a
12:12:37   12   specific buyer, you know, really relate to a
12:12:42   13   hypothetical company, a company that will only
12:12:45   14   come into existence after the purchase.
12:12:50   15              So it does not, it's not relevant
12:12:52   16   to the value that the buyer receives at the
12:12:58   17   date and at the exact time that it's purchased.
12:13:01   18         Q.    But if the acquiring party
12:13:05   19   implements managerial and financial initiatives
12:13:08   20   that increases the value of the target company,
12:13:16   21   doesn't the increase in value become part of
12:13:21   22   the value received by the acquiring company?
12:13:25   23              MR. GRAVANTE:  Objection to the
12:13:25   24         form.
12:13:27   25         A.    No. It's the value that the
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 142

|              |    | MARIANNE DeMARIO |
|--------------|----|------------------|
|              | 1  |                  |
| 12:13:31     | 2  | acquiring company brings after it receives the |
| 12:13:38     | 3  | value of the company on a stand-alone basis. |
| 12:13:44     | 4  | Q.    Those initiatives will take place |
| 12:13:46     | 5  | after the acquisition. So is it your testimony |
| 12:13:49     | 6  | that -- |
| 12:13:50     | 7  | A.    Can  I finish my answer? |
| 12:13:52     | 8  | Q.    Okay. I'm just trying to |
| 12:13:53     | 9  | understand it.  So finish your answer. |
| 12:14:05     | 10 | A.    Can I have my answer read back. |
| 12:14:31     | 11 | (The preceding answer was read as |
| 12:14:31     | 12 | follows: |
| 12:13:27     | 13 | "Answer:   No. It's the value |
| 12:13:29     | 14 | that the acquiring company brings after it |
| 12:13:36     | 15 | receives the value of the company on a |
| 12:13:40     | 16 | stand-alone basis.") |
| 12:14:32     | 17 | A.    That's what I said.  So the value |
| 12:14:33     | 18 | of the company on a stand-alone basis is the |
| 12:14:35     | 19 | value that every buyer would receive.  So let's |
| 12:14:37     | 20 | say the value is 100, the value after this |
| 12:14:43     | 21 | potential transaction might be 110 to buyer A |
| 12:14:49     | 22 | and might be 120 to buyer B, and it might be |
| 12:14:53     | 23 | 100 to buyer C.  But the value that the buyer |
| 12:14:57     | 24 | receives does not change. |
| 12:15:08     | 25 | Q.    That's regardless of any increase |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 143

```
            1              MARIANNE DeMARIO
12:15:10    2    in value that the acquiring company can bring
12:15:14    3    to the target company?
12:15:15    4              MR. GRAVANTE:  Objection to the
12:15:15    5         form.  Asked and answered.
12:15:17    6         A.    If that increase is specific and
12:15:21    7    unique to that specific buyer.
12:15:23    8         Q.    Correct.  Your answer is?
12:15:27    9         A.    If -- yes, if what I just said is
12:15:31   10    true, then correct.
12:15:43   11         Q.    Is it your opinion --
12:15:46   12              MR. GRAVANTE:  Can you just give me
12:15:48   13         one second.
12:15:49   14              MR. CARNEY:  Of course.
12:16:13   15              MR. GRAVANTE:  Okay.  Thank you.
12:16:14   16              MR. CARNEY:  Let's mark this as
12:16:15   17         DeMario 6 the Expert Report of Daniel R.
12:16:19   18         Fischel.
12:16:19   19                   (DeMario Exhibit 6 for
12:16:17   20         identification, Expert Report of Daniel R.
12:16:19   21         Fischel, no production numbers.)
12:17:01   22         Q.    Have you seen that document
12:17:03   23    before?
12:17:03   24         A.    This appears to be a copy of
12:17:07   25    Dr. Fischel's Expert Report.  And yes, I have
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 144

|          |    | MARIANNE DeMARIO |
|----------|----|------------------|
| 12:17:09 | 2  | seen it before. |
| 12:17:12 | 3  | Q.    You read that report before? |
| 12:17:13 | 4  | A.    Yes. |
| 12:17:21 | 5  | Q.    If you turn to page 28 of |
| 12:17:23 | 6  | Dr. Fischel's report.  I will ask you to -- |
| 12:17:33 | 7  | well, let me refer your attention to the middle |
| 12:17:35 | 8  | of the page and the following portion of |
| 12:17:39 | 9  | Dr. Fischel's report. |
| 12:17:41 | 10 | He writes "At the time of the |
| 12:17:42 | 11 | acquisition market participants understood that |
| 12:17:45 | 12 | EMI was evaluating strategic alternatives, |
| 12:17:48 | 13 | including the potential sale of the company |
| 12:17:50 | 14 | because EMI and market participants believe |
| 12:17:53 | 15 | that a transaction would be value enhancing. |
| 12:17:55 | 16 | "The fair market value of EMI |
| 12:17:57 | 17 | includes the benefits that EMI, Terra Firma, |
| 12:18:00 | 18 | and market participants believed would accrue |
| 12:18:03 | 19 | from a value enhancing strategic alternative |
| 12:18:05 | 20 | because such an alternative increased the |
| 12:18:07 | 21 | amount that a willing buyer and a willing |
| 12:18:10 | 22 | seller would have agreed upon in a hypothetical |
| 12:18:12 | 23 | transaction." |
| 12:18:14 | 24 | There is a footnote.  Do you |
| 12:18:15 | 25 | agree with Dr. Fischel's statement in that |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 163

|    |    |                                                     |
|----|----|-----------------------------------------------------|
|          | 1  | MARIANNE DeMARIO                                    |
| 12:43:35 | 2  | have changed its bid had it known about these       |
| 12:43:41 | 3  | facts?                                              |
| 12:43:42 | 4  | A.    About which facts?                            |
| 12:43:47 | 5  | Q.    The inflated EBITDA.                          |
| 12:43:50 | 6  | A.    I have not seen specific                      |
| 12:43:53 | 7  | documents that I can recall.                        |
| 12:44:15 | 8  | Q.    Are you aware that in or around               |
| 12:44:20 | 9  | 2007 Warner Music Group made -- expressed           |
| 12:44:23 | 10 | interest in bidding for EMI at a price of 2.60      |
| 12:44:26 | 11 | pounds?                                             |
| 12:44:30 | 12 | A.    Yes.                                          |
| 12:44:32 | 13 | Q.    Is that fact a fact that you                  |
| 12:44:35 | 14 | would find appropriate to use in a fair market      |
| 12:44:41 | 15 | value determination for EMI?                        |
| 12:44:44 | 16 | A.    Again, it is something that I                 |
| 12:44:46 | 17 | would consider. I do not believe it's               |
| 12:44:49 | 18 | appropriate to use that as the fair market          |
| 12:44:59 | 19 | value.                                              |
| 12:44:59 | 20 | Q.    Why is that?                                  |
| 12:45:05 | 21 | A.    First, it didn't happen.  Second,             |
| 12:45:10 | 22 | it would reflect, to a certain extent, the          |
| 12:45:16 | 23 | specific synergies of Warner.                       |
| 12:45:22 | 24 | Third, it includes information                      |
| 12:45:27 | 25 | where the bid would be based upon -- the bid        |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 164

|          |    | MARIANNE DeMARIO |
|----------|----|------------------|
| 12:45:30 | 2  | would not reflect relevant information.  The |
| 12:45:35 | 3  | bid did not reflect relevant information.  The |
| 12:45:40 | 4  | bid happened in -- I guess it wasn't actually a |
| 12:45:44 | 5  | bid, it was probably an indication of interest. |
| 12:45:47 | 6  | The indication of interest |
| 12:45:50 | 7  | happened at a time two months prior to May |
| 12:45:54 | 8  | 2007.  And there may be other reasons as well. |
| 12:46:00 | 9  | Q.    Why does the fact it came two |
| 12:46:02 | 10 | months prior to May 2007 matter for your |
| 12:46:04 | 11 | analysis? |
| 12:46:07 | 12 | A.    I was listing a number of |
| 12:46:11 | 13 | reasons.  And it's -- |
| 12:46:12 | 14 | Q.    But the temporal aspect of the |
| 12:46:14 | 15 | bid, that's what I'm asking about. |
| 12:46:16 | 16 | A.    This was a market that was -- an |
| 12:46:20 | 17 | industry that was declining.  So it is |
| 12:46:25 | 18 | certainly possible that the value had declined |
| 12:46:30 | 19 | in that two-month period.  It is something that |
| 12:46:32 | 20 | I would have to look at. |
| 12:46:40 | 21 | Q.    Do you understand that the EMI |
| 12:46:45 | 22 | Board had determined that it would entertain |
| 12:46:51 | 23 | bids of prices at 2.60 pounds and above for the |
| 12:46:56 | 24 | sale of EMI? |
| 12:46:59 | 25 | A.    That sounds reasonable.  I don't |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 165

              1              MARIANNE DeMARIO
12:47:02      2    recall that specific language.  But it sounds
12:47:05      3    reasonable.
12:47:06      4          Q.    Would that fact be one that would
12:47:11      5    be appropriate for you to use in the fair
12:47:16      6    market value determination of EMI?
12:47:22      7          A.    Again it would be something that
12:47:23      8    I would consider.  But I don't believe that
12:47:26      9    that is appropriate or it represents the value,
12:47:33     10    the fair market value of EMI.
12:47:34     11          Q.    Why would it be inappropriate for
12:47:37     12    you to use a floor price, if you will,
12:47:43     13    established by the target company in your fair
12:47:48     14    market value determination?
12:47:50     15               MR. GRAVANTE:  Objection to the
12:47:52     16          form.
12:47:52     17          A.    Because their goal is to maximize
12:47:56     18    the amount of money that they receive from the
12:47:58     19    transaction.  Their goal is not to determine
12:48:02     20    the fair market value of the company.
12:48:06     21               So if they've successfully hid
12:48:09     22    from the world the fact that they were about to
12:48:12     23    violate their debt covenants and were in severe
12:48:16     24    financial difficulties, I would not expect them
12:48:19     25    to be figuring that into what the fair market

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 166

|           |    |                                              |
|-----------|----|----------------------------------------------|
|           | 1  | MARIANNE DeMARIO                             |
| 12:48:30  | 2  | value of their company was for example.      |
| 12:48:40  | 3  | Q.     You mentioned EMI withholding          |
| 12:48:41  | 4  | information about the failure of an impending |
| 12:48:46  | 5  | debt covenant.  What basis do you have for your |
| 12:48:48  | 6  | testimony that EMI was about to violate their |
| 12:48:58  | 7  | debt covenants?                               |
| 12:49:00  | 8  | A.     My understanding is that they          |
| 12:49:05  | 9  | technically either did actually violate their |
| 12:49:08  | 10 | debt covenants and received a waiver to include |
| 12:49:11  | 11 | the Bertelsmann settlement or about to and    |
| 12:49:16  | 12 | received that waiver.  I don't remember the   |
| 12:49:17  | 13 | exact timing.                                 |
| 12:49:18  | 14 | Q.     So, your testimony concerns the        |
| 12:49:21  | 15 | Bertelsmann settlement?                       |
| 12:49:23  | 16 | A.     That's one of the pieces.  But         |
| 12:49:25  | 17 | the, in general if you're that close to       |
| 12:49:30  | 18 | violating your debt covenants, that's an      |
| 12:49:33  | 19 | indication of the financial difficulties.     |
| 12:49:38  | 20 | Q.     And it's your understanding that       |
| 12:49:42  | 21 | EMI withheld that information from Terra Firma |
| 12:49:45  | 22 | and other prospective bidders?                |
| 12:49:46  | 23 | A.     If I use the word withheld, that       |
| 12:49:49  | 24 | may have been -- I may have misspoke.  It was |
| 12:49:54  | 25 | information that was not available.  The term |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 167

|  |  | MARIANNE DeMARIO |
|---|---|---|
| 12:49:56 | 2 | withheld implies some forethought.  It was |
| 12:50:03 | 3 | information that was not available.  It was |
| 12:50:05 | 4 | known to EMI, it was not available to the other |
| 12:50:07 | 5 | market participants. |
| 12:50:11 | 6 | Q.   Have you seen any documents that |
| 12:50:13 | 7 | support the conclusion that Terra Firma would |
| 12:50:14 | 8 | have acted any differently had it seen the |
| 12:50:18 | 9 | information with respect to EMI's debt |
| 12:50:20 | 10 | covenants you were just testifying to? |
| 12:50:22 | 11 | MR. GRAVANTE:  Objection to the |
| 12:50:22 | 12 | form. |
| 12:50:22 | 13 | A.   Can I have that question read |
| 12:50:37 | 14 | back. |
| 12:50:37 | 15 | (The pending question was read as |
| 12:50:37 | 16 | follows: |
| 12:50:11 | 17 | "Question:   Have you seen any |
| 12:50:12 | 18 | documents that support the conclusion that |
| 12:50:14 | 19 | Terra Firma would have acted any |
| 12:50:15 | 20 | differently had it seen the information |
| 12:50:18 | 21 | with respect to EMI's debt covenants you |
| 12:50:21 | 22 | were just testifying to?") |
| 12:50:38 | 23 | A.   I can't recall seeing documents |
| 12:50:42 | 24 | like that.  But that does not mean they don't |
| 12:50:49 | 25 | exist. |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 168

|          |    |                                        |
|----------|----|----------------------------------------|
|          | 1  | MARIANNE DeMARIO                       |
| 12:50:52 | 2  | Q.    But the basis for your           |
| 12:50:54 | 3  | understanding that that was information that |
| 12:50:57 | 4  | Terra Firma believed it should have had came |
| 12:51:01 | 5  | from your discussions with counsel and others |
| 12:51:05 | 6  | that you testified to before?          |
| 12:51:11 | 7  | A.    As I previously testified, my    |
| 12:51:13 | 8  | understanding came from my review of the |
| 12:51:15 | 9  | Complaint, discussions with counsel,   |
| 12:51:22 | 10 | discussions with Michael Slattery.  And again |
| 12:51:24 | 11 | there may be other documents I reviewed as |
| 12:51:26 | 12 | well.                                  |
| 12:51:26 | 13 | Q.    But you can't recall what those  |
| 12:51:27 | 14 | documents are as you sit here now?     |
| 12:51:29 | 15 | A.    That's correct.                  |
| 12:51:47 | 16 | Q.    Do you have an understanding,    |
| 12:51:48 | 17 | Ms. DeMario, that in the time period after the |
| 12:51:55 | 18 | bid on May 21 and through June and portions of |
| 12:51:59 | 19 | July, shares of EMI in the market traded at |
| 12:52:08 | 20 | prices above 2.65 pounds?              |
| 12:52:14 | 21 | A.    That's my understanding.         |
| 12:52:18 | 22 | Q.    Is it a reasonable conclusion to |
| 12:52:20 | 23 | draw from that that the market expected there |
| 12:52:30 | 24 | to be a topping bid above the 2.65 pounds that |
| 12:52:34 | 25 | Terra Firma had made for EMI?          |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 169

          1              MARIANNE DeMARIO
12:52:36  2              MR. GRAVANTE:  Objection to the
12:52:42  3     form.
12:52:42  4         A.    I think it is reasonable to
12:52:44  5     assume there was some speculation.  I don't
12:52:46  6     think it is reasonable to assume that's what
12:52:47  7     the market expected.  There is a difference.  I
12:52:52  8     will just say I put quotes around the market.
12:52:55  9         Q.    That's fair.  But to the extent
12:52:58 10     there was some speculation about potential
12:53:01 11     topping bids above 2.65 pounds, the fact
12:53:06 12     remains that for portions of that period in
12:53:09 13     May, June and July, the share price for EMI was
12:53:12 14     trading at levels above 2.65 pounds?
12:53:16 15         A.    I believe and I think that
12:53:20 16     Fischel has a chart in his report that it went
12:53:22 17     up and down.  So there clearly was speculation
12:53:25 18     and belief in the market that the transaction
12:53:28 19     wouldn't happen at all.
12:53:30 20              So, I think it goes both ways.
12:53:32 21         Q.    Right.
12:53:33 22         A.    But we can look at that chart.
12:53:38 23         Q.    Feel free to, it is Fischel
12:53:40 24     Exhibit C if you would like to look at it
12:53:42 25     quickly just to confirm that.

Page 202

|  |  |  |
|--|--|--|
| | 1 | MARIANNE DeMARIO |
| 14:17:52 | 2 | Q.   Did you become aware of them once |
| 14:17:54 | 3 | you read the Fischel report and Exhibit K? |
| 14:17:57 | 4 | A.   Yes. |
| 14:17:58 | 5 | Q.   Did you ask your staff or counsel |
| 14:18:00 | 6 | to obtain these documents that are referenced |
| 14:18:03 | 7 | here for you? |
| 14:18:09 | 8 | A.   Yes. |
| 14:18:09 | 9 | Q.   Did you review those documents? |
| 14:18:15 | 10 | A.   Yes.  Well if we are talking |
| 14:18:16 | 11 | about all of Exhibit K, I didn't ask anybody to |
| 14:18:19 | 12 | get me the information about their stock prices |
| 14:18:21 | 13 | down at the bottom but as far as the Citigroup |
| 14:18:28 | 14 | Terra, Project Dice, the Citigroup Cerberus and |
| 14:18:31 | 15 | Merrill Lynch Cerberus I asked to look at |
| 14:18:33 | 16 | those. |
| 14:18:40 | 17 | Q.   Having reviewed the documents, |
| 14:18:41 | 18 | did any of the documents cause you to want to |
| 14:18:43 | 19 | change the conclusions that you reached in your |
| 14:18:49 | 20 | report? |
| 14:18:49 | 21 | A.   No. |
| 14:18:55 | 22 | Q.   Take a look just quickly at the |
| 14:18:57 | 23 | document's reference.  If you look at Fischel |
| 14:19:00 | 24 | K, the first entry is Greenhill Project |
| 14:19:03 | 25 | Mulberry May 21 valuation. |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 203

|          |    |                                                 |
|----------|----|-------------------------------------------------|
|          | 1  | MARIANNE DeMARIO                                |
| 14:19:05 | 2  | Then if you pull out that May 21                |
| 14:19:08 | 3  | valuation we were just looking at, which is     |
| 14:19:15 | 4  | Exhibit 7, I guess we talked about the take     |
| 14:19:19 | 5  | out.  If you go back to page 5.  We discussed a |
| 14:19:35 | 6  | few minutes ago the take out valuations         |
| 14:19:37 | 7  | reflected at the bottom of that chart.  Do you  |
| 14:19:43 | 8  | recall that?                                    |
| 14:19:43 | 9  | A.    Yes.                                      |
| 14:19:47 | 10 | Q.    Do you understand those entries           |
| 14:19:50 | 11 | correspond to what Dr. Fischel had reflected in |
| 14:19:56 | 12 | Exhibit K?                                      |
| 14:19:58 | 13 | A.    Let me just check the numbers.            |
| 14:20:04 | 14 | Q.    Under that first entry for                |
| 14:20:06 | 15 | Greenhill Project Mulberry.                     |
| 14:20:30 | 16 | A.    One of them where it says sales           |
| 14:20:31 | 17 | of music publishing in Japan recorded music     |
| 14:20:34 | 18 | there is a range of 181 to 237.  Then there is  |
| 14:20:41 | 19 | a dotted line goes to 293.  Fischel's report    |
| 14:20:44 | 20 | goes to 293, but I can't quickly see what the   |
| 14:20:47 | 21 | difference is here.                             |
| 14:20:47 | 22 | Q.    Right.                                    |
| 14:20:48 | 23 | A.    I don't know if it is appropriate         |
| 14:20:49 | 24 | for it to go up to 293 or to go up to 237.      |
| 14:20:53 | 25 | Q.    That's fair.  And indeed the              |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 204

|            |    | MARIANNE DeMARIO                               |
|------------|----|------------------------------------------------|
|            | 1  |                                                |
| 14:20:56   | 2  | Greenhill valuation does reflect the dotted    |
| 14:21:00   | 3  | line that shows a rectangle between the 237    |
| 14:21:04   | 4  | range and 293 range.  But with that exception, |
| 14:21:07   | 5  | does it appear that this first batch of entries|
| 14:21:11   | 6  | under Fischel K are drawn from the take out    |
| 14:21:14   | 7  | valuation ranges in the Greenhill report?      |
| 14:21:17   | 8  |          A.    Yes.                            |
| 14:21:20   | 9  |          Q.    Let's skip down to the next one |
| 14:21:22   | 10 | Citigroup/Terra Project Dice May 17, 2007.     |
| 14:21:32   | 11 |          Let's mark as DeMario 9 a             |
| 14:21:39   | 12 | document entitled Project Dice Credit Approval |
| 14:21:41   | 13 | Memorandum May 17, 2007. It says Bates         |
| 14:21:48   | 14 | Citi-TF-00562437 through 530.                  |
| 14:21:55   | 15 |                    (DeMario Exhibit 9 for      |
| 14:21:40   | 16 |          identification, Project Dice Credit   |
| 14:21:41   | 17 |          Approval Memorandum May 17, 2007,     |
| 14:21:45   | 18 |          production numbers Citi-TF-00562437   |
| 14:21:52   | 19 |          through 530.)                         |
| 14:22:30   | 20 |          Q.    Have you seen that document     |
| 14:22:31   | 21 | before?                                        |
| 14:22:33   | 22 |          A.    I don't recall if I've is seen  |
| 14:22:34   | 23 | the entire document or my staff just showed me |
| 14:22:36   | 24 | certain pages.                                 |
| 14:22:37   | 25 |          Q.    Okay.                           |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 205

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 14:22:38 | 2 | A.   I don't recall looking at |
| 14:22:42 | 3 | something that was this thick. |
| 14:22:43 | 4 | Q.   Do you have an understanding of |
| 14:22:44 | 5 | what the document is? |
| 14:22:55 | 6 | A.   Can you just give me a second |
| 14:22:57 | 7 | since I don't remember looking at a document of |
| 14:22:59 | 8 | this size. |
| 14:23:00 | 9 | Q.   Sure. |
| 14:24:04 | 10 | A.   The document states its purpose |
| 14:24:05 | 11 | is to request approval to issue a financing |
| 14:24:07 | 12 | commitment to support Terra Firma in its |
| 14:24:10 | 13 | proposed acquisition much EMI. |
| 14:24:14 | 14 | Q.   Will you accept my -- |
| 14:24:15 | 15 | A.   I haven't had a chance to review |
| 14:24:17 | 16 | the document -- |
| 14:24:17 | 17 | Q.   Of course, I understand. |
| 14:24:19 | 18 | A.   -- if it has any other purpose. |
| 14:24:22 | 19 | Q.   Will you accept my representation |
| 14:24:24 | 20 | this is an internal Citibank Credit approval |
| 14:24:28 | 21 | memorandum with respect to the proposed |
| 14:24:30 | 22 | financing by Terra Firma for the EMI |
| 14:24:31 | 23 | acquisition? |
| 14:24:32 | 24 | A.   Okay. |
| 14:24:38 | 25 | Q.   Okay.  Let's turn if we can to |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 206

```
          1                    MARIANNE DeMARIO
14:24:41  2     2509 on the bottom.
14:25:04  3          A.   Okay.
14:25:05  4          Q.   It says valuation back up on the
14:25:09  5     top of that page.  Do you see that?
14:25:11  6          A.   Yes.
14:25:13  7          Q.   There is a chart with four
14:25:14  8     entries for WMG trading, SOTP precedents, DCF
14:25:21  9     and research target prices.  Do you see that?
14:25:23 10     Actually there is a fifth entry called 52 week
14:25:26 11     trading.
14:25:27 12          A.   Yes.
14:25:34 13          Q.   If you turn back to Fischel K
14:25:36 14     under the Citigroup Terra Project Dice entry
14:25:39 15     there are four entries for WMG trading
14:25:41 16     multiple, SOTP precedents, DCF, Terra Firma
14:25:46 17     case DCF downside case and research target
14:25:54 18     prices.  Do you see that?
14:25:55 19          A.   Yes.
14:25:56 20          Q.   Did you have --
14:25:58 21          A.   Can I just have a minute to --
14:26:02 22          Q.   Sure.
14:26:02 23          A.   -- to check and see exactly where
14:26:05 24     the numbers come from.
14:26:06 25          Q.   It will be apparent while you're
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 207

|  | 1 | MARIANNE DeMARIO |
|---|---|---|
| 14:26:08 | 2 | looking I'll represent to you per footnote 2 of |
| 14:26:16 | 3 | the Fischel exhibit, there is a calculation |
| 14:26:20 | 4 | that one must undertake to get to the numbers |
| 14:26:23 | 5 | that he reflects on the front page of this |
| 14:26:27 | 6 | chart. |
| 14:27:10 | 7 | A.    The section we're in is called |
| 14:27:11 | 8 | valuation backup.  Is there a place where they |
| 14:27:14 | 9 | summarize the valuation earlier in this memo? |
| 14:27:17 | 10 | Q.    I don't know that they did. |
| 14:27:19 | 11 | A.    It is just a little confusing to |
| 14:27:21 | 12 | go from the page you're having me look at to |
| 14:27:26 | 13 | the Fischel report. |
| 14:27:27 | 14 | Q.    Understand.  I won't ask you to |
| 14:27:28 | 15 | go through the arithmetic. |
| 14:27:31 | 16 | Do you have any reason to believe |
| 14:27:32 | 17 | that the calculations reflected in footnote 2 |
| 14:27:43 | 18 | are accurate and are derived from this page |
| 14:27:46 | 19 | 2509 in the Citi report? |
| 14:27:48 | 20 | MR. GRAVANTE:   Objection to form. |
| 14:27:50 | 21 | A.    I would have to say that it's not |
| 14:27:53 | 22 | simple mathematics.  So while I have no reason |
| 14:27:56 | 23 | to believe they are not true, I have no reason |
| 14:27:58 | 24 | to believe that they're accurate or the way I |
| 14:28:01 | 25 | would do it, the way I would perform them. |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 208

|  |  |  |
|--|--|--|
| | 1 | MARIANNE DeMARIO |
| 14:28:05 | 2 | Q.    Okay.  Why don't you put that |
| 14:28:06 | 3 | document aside for now.  Let's go to Citigroup, |
| 14:28:09 | 4 | the next entry on Fischel Exhibit K,  is |
| 14:28:13 | 5 | Citigroup Cerberus Project Earl, May 18, 2007. |
| 14:28:25 | 6 | Let's mark that. |
| 14:28:26 | 7 | This is going to be DeMario |
| 14:28:28 | 8 | Exhibit 10.  Multipage document |
| 14:28:34 | 9 | CITI-TF-00326373 through 438. |
| 14:28:34 | 10 | (DeMario Exhibit 10 for |
| 14:28:34 | 11 | identification, Leveraged Finance |
| 14:28:16 | 12 | Memorandum May 18, 2007, production |
| 14:28:30 | 13 | numbers CITI-TF-00326373 through 438.) |
| 14:29:19 | 14 | Q.    Have you seen this document |
| 14:29:20 | 15 | before? |
| 14:29:20 | 16 | A.    Again, I may have seen pages, I |
| 14:29:22 | 17 | don't recall seeing the entirety of this |
| 14:29:23 | 18 | document. |
| 14:29:37 | 19 | Q.    Again, if you look at the first |
| 14:29:40 | 20 | page, Citigroup letterhead called Leveraged |
| 14:29:43 | 21 | Finance Memorandum.  Top right-hand corner says |
| 14:29:46 | 22 | Project Earl Final Approval Memorandum. |
| 14:29:51 | 23 | Will you accept my |
| 14:29:52 | 24 | representation, Ms. DeMario, that this is an |
| 14:29:57 | 25 | internal Citigroup memorandum that addresses a |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 209

|          |    |                                            |
|----------|----|--------------------------------------------|
|          | 1  | MARIANNE DeMARIO                           |
| 14:29:59 | 2  | financing proposal to finance a potential bid |
| 14:30:03 | 3  | by Cerberus for EMI?                       |
| 14:30:09 | 4  | A.    I will accept that                    |
| 14:30:10 | 5  | representation, but depending upon your     |
| 14:30:11 | 6  | question I may want more time to review it  |
| 14:30:16 | 7  | before I answer your question.              |
| 14:30:17 | 8  | Q.    Understood.  Can you turn for me     |
| 14:30:18 | 9  | to Bates number 6427 in that document, the page |
| 14:30:52 | 10 | of that document is entitled Discounted Cash |
| 14:30:56 | 11 | Flow Analysis Base Case Exhibit 3.          |
| 14:30:58 | 12 | If you look on the bottom right |
| 14:30:59 | 13 | Hands chart there is a chart that says equity |
| 14:31:03 | 14 | value as of 9/30/07.                        |
| 14:31:07 | 15 | If you look right in the middle |
| 14:31:09 | 16 | of the boxed data there is a number 2,592.  Do |
| 14:31:16 | 17 | you see that?                               |
| 14:31:16 | 18 | A.    I see the number, but I have no      |
| 14:31:19 | 19 | context whatsoever as to what this page is  |
| 14:31:25 | 20 | purporting to represent or what that number is |
| 14:31:26 | 21 | purporting to represent.                    |
| 14:31:28 | 22 | Q.    Okay.  If you turn back to          |
| 14:31:29 | 23 | Exhibit K of Fischel the entry next to      |
| 14:31:36 | 24 | Citigroup Cerberus price per share have 283, |
| 14:31:43 | 25 | and equity value of 2,592.  Do you see that? |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 210

```
             1              MARIANNE DeMARIO
14:31:47     2         A.    Yes, I see that.
14:31:50     3         Q.    Any reason to doubt that number
14:31:51     4    is not derived from page 6427 of Project Earl?
14:31:58     5         A.    It may be derived from it, but
14:32:01     6    without understanding the context and without
14:32:03     7    looking at this document with some more detail,
14:32:08     8    I can't tell you whether or not it's
14:32:11     9    appropriate to call that a value, whether or
14:32:13    10    not there is many other values in here that
14:32:16    11    aren't included in Exhibit K.
14:32:23    12         Q.    But you did not consider this
14:32:24    13    document when you were preparing your report;
14:32:31    14    correct?
14:32:31    15         A.    I did not because I didn't have
14:32:32    16    access to this document when I prepared my
14:32:34    17    report.
14:32:36    18         Q.    The same is true for the Project
14:32:38    19    Dice memorandum we just looked at with respect
14:32:40    20    to Terra Firma's bid, you did not consider that
14:32:44    21    document when you were preparing your report
14:32:48    22    because you had not seen it?
14:32:50    23         A.    That's correct.
14:32:53    24         Q.    Why don't you put that aside.
14:32:54    25    Let's just mark this last document that Fischel
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 211

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 14:32:57 | 2 | refers to here.  You will see the next entry is |
| 14:33:00 | 3 | Merrill Lynch Cerberus Project Record May 17, |
| 14:33:04 | 4 | 2007. |
| 14:33:08 | 5 | Let's mark as DeMario Exhibit 11 |
| 14:33:14 | 6 | a multipage document Bates numbered |
| 14:33:18 | 7 | LAZ _TF _0011970 through 990. |
| 14:33:26 | 8 | (DeMario Exhibit 11 for |
| 14:33:01 | 9 | identification, Cerberus Project Record |
| 14:33:03 | 10 | May 17, 2007, production numbers LAZ_TF |
| 14:33:22 | 11 | _0011970 through 990.) |
| 14:34:11 | 12 | Q.    Have you seen this document |
| 14:34:12 | 13 | before? |
| 14:34:12 | 14 | A.    Yes. |
| 14:34:16 | 15 | Q.    When did you first see this |
| 14:34:17 | 16 | document? |
| 14:34:23 | 17 | A.    Probably shortly after I looked |
| 14:34:24 | 18 | at the Fischel report. |
| 14:34:27 | 19 | Q.    Was this one of the Cerberus |
| 14:34:28 | 20 | documents that you looked at that you testified |
| 14:34:29 | 21 | to before? |
| 14:34:34 | 22 | A.    Yes. |
| 14:34:34 | 23 | Q.    If you turn to -- |
| 14:34:36 | 24 | A.    Can I just have a minute to look |
| 14:34:38 | 25 | through it, please. |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 212

| | | |
|---|---|---|
| | 1 | MARIANNE DeMARIO |
| 14:34:39 | 2 | Q.    Of course. |
| 14:36:22 | 3 | A.    Okay. |
| 14:36:24 | 4 | Q.    If you turn to page 975, please. |
| 14:36:31 | 5 | A.    Okay. |
| 14:36:34 | 6 | Q.    There is page with a heading |
| 14:36:37 | 7 | Valuation Considerations Valuation Summary, do |
| 14:36:41 | 8 | you see that? |
| 14:36:41 | 9 | A.    Yes, I do. |
| 14:36:45 | 10 | Q.    Beginning with the second entry |
| 14:36:47 | 11 | under the column methodology there is an entry |
| 14:36:49 | 12 | labeled Brokers' Research.  Do you see that? |
| 14:36:53 | 13 | A.    Yes. |
| 14:36:53 | 14 | Q.    Then there are a number of other |
| 14:36:54 | 15 | entries under that.  If you look at those |
| 14:36:58 | 16 | entries beginning with the entry for brokers' |
| 14:37:01 | 17 | research down through UK Take Over Premium, |
| 14:37:06 | 18 | does it appear that those figures are reflected |
| 14:37:13 | 19 | in Fischel Exhibit K under the Merrill Lynch |
| 14:37:19 | 20 | Cerberus entry? |
| 14:38:07 | 21 | A.    I'm sorry, what was the question? |
| 14:38:09 | 22 | Q.    Whether having reviewed page 975, |
| 14:38:13 | 23 | whether it appears that the entries to which I |
| 14:38:15 | 24 | referred are reflected in Fischel Exhibit K |
| 14:38:21 | 25 | under the heading Merrill Lynch Cerberus |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 213

|          |    |                                                |
|----------|----|------------------------------------------------|
|          | 1  | MARIANNE DeMARIO                               |
| 14:38:23 | 2  | Project Record?                                |
| 14:38:26 | 3  | A.    Yes, they are.                           |
| 14:38:28 | 4  | Q.    And then just to finish out this         |
| 14:38:30 | 5  | Exhibit K, Dr. Fischel has a series of EMI     |
| 14:38:40 | 6  | closing price figures at the bottom of this    |
| 14:38:43 | 7  | exhibit; do you see that?                      |
| 14:38:44 | 8  | A.    Yes.                                     |
| 14:38:46 | 9  | Q.    Looking at this exhibit, with the        |
| 14:38:47 | 10 | exception of one entry which is the trading    |
| 14:38:51 | 11 | comparable consensus base case under the       |
| 14:38:54 | 12 | Merrill Lynch Cerberus Project Record section, |
| 14:38:59 | 13 | all of these valuation indicators, are they    |
| 14:39:02 | 14 | not, are greater than the fair market values   |
| 14:39:06 | 15 | you identify in your tables 1A and 11B?        |
| 14:39:10 | 16 | MR. GRAVANTE:    Objection to the              |
| 14:39:11 | 17 | form.                                          |
| 14:39:11 | 18 | A.    Would you like me to answer              |
| 14:39:13 | 19 | simply as a matter of math?                    |
| 14:39:15 | 20 | Q.    Yes.                                     |
| 14:39:15 | 21 | A.    Okay.  Simply as a matter of math        |
| 14:39:18 | 22 | the numbers on Fischel Exhibit K, but for the  |
| 14:39:25 | 23 | trading comparables consensus base case, which |
| 14:39:29 | 24 | is lower than my May 2007 conclusion of fair   |
| 14:39:35 | 25 | market value simply as a matter of math these  |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 214

|          |    |                                          |
|----------|----|------------------------------------------|
|          | 1  | MARIANNE DeMARIO                         |
| 14:39:37 | 2  | mid points are higher than my conclusion of the |
| 14:39:44 | 3  | fair market value in May of 2007, in August |
| 14:39:48 | 4  | 2007.                                    |
| 14:39:49 | 5  | Q.    Is it your opinion that none of    |
| 14:39:51 | 6  | the valuation indicators reflected on Fischel |
| 14:39:54 | 7  | Exhibit K are appropriate to be used in a fair |
| 14:40:01 | 8  | market valuation determination for EMI?  |
| 14:40:02 | 9  | MR. GRAVANTE:  Objection to the          |
| 14:40:06 | 10 | form.                                    |
| 14:40:06 | 11 | A.    Well, I think that some of them    |
| 14:40:10 | 12 | were prepared in a fashion similar to the way |
| 14:40:14 | 13 | that I calculated the fair market value. |
| 14:40:19 | 14 | So I would not be able to dismiss        |
| 14:40:23 | 15 | them all as being inappropriate.  The ones that |
| 14:40:25 | 16 | were calculated from Cerberus' point of view |
| 14:40:29 | 17 | and the ones that were calculated assuming |
| 14:40:35 | 18 | specific strategic initiatives, as I've  |
| 14:40:40 | 19 | previously testified, are inappropriate. |
| 14:40:44 | 20 | But, again, to the extent that           |
| 14:40:51 | 21 | Merrill Lynch was not in possession of all the |
| 14:40:54 | 22 | relevant information, that is another factor |
| 14:40:57 | 23 | that would need to be taken into consideration |
| 14:41:00 | 24 | when looking at the appropriateness or the |
| 14:41:04 | 25 | accuracy of these numbers.                |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 215

|  | 1 | MARIANNE DeMARIO |
|---|---|---|
| 14:41:09 | 2 | Q.    In your last answer you stated "I |
| 14:41:12 | 3 | think that some were prepared in a fashion |
| 14:41:15 | 4 | similar to the way I calculated the fair market |
| 14:41:18 | 5 | value, so I would not be able to dismiss them |
| 14:41:20 | 6 | all as being inappropriate." |
| 14:41:24 | 7 | Can you identify the entries for |
| 14:41:25 | 8 | me that you could not dismiss as being |
| 14:41:30 | 9 | inappropriate? |
| 14:41:38 | 10 | A.    I certainly don't have access to |
| 14:41:40 | 11 | sufficient information to determine whether or |
| 14:41:44 | 12 | not I agree with all of the information, all of |
| 14:41:51 | 13 | the assumptions. |
| 14:41:52 | 14 | But if you look at DeMario |
| 14:41:54 | 15 | Exhibit 11975, the trading comparable consensus |
| 14:42:03 | 16 | base case and the DCF perpetuity growth, I |
| 14:42:15 | 17 | think Fischel calls it -- he doesn't call it |
| 14:42:18 | 18 | anything, but the base case, not the Cerberus |
| 14:42:21 | 19 | case, my interpretation of those two lines is |
| 14:42:25 | 20 | that one is a market multiple analysis that |
| 14:42:29 | 21 | doesn't include buyer-specific synergies or |
| 14:42:36 | 22 | values. |
| 14:42:36 | 23 | And the other one is a DCF that |
| 14:42:39 | 24 | similarly would not include buyer specific |
| 14:42:42 | 25 | value.  To the extent that my assumption is |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 216

```
             1              MARIANNE DeMARIO
14:42:46     2    wrong, I would change my answer, but that's how
14:42:49     3    I am interpreting those two lines.
14:43:09     4         Q.    Switching gears a little bit.
14:43:10     5    Now you identify two different methods for
14:43:23     6    calculating a fair market value in your report,
14:43:26     7    the income method and the market comparable
14:43:30     8    method; is that correct?
14:43:32     9         A.    I identify three different
14:43:34    10    methods.
14:43:35    11         Q.    There was a third.  What's the
14:43:38    12    third?
14:43:38    13         A.    The asset approach.
14:43:40    14         Q.    And is it fair to say that you
14:43:46    15    concluded that the asset approach was not an
14:43:48    16    appropriate approach for this exercise?
14:43:50    17         A.    That's correct.
14:43:51    18         Q.    Why?
14:43:52    19         A.    The asset looks at the underlying
14:43:57    20    physical assets typically.  This would be very
14:44:00    21    unusual for the asset approach to be
14:44:08    22    appropriate when valuing an ongoing business
14:44:10    23    that had intangible assets.
14:44:13    24         Q.    The asset approach is not used
14:44:16    25    for valuation where the company has significant
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 217

```
              1                    MARIANNE DeMARIO
14:44:18      2      intangible assets?
14:44:19      3              A.    It could he be.  I'm saying it's
14:44:21      4      unusual to use the asset approach when a
14:44:26      5      business is ongoing.
14:44:28      6              Q.    And for that reason you chose not
14:44:30      7      to use the asset approach?
14:44:31      8              A.    That's correct.
14:44:33      9              Q.    So you used the income approach
14:44:36     10      and the market approach; correct?
14:44:38     11              A.    That's correct.
14:44:39     12              Q.    Okay.  Can you explain what the
14:44:41     13      income method is that you utilized, just
14:44:43     14      generally?
14:44:44     15              A.    The income method you look at the
14:44:48     16      expected future cash flows.  And you discount
14:44:52     17      those future cash flows into current terms
14:44:55     18      based on the risk related to those cash flows.
14:45:03     19              Q.    Is DCF sometimes referred to as
14:45:06     20      discounted cash flow -- withdrawn.
14:45:09     21                    Is DCF a reference to discounted
14:45:11     22      cash flow?
14:45:12     23              A.    DCF method stands for discounted
14:45:14     24      cash flow method.
14:45:15     25              Q.    Is that the same as the income
```

Page 218

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 14:45:16 | 2 | method? |
| 14:45:18 | 3 | A.    I would use the terms |
| 14:45:20 | 4 | interchangeably. |
| 14:45:29 | 5 | Q.    Let's turn to paragraph 57 of |
| 14:45:31 | 6 | your report actually jumping back to paragraph |
| 14:45:58 | 7 | 56, you said "to begin my since," this is your |
| 14:45:59 | 8 | income approach. "To begin my analysis I |
| 14:46:02 | 9 | evaluate projections available approximate to |
| 14:46:05 | 10 | each valuation date that were prepared by EMI." |
| 14:46:08 | 11 | Then paragraph 57 you say "On |
| 14:46:10 | 12 | March 1, 2007 EMI issued a draft 5 year plan |
| 14:46:13 | 13 | that consisted of separate projections for EMI |
| 14:46:17 | 14 | RM and EMI MP for years 2008-2012." |
| 14:46:21 | 15 | Do you see that? |
| 14:46:22 | 16 | A.    Yes, I do. |
| 14:46:23 | 17 | Q.    Does RM refer to recorded music? |
| 14:46:27 | 18 | A.    Yes, it does. |
| 14:46:27 | 19 | Q.    MP to music publishing? |
| 14:46:29 | 20 | A.    Yes. |
| 14:46:32 | 21 | Q.    Paragraph 58 you go on to say |
| 14:46:34 | 22 | "2007 projections are summarized in Exhibits |
| 14:46:38 | 23 | B-1 and B-2" of your report; is that correct? |
| 14:46:41 | 24 | A.    Yes. |
| 14:46:56 | 25 | MR. CARNEY:    Let's mark as DeMario |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 219

|          |    |                                              |
|----------|----|----------------------------------------------|
|          | 1  |            MARIANNE DeMARIO                   |
| 14:46:58 | 2  | 12 a multipage document Bates                |
| 14:47:00 | 3  | TF 0000367046 through 055.                   |
| 14:47:07 | 4  |                    (DeMario Exhibit 12 for   |
| 14:47:07 | 5  | identification, EMI Group Draft              |
| 14:47:07 | 6  | Operational Model 3/1/07, production         |
| 14:47:00 | 7  | numbers TF 0000367046 through 055.)          |
| 14:47:37 | 8  | Q.    Do you recognize this document?        |
| 14:47:39 | 9  | A.    I will tell you I don't.               |
| 14:47:43 | 10 | Q.    So if I ask you if you knew            |
| 14:47:46 | 11 | whether these reflected the projections that |
| 14:47:50 | 12 | you relied upon in paragraph, that you refer to |
| 14:47:57 | 13 | in paragraph 57 you can't give me the answer? |
| 14:47:59 | 14 | A.    They may.  I may be familiar with      |
| 14:48:01 | 15 | looking at the document with the cover page on |
| 14:48:03 | 16 | it.  So it is quite possible that if you give |
| 14:48:06 | 17 | me some time and I'll look at the backup and it |
| 14:48:09 | 18 | may tie in, but I looked at these a few days  |
| 14:48:13 | 19 | ago and I just remember a different cover on  |
| 14:48:15 | 20 | it.                                          |
| 14:48:15 | 21 | Q.    Okay.  So you just don't know if       |
| 14:48:17 | 22 | these are the projections, the March 2007    |
| 14:48:20 | 23 | projections that you relied upon?            |
| 14:48:23 | 24 | A.    But if you give me a second I'll       |
| 14:48:25 | 25 | look.                                        |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 220

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 14:48:26 | 2 | Q.   Feel free. |
| 14:50:53 | 3 | A.   I just checked 2008 and the |
| 14:50:56 | 4 | numbers appear to tie in.  But I didn't check |
| 14:51:01 | 5 | all of the numbers. |
| 14:51:02 | 6 | Q.   Okay.  Plainly, if you turn back |
| 14:51:06 | 7 | to your Exhibit B1 and B2, those numbers |
| 14:51:13 | 8 | reflected in these charts accurately reflect |
| 14:51:19 | 9 | the projections from March 2007 that you're |
| 14:51:22 | 10 | relying on? |
| 14:51:23 | 11 | A.   My Exhibits B1 and B2 accurately |
| 14:51:27 | 12 | you reflect the March 1, 2007 EMI projections. |
| 14:51:30 | 13 | Q.   Right. If you look at the bottom |
| 14:51:32 | 14 | of B1, for example, it says "Source EMI Group |
| 14:51:36 | 15 | Operating Model 3/1/2007." |
| 14:51:39 | 16 | Do you see that? |
| 14:51:44 | 17 | A.   Yes. |
| 14:51:44 | 18 | Q.   We just don't know.  What we |
| 14:51:46 | 19 | marked as DeMario Exhibit 11 is that operating |
| 14:51:49 | 20 | model? |
| 14:51:50 | 21 | A.   12. |
| 14:51:50 | 22 | Q.   12.  Sorry? |
| 14:51:51 | 23 | A.   I checked 2008 but that's |
| 14:51:53 | 24 | correct.  It doesn't look like the document I |
| 14:51:58 | 25 | reviewed a few days ago. |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 221

|  | 1 | MARIANNE DeMARIO |
| --- | --- | --- |
| 14:52:09 | 2 | Q.    Now if you stay with me in your |
| 14:52:14 | 3 | Exhibits. Turn to Exhibit C1.  What does that |
| 14:52:25 | 4 | reflect? |
| 14:52:28 | 5 | A.    This is my May 2007 DCF |
| 14:52:31 | 6 | calculation. |
| 14:52:40 | 7 | Q.    This is the data you arrive at in |
| 14:52:42 | 8 | employing your income method for the May 2007 |
| 14:52:46 | 9 | valuation? |
| 14:52:55 | 10 | A.    May I have that read back, |
| 14:52:56 | 11 | please. |
| 14:52:56 | 12 | (The pending question was read as |
| 14:52:56 | 13 | follows: |
| 14:52:40 | 14 | "Question:  This is the data you |
| 14:52:41 | 15 | arrive at in employing your income method |
| 14:52:44 | 16 | for the May 2007 valuation?") |
| 14:52:57 | 17 | A.    This is the data that I use for |
| 14:53:00 | 18 | my May 2007 income approach. |
| 14:53:02 | 19 | Q.    And if you turn the page to |
| 14:53:09 | 20 | Exhibit C2 where it says 8/2007 valuation.  Is |
| 14:53:16 | 21 | this the data that you use for your income |
| 14:53:20 | 22 | method calculations for your August 2007 |
| 14:53:24 | 23 | valuation under the income method? |
| 14:53:30 | 24 | A.    Yes. |
| 14:53:39 | 25 | MR. CARNEY:   Why don't we change |

Page 222

```
                1            MARIANNE DeMARIO
14:53:40        2            the tape quickly right now.
14:53:43        3                VIDEOGRAPHER:  Here now marks the
14:53:45        4            end of tape 4 of deposition of
14:53:47        5            Ms. Marianne DeMario.  The time is 2:53
14:53:49        6            p.m.  We are now off the record.
14:53:51        7                (Recess taken.)
15:06:22        8                VIDEOGRAPHER:  Here now marks the
15:06:34        9            beginning of tape 5 of the deposition of
15:06:36       10            Marianne DeMario the time is 3:05 p.m. We
15:06:41       11            are back on the record.
15:06:42       12        EXAMINATION CONDUCTED BY MR. CARNEY:
15:06:42       13            Q.   Welcome back, Ms. DeMario.  Can
15:06:44       14        you turn to Exhibit M as in Mary of the Fischel
15:06:49       15        report.
15:07:18       16                This page is entitled Comparison
15:07:20       17        of EBITDA Projections.  It shows at the top
15:07:24       18        projections used in DeMario report.  There is a
15:07:26       19        footnote to your Exhibit C1, which was the data
15:07:31       20        you used for your May 2007 DCF analysis;
15:07:38       21        correct?
15:07:38       22            A.   Let me double-check --
15:07:39       23            Q.   Sure.
15:07:40       24            A.   -- whether the numbers are
15:07:41       25        accurate. Yes.  These agree to my Exhibit C1.
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 223

                        1              MARIANNE DeMARIO

15:08:06    2          Q.    And Dr. Fischel then makes a

15:08:11    3    comparison between your projections in C1 with

15:08:15    4    projections found in some of the other

15:08:17    5    documents that we've looked at today; do you

15:08:19    6    see that?

15:08:23    7          A.    Yes.  It's important to note that

15:08:24    8    he's for some reason only selected some of the

15:08:29    9    projections.  But he has selected three

15:08:35   10    projections here.

15:08:38   11          Q.    Then there is a fourth set of

15:08:39   12    projections at the bottom under Terra Firma EMI

15:08:43   13    presentation; is that correct?

15:08:45   14          A.    Yes.  The EMI presentation to

15:08:47   15    co-investors from September 2007.

15:08:50   16          Q.    Did you look at this chart when

15:08:52   17    you read the Fischel report?

15:08:54   18          A.    Yes.

15:08:55   19          Q.    Did you ask staff to pull the

15:08:59   20    documents that Professor Fischel refers to to

15:09:03   21    check his data?

15:09:05   22          A.    I asked staff to verify that the

15:09:10   23    EBITDA numbers were correct.  And to also pull

15:09:14   24    all the other EBITDA numbers that people were

15:09:17   25    using at or around this time.

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 224

```
                    1              MARIANNE DeMARIO
15:09:20    2              Q.    And as a result of that, with
15:09:22    3       respect to the first three comparisons that
15:09:24    4       Dr. Fischel makes in Exhibit M, did your staff
15:09:30    5       report back that the numbers were accurate?
15:09:33    6              A.    I don't recall them telling me
15:09:35    7       they were inaccurate. So I will assume that
15:09:38    8       they're accurate.
15:09:39    9              Q.    You have no reason to believe
15:09:41   10       those numbers are inaccurate?
15:09:42   11              A.    I do not.
15:09:51   12              Q.    And at the time, again, the time
15:09:52   13       you prepared your report, if you look at --
15:09:52   14       withdrawn.
15:09:56   15              Let's just take these three
15:09:58   16       quickly.  The first was Terra Firma projections
15:10:06   17       indicates presentation to the IAC meeting from
15:10:08   18       May 20, 2007.
15:10:10   19              We looked at that presentation
15:10:12   20       earlier.  It was marked as DeMario 3.  DeMario
15:10:27   21       3.  DeMario 3 is the IAC presentation from May
15:10:30   22       20, 2007.  You testified that you had not seen
15:10:32   23       that document at the time that you prepared
15:10:35   24       your report; correct?
15:10:37   25              A.    No.  I've seen that document.  I
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 225

|         |    |                                                |
|---------|----|------------------------------------------------|
|         | 1  | MARIANNE DeMARIO                               |
| 15:10:39 | 2  | testified that I had seen that document.      |
| 15:10:40 | 3  | Q.    You had seen that one at the time       |
| 15:10:42 | 4  | you prepared your report?                      |
| 15:10:43 | 5  | A.    Yes.                                     |
| 15:10:43 | 6  | Q.    Did you look at the projection          |
| 15:10:49 | 7  | data included within that report?             |
| 15:10:51 | 8  | A.    Yes.                                     |
| 15:10:54 | 9  | Q.    And did you use that projection         |
| 15:10:57 | 10 | data in your own income approach analysis for |
| 15:11:06 | 11 | the fair market valuation of EMI?             |
| 15:11:09 | 12 | A.    I didn't use it to determine fair       |
| 15:11:11 | 13 | market value.  As I've previously testified in |
| 15:11:14 | 14 | my opinion it is inappropriate to use that    |
| 15:11:18 | 15 | information to determination fair market value. |
| 15:11:23 | 16 | Q.    That's because it reflects              |
| 15:11:25 | 17 | specific expectations of Terra Firma at the   |
| 15:11:28 | 18 | time?                                          |
| 15:11:28 | 19 | MR. GRAVANTE:  Objection to the               |
| 15:11:28 | 20 | form.                                          |
| 15:11:28 | 21 | A.    It's because it reflects the            |
| 15:11:32 | 22 | value that Terra Firma would bring to the     |
| 15:11:34 | 23 | table.  Not the value that Terra Firma would  |
| 15:11:36 | 24 | receive.                                       |
| 15:11:39 | 25 | Q.    If you look back at Exhibit M,          |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 226

|   |   |
|---|---|
|   | 1 | MARIANNE DeMARIO |
| 15:11:40 | 2 | the next entry is the project Diaz memorandum |
| 15:11:47 | 3 | from May 17, 2007.  We looked at that before. |
| 15:11:51 | 4 | That document you had not considered at the |
| 15:11:53 | 5 | time that you prepared your report; is that |
| 15:11:56 | 6 | correct? |
| 15:11:56 | 7 | A.    That's correct. |
| 15:11:58 | 8 | Q.    The next entry is Project Earl |
| 15:12:00 | 9 | report that we also just looked at a minute |
| 15:12:03 | 10 | ago.  For that as well you did not consider |
| 15:12:05 | 11 | that document when you prepared your report? |
| 15:12:08 | 12 | A.    That's correct. |
| 15:12:08 | 13 | Q.    After looking at the data that |
| 15:12:16 | 14 | Dr. Fischel reflects here in Exhibit M, is |
| 15:12:22 | 15 | there anything that would cause you to change |
| 15:12:25 | 16 | any of the conclusions in your report? |
| 15:12:27 | 17 | A.    No. |
| 15:12:32 | 18 | Q.    You would agree that with respect |
| 15:12:33 | 19 | to all three of those entries that are |
| 15:12:37 | 20 | reflected in the first part of Exhibit M, that |
| 15:12:44 | 21 | the projections in the Terra Firma May 20 |
| 15:12:49 | 22 | presentation and the Project Dice memorandum |
| 15:12:52 | 23 | and in the Project Earl memorandum are all |
| 15:12:55 | 24 | greater than the projections used in your |
| 15:12:58 | 25 | report? |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 227

|          |    |                                                  |
|----------|----|--------------------------------------------------|
|          |  1 | MARIANNE DeMARIO                                 |
| 15:13:03 |  2 | MR. GRAVANTE:  Objection to the                  |
| 15:13:03 |  3 | form.                                            |
| 15:13:03 |  4 | A.    Mathematically they are greater.           |
| 15:13:05 |  5 | But as I  explained before, they're measuring    |
| 15:13:09 |  6 | different things than what I was measuring.      |
| 15:13:17 |  7 | Q.    When you say they were measuring           |
| 15:13:18 |  8 | different things, precisely what do you mean by  |
| 15:13:23 |  9 | that answer?                                     |
| 15:13:24 | 10 | A.    That these three EBITDA                    |
| 15:13:26 | 11 | projections are each prepared from the           |
| 15:13:32 | 12 | perspective of a specific buyer and the          |
| 15:13:38 | 13 | specific value that that specific buyer could    |
| 15:13:40 | 14 | potentially bring.                               |
| 15:13:45 | 15 | And every time I talk about the                  |
| 15:13:49 | 16 | differences between what Terra Firma did, what   |
| 15:13:54 | 17 | Cerberus did and what I did, I'm also taking     |
| 15:13:56 | 18 | into account the fact that these did not have    |
| 15:14:00 | 19 | access to all the relevant information.          |
| 15:14:04 | 20 | Q.    And the projections that you used          |
| 15:14:06 | 21 | for EBITDA in your report, are those done on a   |
| 15:14:09 | 22 | stand-alone basis for EMI; is that correct?      |
| 15:14:14 | 23 | A.    They are done on a stand-alone             |
| 15:14:17 | 24 | basis as I previously defined stand-alone.       |
| 15:14:19 | 25 | Q.    If you look at the bottom of this          |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 228

              1              MARIANNE DeMARIO
15:14:21      2    chart there is a reference to the Terra Firma
15:14:23      3    EMI presentation to co-investors from September
15:14:25      4    2007.  Why don't we just mark that quickly.
15:14:30      5              MR. CARNEY:   Let's mark as DeMario
15:14:34      6         13 a multipage document entitled
15:14:40      7         Presentation to Co-investors September
15:14:43      8         2007.  It is Bates numbered TF 0000815815
15:14:49      9         through 846.
15:14:50     10              (DeMario Exhibit 13 for
15:14:40     11         identification, Presentation to
15:14:40     12         Co-investors September 2007, production
15:14:44     13         numbers TF 0000815815 through 846.)
15:15:34     14         Q.   Please take a look at that.  Have
15:15:54     15    you seen this document before?
15:15:55     16         A.   Yes.
15:15:57     17         Q.   When did you first see this
15:15:58     18    document?
15:15:58     19         A.   I don't recall specifically when
15:15:59     20    I first saw it.
15:16:00     21         Q.   Had you seen it before you
15:16:02     22    prepared your report?
15:16:06     23         A.   Yes.
15:16:06     24         Q.   Do you recall why you looked at
15:16:10     25    this document?

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 235

|            |    |                                        |
|------------|----|----------------------------------------|
|            | 1  | MARIANNE DeMARIO                       |
| 15:22:21   | 2  | be speculation for me to take that knowledge |
| 15:22:23   | 3  | and say they would have or would not have known |
| 15:22:31   | 4  | a specific piece of information.       |
| 15:22:39   | 5  | Q.    The same would be true for Terra |
| 15:22:42   | 6  | Firma's knowledge of the channel stuffing and |
| 15:22:44   | 7  | Brazil problems that you referenced earlier? |
| 15:22:49   | 8  | A.    I specifically recall gaining    |
| 15:22:54   | 9  | understanding that they did not understand the |
| 15:22:56   | 10 | extent of the channel stuffing until the March |
| 15:23:00   | 11 | 2008 audit.                            |
| 15:23:06   | 12 | Q.    Now, in order to use your        |
| 15:23:08   | 13 | discount approach, do you need to assign a |
| 15:23:11   | 14 | discount rate?                         |
| 15:23:14   | 15 | A.    In order to use the discounted   |
| 15:23:16   | 16 | cash flow you need to have a discount rate. |
| 15:23:19   | 17 | Q.    Did you select a discount rate   |
| 15:23:21   | 18 | for your discounted cash flow analysis? |
| 15:23:24   | 19 | A.    Yes.                             |
| 15:23:24   | 20 | Q.    Do you recall what that rate was? |
| 15:23:27   | 21 | A.    It is 10.7 percent.              |
| 15:23:31   | 22 | Q.    Let's just confirm.  If we go    |
| 15:23:35   | 23 | back to your table 3, which is on page 24. |
| 15:23:59   | 24 | Table 3 is entitled Weighted Average Cost of |
| 15:24:06   | 25 | Capital.  Do you see that?             |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 236

```
            1                 MARIANNE DeMARIO
15:24:08    2            A.    Yes.
15:24:08    3            Q.    On the bottom WACC 10.7 percent.
15:24:11    4    Do you see that?
15:24:16    5            A.    Yes, I do.
15:24:17    6            Q.    Can you define for the jury what
15:24:20    7    weighted average cost of capital means?
15:24:22    8            A.    It is the cost of capital to the
15:24:23    9    firm overall.  So it is the weighted average of
15:24:29   10    the cost of equity and cost of debt.
15:24:32   11            Q.    Do you use --  withdrawn.
15:24:33   12                  Is this 10.7 percent reflected in
15:24:36   13    table 3 the discount rate you used for your DCF
15:24:41   14    analysis?
15:24:41   15            A.    Yes.
15:24:42   16            Q.    What is the basis for your
15:24:45   17    selecting a rate at that level?
15:24:50   18            A.    Well as I explain in my report in
15:24:52   19    great detail, it is based on a standard capital
15:24:59   20    asset pricing model that looks at empirical
15:25:01   21    information concerning the risk free rate, the
15:25:03   22    equity risk premium, the specific premium as
15:25:10   23    measured by beta, size premium and the actual
15:25:18   24    cost of debt to the specific company.
15:25:23   25            Q.    Are you aware the 10.7 percent
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 237

| | 1 | MARIANNE DeMARIO |
|---|---|---|
| 15:25:26 | 2 | rate that you selected was higher than the |
| 15:25:30 | 3 | midpoint discount rate selected by other market |
| 15:25:36 | 4 | participants that were doing valuations of EMI |
| 15:25:39 | 5 | before the May 21 bid? |
| 15:25:42 | 6 | A.    May I have that read back, |
| 15:25:56 | 7 | please. |
| 15:25:56 | 8 | (The pending question was read as |
| 15:25:56 | 9 | follows: |
| 15:25:23 | 10 | "Question:    Are you aware the |
| 15:25:25 | 11 | 10.7 percent rate that you selected was higher |
| 15:25:30 | 12 | than the midpoint discount rate selected by |
| 15:25:36 | 13 | other market participants that were doing |
| 15:25:38 | 14 | valuations of EMI before the May 21 bid?") |
| 15:25:58 | 15 | MR. GRAVANTE:    I'm going to object |
| 15:25:59 | 16 | to the form. |
| 15:26:00 | 17 | A.    I am aware the discount rate that |
| 15:26:01 | 18 | I'm using is higher than the discount rate used |
| 15:26:08 | 19 | by other people, but it's something that I've |
| 15:26:10 | 20 | looked at and I feel very comfortable with my |
| 15:26:13 | 21 | discount rate. |
| 15:26:14 | 22 | Q.    If you turn to Fischel Exhibit N |
| 15:26:16 | 23 | as in Nancy, can you do that quickly. |
| 15:26:43 | 24 | Again in this exhibit Dr. Fischel |
| 15:26:47 | 25 | draws a comparison between your 10.7 percent |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 238

|          |    |                                            |
|----------|----|--------------------------------------------|
|          | 1  | MARIANNE DeMARIO                           |
| 15:26:50 | 2  | rate as shown in about the middle of the page |
| 15:26:57 | 3  | and the range of discount rates used in the |
| 15:27:01 | 4  | Project Dice credit approval memo, the Project |
| 15:27:05 | 5  | Earl leveraged finance memo, and the Merrill |
| 15:27:09 | 6  | Lynch Cerberus Project Record deck. Do you see |
| 15:27:13 | 7  | that? |
| 15:27:14 | 8  | A.    Yes, I do. |
| 15:27:15 | 9  | Q.    And had you read this exhibit |
| 15:27:19 | 10 | when you first read the Fischel report? |
| 15:27:21 | 11 | A.    Yes. |
| 15:27:22 | 12 | Q.    Did you have staff confirm the |
| 15:27:26 | 13 | data reflected here? |
| 15:27:27 | 14 | A.    Again, I asked my staff to get |
| 15:27:32 | 15 | these documents and to also gather information |
| 15:27:36 | 16 | on the discount rates that were used at any |
| 15:27:41 | 17 | time to value EMI so we could understand why |
| 15:27:48 | 18 | people were selecting discount rates they were |
| 15:27:50 | 19 | using because, again, this is only a subset of |
| 15:27:55 | 20 | discount rates that people were using.  It is |
| 15:27:57 | 21 | unclear to me why he only picks certain |
| 15:27:59 | 22 | discount rates. |
| 15:28:04 | 23 | Q.    Of the three comparisons, the |
| 15:28:05 | 24 | four comparisons, if you include two entries |
| 15:28:08 | 25 | under the Merrill Lynch Cerberus entry, of the |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 239

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 15:28:14 | 2 | four comparisons, do you have any reason to |
| 15:28:17 | 3 | believe any of the data reflected in this chart |
| 15:28:18 | 4 | is inaccurate in any way. |
| 15:28:23 | 5 | A.    Are you asking me whether or not |
| 15:28:24 | 6 | I think Fischel picked up the wrong numbers? |
| 15:28:26 | 7 | Q.    Correct. |
| 15:28:27 | 8 | A.    I have no reason to believe that |
| 15:28:28 | 9 | to be true. |
| 15:28:35 | 10 | Q.    You reference instructing -- |
| 15:28:37 | 11 | A.    Although I don't -- just to make |
| 15:28:39 | 12 | a point, I am not sure I would calculate the |
| 15:28:43 | 13 | weighted average the same way that he did.  But |
| 15:28:47 | 14 | that's a calculation. |
| 15:28:48 | 15 | Q.    And what are you referring to |
| 15:28:49 | 16 | there; his footnote 2? |
| 15:28:51 | 17 | A.    For the Merrill Lynch he has a |
| 15:28:53 | 18 | line weighted average of Merrill Lynch.  That |
| 15:29:00 | 19 | is footnote 3. |
| 15:29:06 | 20 | Q.    Yes.  Footnote 3.  What would you |
| 15:29:08 | 21 | do differently? |
| 15:29:09 | 22 | A.    I am not saying I would do it |
| 15:29:10 | 23 | differently, I'm just clarifying my answer. |
| 15:29:14 | 24 | This is a calculation and my answer was only |
| 15:29:18 | 25 | related to the accuracy of picking up the |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 240

|  |  |  |
|---|---|---|
| | 1 | MARIANNE DeMARIO |
| 15:29:21 | 2 | numbers. |
| 15:29:23 | 3 | Q.     But you would agree -- |
| 15:29:24 | 4 | A.     I may do it differently, I |
| 15:29:26 | 5 | haven't looked at it. |
| 15:29:27 | 6 | Q.     But you'd agree your 10.7 percent |
| 15:29:30 | 7 | discount rate is higher than the numbers that |
| 15:29:32 | 8 | Dr. Fischel identifies in this chart; correct? |
| 15:29:38 | 9 | MR. GRAVANTE:  Objection to the |
| 15:29:39 | 10 | form. |
| 15:29:39 | 11 | A.     That is correct. |
| 15:29:40 | 12 | Q.     Now, were there other valuation |
| 15:29:44 | 13 | documents that staff identified for you that |
| 15:29:47 | 14 | reflected other discount rates? |
| 15:29:51 | 15 | A.     Yes. |
| 15:29:51 | 16 | Q.     What were those documents? |
| 15:29:52 | 17 | A.     Many of the analyst reports have |
| 15:29:56 | 18 | discount rates in them.  There were valuations |
| 15:29:59 | 19 | performed by E&Y that included discount rates. |
| 15:30:09 | 20 | I believe that, I have to double-check in my |
| 15:30:11 | 21 | records, I believe that Greenhill may have had |
| 15:30:13 | 22 | some discount rates.  They may not have, they |
| 15:30:16 | 23 | may not have shown the discount rates since we |
| 15:30:18 | 24 | only have the presentations.  There may be |
| 15:30:20 | 25 | other discount rates.  That's what I can |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 241

1                    MARIANNE DeMARIO
15:30:22  2    recall.
15:30:22  3             Q.    You don't recall any other
15:30:24  4    documents at this time?
15:30:25  5             A.    That's what I can recall at this
15:30:27  6    time.
15:30:27  7             Q.    Do you recall what specific
15:30:32  8    analyst report you looked at with respect to
15:30:35  9    discount rates?
15:30:36 10             A.    Well in my report I discuss the
15:30:39 11    analyst reports that I looked at in table 2.
15:30:53 12             Q.    Right. Table 2 reflects, I think
15:30:56 13    four different analyst reports?
15:30:57 14             A.    Yes.  So sitting here right now I
15:31:00 15    don't recall whether each of those analyst
15:31:01 16    reports separately identified the discount
15:31:07 17    rate.  But I do recall there were at least
15:31:11 18    three discount rates. There may have been four.
15:31:14 19    There may have been one from each.
15:31:16 20             Q.    Of all of the additional
15:31:20 21    documentation you asked staff to identify for
15:31:21 22    you, were any of the discount rates that you
15:31:26 23    identified higher than 10.7 percent?
15:31:29 24             A.    Well I'd first like to just
15:31:31 25    clarify that discount rate is a measurement of

Page 248

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 15:39:56 | 2 | without taking into account the step down. |
| 15:39:57 | 3 | Q.    And the numbers, the growth rate |
| 15:39:59 | 4 | that you're applying at an earlier points of |
| 15:40:02 | 5 | time ranges from 2 percent to 4 percent? |
| 15:40:04 | 6 | A.    I'd have to double-check the |
| 15:40:06 | 7 | numbers, but they are higher than 1 percent. |
| 15:40:49 | 8 | Q.    Turn to paragraph 57 of Professor |
| 15:40:51 | 9 | Fischel's report, please.  In paragraph 57 |
| 15:41:22 | 10 | Dr. Fischel states, "Exhibit O reports the |
| 15:41:25 | 11 | enterprise value of EMI using the structure of |
| 15:41:28 | 12 | Ms. DeMario's DCF model, but replacing her |
| 15:41:31 | 13 | inputs with average value for projections, |
| 15:41:33 | 14 | discount rates and perpetuity growth rates from |
| 15:41:35 | 15 | DCF models prepared by first as part of the |
| 15:41:38 | 16 | auction process.  The resulting estimate of |
| 15:41:40 | 17 | EMI's enterprise value of 4 .5 billion pounds |
| 15:41:44 | 18 | is approximately 71 percent higher than |
| 15:41:46 | 19 | Ms. DeMario's estimate of 2.6 billion pounds |
| 15:41:50 | 20 | and is greater than the 4.0 billion pound |
| 15:41:52 | 21 | transaction value paid by Terra Firma." |
| 15:41:55 | 22 | Do you see that? |
| 15:41:58 | 23 | A.    Yes, I do. |
| 15:41:59 | 24 | Q.    Do you agree with that statement |
| 15:42:00 | 25 | in paragraph 57? |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 249

|            |    | MARIANNE DeMARIO                              |
|------------|----|-----------------------------------------------|
| 15:42:02   | 2  | A.    I think it is a little silly.  I        |
| 15:42:04   | 3  | mean it is not my DCF model, it is a standard |
| 15:42:10   | 4  | DCF model.  He is basically saying if you take|
| 15:42:13   | 5  | a standard DCF model and you put some different|
| 15:42:18   | 6  | numbers in you get different value.           |
| 15:42:20   | 7  | Q.    Is there anything wrong with that       |
| 15:42:22   | 8  | statement if you put in different numbers for |
| 15:42:24   | 9  | projections, discount rate and perpetuity     |
| 15:42:26   | 10 | growth rate that in fact would you get        |
| 15:42:28   | 11 | different numbers for enterprise value; is that|
| 15:42:33   | 12 | correct?                                      |
| 15:42:33   | 13 | A.    Of course --                            |
| 15:42:34   | 14 | MR. GRAVANTE:   Objection.                     |
| 15:42:35   | 15 | Objection to the form.                         |
| 15:42:35   | 16 | A.    Of course you get different             |
| 15:42:36   | 17 | numbers if you change the inputs to a DCF     |
| 15:42:39   | 18 | model.                                        |
| 15:42:42   | 19 | Q.    Your disagreement with                  |
| 15:42:43   | 20 | Dr. Fischel is on the nature of the inputs that|
| 15:42:46   | 21 | are input into that model?                    |
| 15:42:48   | 22 | MR. GRAVANTE:  Objection to the                |
| 15:42:50   | 23 | form.                                          |
| 15:42:50   | 24 | A.    That's correct.  I disagree with        |
| 15:42:52   | 25 | the inputs he is putting in in Exhibit O.     |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 250

|  | 1 | MARIANNE DeMARIO |
|--|--|--|

15:43:05  2      Q.    But you have no quarrel with his

15:43:06  3   conclusion if you use those inputs that he uses

15:43:09  4   in Exhibit O that the calculation under the DCF

15:43:16  5   approach is an accurate one?

15:43:18  6            MR. GRAVANTE:  Objection to the

15:43:19  7         form.

15:43:19  8      A.    Sitting here today I don't know

15:43:21  9   if my staff had time to redo Exhibit O.  Maybe

15:43:25 10   they did.  But we haven't had the report for

15:43:29 11   that long, and I don't -- I couldn't say

15:43:31 12   sitting here today whether or not they've had

15:43:33 13   time to do that.

15:43:34 14      Q.    So sitting here today you have no

15:43:36 15   reason to believe that the data in Exhibit O is

15:43:40 16   inaccurate in any way?

15:43:43 17      A.    I have no reason to believe that

15:43:45 18   the calculation in Exhibit O is inaccurate.  I

15:43:49 19   believe that the data is inaccurate to use in a

15:43:53 20   DCF model to calculate the fair market value

15:43:57 21   you of EMI.

15:43:58 22      Q.    Well is it inaccurate or simply

15:44:00 23   data you would not choose to use?

15:44:02 24            MR. GRAVANTE:  Objection to the

15:44:04 25         form.

Merrill Corporation - New York
1-800-325-3376                              www.merrillcorp.com/law

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 251

|  | 1 | MARIANNE DeMARIO |
|---|---|---|
| 15:44:04 | 2 | A.    It's inaccurate. |
| 15:44:08 | 3 | Q.    It is your opinion it is |
| 15:44:10 | 4 | inaccurate because why? |
| 15:44:11 | 5 | MR. GRAVANTE:  Objection to the |
| 15:44:13 | 6 | form. |
| 15:44:13 | 7 | A.    It is my opinion that it's |
| 15:44:15 | 8 | inaccurate because it includes values to a |
| 15:44:20 | 9 | specific buyer and it did not properly address |
| 15:44:26 | 10 | the risk facing the EMI cash flows. |
| 15:44:37 | 11 | And I have to double-check, but |
| 15:44:39 | 12 | it's likely that the cash flows may be |
| 15:44:44 | 13 | overstated because it doesn't reflect all the |
| 15:44:47 | 14 | relevant information because not all of the |
| 15:44:50 | 15 | parties had access to all of the relevant |
| 15:44:51 | 16 | information. |
| 15:44:55 | 17 | Q.    Again, is the relevant |
| 15:44:56 | 18 | information to which you're referring that |
| 15:44:59 | 19 | information which we discussed earlier today? |
| 15:45:00 | 20 | A.    Yes. |
| 15:45:01 | 21 | MR. GRAVANTE:  Objection to the |
| 15:45:08 | 22 | form. |
| 15:45:08 | 23 | Q.    Is it your view, Ms. DeMario, |
| 15:45:13 | 24 | that the risk facing the EMI cash flow |
| 15:45:16 | 25 | justifies your discount rate of 10.7 percent? |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 252

```
             1              MARIANNE DeMARIO
15:45:30     2         A.    May I have that read back to me,
15:45:32     3    please.
15:45:32     4              (The pending question was read as
15:45:32     5    follows:
15:45:08     6              "Question:    Is it your view,
15:45:09     7    Ms. DeMario, that the risk facing the EMI cash
15:45:15     8    flow justifies your discount rate of 10.7
15:45:18     9    percent?")
15:45:33    10         A.    Yes.  It is my opinion the 10.7
15:45:35    11    discount rate that I used appropriately
15:45:37    12    reflects the risk in the EMI cash flows that I
15:45:42    13    used.  If you use different cash flows you
15:45:46    14    would use a different discounts rate.
15:45:49    15         Q.    That's the case even though every
15:45:51    16    single comparison that Dr. Fischel relied upon
15:45:56    17    used a lower discount rate?
15:45:58    18              MR. GRAVANTE:  Objection to the
15:45:58    19         form.
15:46:01    20         A.    As I previously testified first,
15:46:04    21    the Fischel report I only selected certain
15:46:09    22    discount rates to include in that exhibit.
15:46:13    23              ` Second, the market and the other
15:46:18    24    folks making valuations were not aware of all
15:46:22    25    the risks.
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 253

|          |    | MARIANNE DeMARIO |
|----------|----|-------------------|
| 15:46:27 | 2  | If I can have the question read |
| 15:46:39 | 3  | back, I'll make sure I'm answering it. |
| 15:46:43 | 4  | (The pending question was read as |
| 15:46:43 | 5  | follows: |
| 15:45:49 | 6  | "Question:    That's the case |
| 15:45:49 | 7  | even though every single comparison that |
| 15:45:53 | 8  | Dr. Fischel relied upon used a lower discount |
| 15:45:57 | 9  | rate?") |
| 15:46:44 | 10 | A.    So given my previous answer, it's |
| 15:46:46 | 11 | my opinion my discount rate is the correct |
| 15:46:48 | 12 | discount rate. |
| 15:46:51 | 13 | Q.    As you sit here the only other |
| 15:46:56 | 14 | valuation you've seen that used a discount rate |
| 15:46:58 | 15 | at or above 10.7 percent is the E&Y document to |
| 15:47:04 | 16 | which you referred? |
| 15:47:15 | 17 | A.    Can I have that read back to me, |
| 15:47:17 | 18 | please. |
| 15:47:17 | 19 | (The pending question was read as |
| 15:47:17 | 20 | follows: |
| 15:46:51 | 21 | "Question:    As you sit here the |
| 15:46:52 | 22 | only other valuation you've seen that used a |
| 15:46:58 | 23 | discount rate at or above 10.7 percent is the |
| 15:47:02 | 24 | E&Y document to which you referred?") |
| 15:47:18 | 25 | A.    As I previously testified, I've |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 254

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | MARIANNE DeMARIO                                       |
| 15:47:19 | 2  | seen other documents that include a discount          |
| 15:47:24 | 3  | rate at or around the mid 10.5 range.                 |
| 15:47:34 | 4  | Q.   Those would be the E&Y report you                |
| 15:47:36 | 5  | spoke of and potentially other analyst reports        |
| 15:47:39 | 6  | but you don't recall which ones?                      |
| 15:47:41 | 7  | A.   I don't recall --                                 |
| 15:47:42 | 8  | MR. GRAVANTE:  Objection to the                        |
| 15:47:42 | 9  | form.                                                  |
| 15:47:42 | 10 | A.   I don't recall if it was an                       |
| 15:47:43 | 11 | analyst report or if it was one of the other          |
| 15:47:52 | 12 | consulting firms that were performing                 |
| 15:47:54 | 13 | valuations.  It definitely was the E&Y report.        |
| 15:47:57 | 14 | Q.   Okay.                                             |
| 15:47:57 | 15 | A.   But I know I've seen other                        |
| 15:48:01 | 16 | sources that include a discount rate in the           |
| 15:48:05 | 17 | over 10 range.                                         |
| 15:48:06 | 18 | Q.   You can't identify them                           |
| 15:48:08 | 19 | specifically right now?                                |
| 15:48:09 | 20 | A.   That's correct.                                   |
| 15:48:12 | 21 | Q.   Did E&Y have access to all the                    |
| 15:48:14 | 22 | information you claimed the other participants        |
| 15:48:16 | 23 | did not have access to?                                |
| 15:48:20 | 24 | A.   The E&Y valuation was performed                   |
| 15:48:23 | 25 | after 2007.                                            |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 255

                      1                    MARIANNE DeMARIO
15:48:24   2              Q.    And do you have any basis of
15:48:27   3      knowledge for your statement that -- withdrawn.
15:48:29   4                    Do you have any basis to believe
15:48:31   5      that E&Y had any better access to the
15:48:34   6      information than any other participant,
15:48:39   7      including Terra Firma in September 2007?
15:48:41   8                    MR. GRAVANTE:   Objection to the
15:48:45   9              form.
15:48:45  10              A.    My understanding is that E&Y
15:48:46  11      performed a valuation for EMI.  So I would
15:48:49  12      assume that they had access to all information.
15:48:54  13              Q.    You don't know when that
15:48:56  14      valuation was performed?
15:48:57  15              A.    It was post May 2007, but I don't
15:49:00  16      recall when.
15:49:07  17              Q.    You utilize a market approach
15:49:09  18      also to your valuation; do you not?
15:49:10  19              A.    Yes.
15:49:13  20              Q.    What's the market approach?
15:49:17  21              A.    The market approach, it is also
15:49:18  22      called a relative valuation.  When you
15:49:23  23      determine the value of a subject company in
15:49:27  24      relation to the trading value and the trading
15:49:32  25      multiples of guideline public companies.

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 256

1                       MARIANNE DeMARIO

15:49:41   2          Q.    Is it important in utilizing this

15:49:43   3    method to identify guideline public you

15:49:47   4    companies?

15:49:48   5                 MR. GRAVANTE:   Objection to the

15:49:53   6          form.

15:49:53   7          A.    It is based on the relative

15:49:54   8    valuation in relationship to the guideline

15:49:57   9    trading companies.  So it is important to

15:50:00  10    identify guideline trading companies, guideline

15:50:05  11    companies.

15:50:07  12          Q.    Isn't it fair to say this market

15:50:08  13    approach is more appropriate when the company

15:50:11  14    being valued is not publically traded?

15:50:17  15          A.    I wouldn't say that.

15:50:23  16          Q.    Why not?

15:50:23  17          A.    Because everybody uses the

15:50:25  18    relative valuation approach.  Analysts use it

15:50:32  19    all the time.

15:50:45  20          Q.    Would you -- withdrawn.

15:50:50  21                Turn to paragraph 85, if you

15:50:52  22    would.

15:50:52  23          A.    Sorry, of my report?

15:50:54  24          Q.    Yes.  In paragraph 85 you say

15:51:15  25    "Guideline companies include those firms that

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 257

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 15:51:17 | 2 | provide similar services as EMI and firms that |
| 15:51:20 | 3 | are economically similar." |
| 15:51:25 | 4 | What are the services that EMI |
| 15:51:26 | 5 | provides? |
| 15:51:28 | 6 | A.    EMI has two segments, recorded |
| 15:51:31 | 7 | music and music publishing.  So they are in the |
| 15:51:36 | 8 | entertainment industry and the publishing |
| 15:51:38 | 9 | industry. |
| 15:51:38 | 10 | Q.    What other companies are also |
| 15:51:45 | 11 | engaged in the business of recorded music and |
| 15:51:47 | 12 | music publishing? |
| 15:51:54 | 13 | A.    The best comparable company to |
| 15:51:56 | 14 | EMI is Warner Music.  They are engaged both in |
| 15:52:01 | 15 | recorded music and music publishing.  They are |
| 15:52:04 | 16 | the only, if that's your standard for a |
| 15:52:08 | 17 | guideline company, they would be the only |
| 15:52:10 | 18 | company that would meet that standard. |
| 15:52:14 | 19 | Q.    In paragraph 88 of your report |
| 15:52:16 | 20 | you select additional guideline companies as |
| 15:52:22 | 21 | well as Warner Music Group; isn't that correct? |
| 15:52:23 | 22 | A.    Yes, I do. |
| 15:52:24 | 23 | Q.    There are some 17 other companies |
| 15:52:30 | 24 | identified in paragraph 88; correct? |
| 15:52:33 | 25 | A.    Just give me a second to make |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 258

```
              1                    MARIANNE DeMARIO
15:52:35      2    sure there are exactly 17.
15:52:49      3                  There are 18 in addition to --
15:52:52      4    there are 18 including Warner.  One of them
15:52:56      5    has, it is one company, but there are three
15:52:59      6    tracking stocks.
15:53:02      7              Q.    Of the companies listed here,
15:53:03      8    other than Warner, not a single one relies upon
15:53:07      9    music publishing and music recording as the
15:53:10     10    substantial part of its business; isn't that
15:53:12     11    true?
15:53:13     12                  MR. GRAVANTE:   Objection to the
15:53:24     13           form.
15:53:24     14              A.    May I have that read back.
15:53:26     15                  (The pending question was read as
15:53:26     16           follows:
15:53:02     17                  "Question:   Of the companies listed
15:53:03     18           here, other than Warner, not a single one
15:53:06     19           relies upon music publishing and music
15:53:08     20           recording as the substantial part of its
15:53:11     21           business; isn't that true?")
15:53:27     22              A.    Well, if you -- are you asking me
15:53:33     23    recorded music and music publishing?
15:53:35     24              Q.    Correct.
15:53:36     25              A.    Those are the two segments that
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 259

|          |    | MARIANNE DeMARIO |
|----------|----|------------------|
| 15:53:37 | 2  | comprise the EMI business and you testified |
| 15:53:43 | 3  | that Warner Music Group also is similar in |
| 15:53:46 | 4  | performing, in engaging that type of business. |
| 15:53:53 | 5  | My question is do any of these |
| 15:53:55 | 6  | other companies listed in paragraph 88 rely |
| 15:53:59 | 7  | upon music publishing and recorded music for |
| 15:54:03 | 8  | even a substantial part of their business? |
| 15:54:05 | 9  | MR. GRAVANTE: Objection to the |
| 15:54:07 | 10 | form. |
| 15:54:07 | 11 | A. So if your question is whether |
| 15:54:10 | 12 | one of them, any of these others rely on both |
| 15:54:14 | 13 | music publishing and recorded music, my answer |
| 15:54:17 | 14 | would be no. |
| 15:54:27 | 15 | Q. Turn to the paragraph 102. You |
| 15:54:44 | 16 | say in the second sentence "As the selected |
| 15:54:46 | 17 | companies are not pure comparables with the |
| 15:54:47 | 18 | exception of WMG, I reach a conclusion of |
| 15:54:50 | 19 | enterprise value by weighting the income |
| 15:54:52 | 20 | approach 75 percent and the market approach |
| 15:54:55 | 21 | 25 percent." |
| 15:54:56 | 22 | Do you see that? |
| 15:55:02 | 23 | A. Yes. |
| 15:55:02 | 24 | Q. Isn't it true the basis of your |
| 15:55:04 | 25 | 75 percent, 25 percent weighting is because the |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 260

|          |    | MARIANNE DeMARIO |
|----------|----|------------------|
| 15:55:07 | 2  | market approach is not particularly useful to |
| 15:55:10 | 3  | your exercise? |
| 15:55:14 | 4  | MR. GRAVANTE:  Objection to the |
| 15:55:15 | 5  | form. |
| 15:55:15 | 6  | A.    I would not say that at all.  If |
| 15:55:17 | 7  | I thought it was not particularly useful, I |
| 15:55:19 | 8  | would not have included it. |
| 15:55:20 | 9  | Q.    Well you agree, you state |
| 15:55:22 | 10 | yourself the selected companies that you rely |
| 15:55:25 | 11 | upon in paragraph 88, other than Warner are not |
| 15:55:28 | 12 | pure comparables; correct? |
| 15:55:31 | 13 | A.    That's correct. |
| 15:55:32 | 14 | Q.    And then you agree to only weigh |
| 15:55:35 | 15 | the market value conclusion reached under the |
| 15:55:41 | 16 | market approach by 25 percent; correct? |
| 15:55:44 | 17 | A.    I don't agree to do that.  It's |
| 15:55:46 | 18 | my opinion that that's the appropriate way to |
| 15:55:49 | 19 | do it. |
| 15:55:49 | 20 | Q.    It's your opinion that's the |
| 15:55:50 | 21 | appropriate way to do that? |
| 15:55:52 | 22 | A.    Yes. |
| 15:55:56 | 23 | Q.    You arrive at that weighting of |
| 15:55:58 | 24 | 75 percent and 25 percent because it's your |
| 15:56:00 | 25 | opinion that the income method provides a more |

Merrill Corporation - New York

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 261

|         |    |                                                        |
|---------|----|--------------------------------------------------------|
|         | 1  | MARIANNE DeMARIO                                       |
| 15:56:04 | 2  | valid approach for determining fair market           |
| 15:56:09 | 3  | value than the market method?                         |
| 15:56:14 | 4  | A.   I would take exception with your           |
| 15:56:16 | 5  | use of the term valid.                                |
| 15:56:19 | 6  | Q.   Why do you weight the income            |
| 15:56:22 | 7  | method 75 percent and the market approach 25          |
| 15:56:25 | 8  | percent?                                              |
| 15:56:25 | 9  | A.   Because in recognizing, as I             |
| 15:56:33 | 10 | clearly state here, that there is only one pure       |
| 15:56:37 | 11 | comparable, Warner Music Group.  So my                |
| 15:56:45 | 12 | confidence in the DCF method is higher.               |
| 15:57:05 | 13 | Q.   Okay.  Let's switch gears again,         |
| 15:57:07 | 14 | Ms. DeMario, if we could.  You offered damage         |
| 15:57:11 | 15 | calculations under both New York and English          |
| 15:57:14 | 16 | law; correct?                                         |
| 15:57:15 | 17 | A.   Yes.                                       |
| 15:57:15 | 18 | Q.   You were instructed to do that by        |
| 15:57:17 | 19 | counsel?                                              |
| 15:57:17 | 20 | A.   Yes.                                       |
| 15:57:18 | 21 | Q.   And under New York law you               |
| 15:57:22 | 22 | calculate both out-of-pocket damages and              |
| 15:57:24 | 23 | consequential damages; is that correct?               |
| 15:57:25 | 24 | A.   That's correct.                           |
| 15:57:28 | 25 | Q.   Define what you mean by                   |

Page 262

1                    MARIANNE DeMARIO
15:57:29  2    out-of-pocket damages?
15:57:37  3          A.    As I wrote in paragraph 117
15:57:45  4    "out-of-pocket damages should be calculated as
15:57:49  5    the difference between the value of the
15:57:51  6    consideration paid by Plaintiffs and the actual
15:57:53  7    value of the property received by Plaintiffs."
15:57:55  8          Q.    In paragraph 121 you give a
15:57:57  9    definition of consequential damages under New
15:57:59 10    York law; is that correct?
15:58:02 11          A.    Yes.
15:58:02 12          Q.    How do you go about calculating
15:58:09 13    your consequential damages as set out in
15:58:12 14    paragraph 121 to 123, can you just describe
15:58:23 15    that for us?
15:58:24 16          A.    Sure.   I'm just trying to refresh
15:58:25 17    my recollection between New York law and
15:58:30 18    English law.
15:58:30 19          Q.    Why don't we just stick with New
15:58:33 20    York law now?
15:58:33 21          A.    I know. I don't want to confuse
15:58:35 22    them in my answer.
15:58:36 23          Q.    That's right.   That's right.
15:58:37 24    I'll let you answer.
15:58:45 25          A.    So consequential damages under

Page 267

```
             1                  MARIANNE DeMARIO
16:04:23     2          Q.    Yes.   On the tortious
16:04:24     3    interference.
16:04:25     4          A.    That's correct.
16:04:28     5          Q.    Then if you look at paragraph
16:04:30     6    123, just to finish up, you conclude that
16:04:32     7    consequential damages are zero for the August
16:04:36     8    2007 damages period; correct?
16:04:38     9          A.    Yes.
16:04:39    10          Q.    And that's because the value of
16:04:41    11    the Plaintiffs' interest in EMI increased to a
16:04:45    12    greater degree than, at least on a net basis
16:04:50    13    that their value in -- the value of Plaintiffs'
16:04:54    14    interest in EMI increased during that damages
16:04:56    15    period; correct?
16:04:59    16          A.    That's correct.
16:05:17    17          Q.    You also calculate damages under
16:05:19    18    English law as well; correct?
16:05:21    19          A.    Yes.
16:05:25    20          Q.    Do your calculations have three
16:05:27    21    components, make hold damages, consequential
16:05:32    22    damages and lost profit damages?
16:05:33    23          A.    Yes.
16:05:34    24          Q.    What are make hold damages?   Let
16:05:36    25    me ask a better question.   Do you define make
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 268

|          |    |                                               |
|----------|----|-----------------------------------------------|
|          | 1  | MARIANNE DeMARIO                              |
| 16:05:38 | 2  | hold damages in paragraph 125?                |
| 16:05:47 | 3  | A.    Yes.                                     |
| 16:05:47 | 4  | Q.    You say in the second sentence           |
| 16:05:49 | 5  | "With respect to fraudulent misrepresentation |
| 16:05:51 | 6  | claims involving the sale and purchase of     |
| 16:05:53 | 7  | shares, damages are normally calculated as the|
| 16:05:56 | 8  | difference between the purchase price of the  |
| 16:05:57 | 9  | shares and their actual value on the date of  |
| 16:06:00 | 10 | acquisition.  However, in circumstances where |
| 16:06:02 | 11 | the Plaintiff is locked into the transaction by|
| 16:06:04 | 12 | reason of the fraud, damages are computed as of|
| 16:06:07 | 13 | the date of trial."                            |
| 16:06:08 | 14 | Do you see that?                               |
| 16:06:10 | 15 | A.    I do.  I just want to clarify my         |
| 16:06:14 | 16 | earlier answer.  When you asked me if I define |
| 16:06:17 | 17 | it in 125 I am expressing here my understanding|
| 16:06:19 | 18 | of it.  I am not making it up.                  |
| 16:06:22 | 19 | Q.    You are expressing your                  |
| 16:06:23 | 20 | understanding based on the instructions you    |
| 16:06:25 | 21 | were given?                                    |
| 16:06:29 | 22 | A.    Correct.                                  |
| 16:06:29 | 23 | Q.    With that caveat, you state in           |
| 16:06:32 | 24 | the last sentence of paragraph 125 that "In    |
| 16:06:34 | 25 | circumstances where the Plaintiff is locked    |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 269

```
                 1              MARIANNE DeMARIO
16:06:35    2    into the transaction by reason of the fraud,
16:06:37    3    damages are computed as of the date of the
16:06:40    4    trial."
16:06:41    5              Do you see that?
16:06:44    6         A.   Yes.
16:06:44    7         Q.   Now is it your opinion here the
16:06:46    8    Plaintiffs are locked into the transaction by
16:06:48    9    reason of the fraud?
16:06:51   10         A.   I would ask to assume that they
16:06:52   11    were locked into the transaction.  However,
16:07:02   12    given the interest in EMI as a 100 percent
16:07:08   13    interest in a non-marketable entity, it's
16:07:16   14    certainly reasonable to conclude that they're
16:07:21   15    locked into the transaction.  This isn't the
16:07:23   16    purchase of a share of IBM where could you turn
16:07:26   17    around the next day and sell it.
16:07:29   18         Q.   And your view -- let me ask, is
16:07:32   19    it your opinion EMI is a non-marketable entity?
16:07:38   20              MR. GRAVANTE:  Objection to the
16:07:51   21         form.
16:07:51   22         A.   I discuss on page 21 -- page 31,
16:07:56   23    paragraph 104 I say "100 percent interest in
16:07:59   24    the company, whether or not its shares are
16:08:01   25    publically traded is not readily marketable and
```

Page 270

                    1              MARIANNE DeMARIO
16:08:05    2    is generally liquidated by a private sale or
16:08:07    3    public offering.  The current owners of EMI
16:08:10    4    will be unable to liquidate their interests
16:08:12    5    until a sale or offering occurs, it will incur
16:08:15    6    costs to liquidate their interests and price
16:08:18    7    uncertainty."
16:08:23    8         Q.    So is your definition of being
16:08:24    9    locked in, the inability to market the company
16:08:38   10    in some way to the public, is that your
16:08:39   11    opinion?
16:08:43   12         A.    I'm drawing the distinction
16:08:44   13    between the liquidity of a share of stock, such
16:08:48   14    as IBM which if you wanted to, you could sell,
16:08:53   15    depending upon the time of day -- I don't know
16:08:55   16    if the market is closed -- you could sell it
16:08:57   17    right now.  And at 100 percent interest in a
16:09:04   18    company which is relatively non-marketable in
16:09:08   19    comparison.
16:09:09   20              And, as I previously testified, I
16:09:12   21    was asked to calculate the make whole damages
16:09:17   22    using the June 2010 fair market value.
16:09:21   23    However, since you asked me my opinion, it
16:09:26   24    seems reasonable that to reach the conclusion
16:09:28   25    if they would be locked into the transaction

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 271

1                    MARIANNE DeMARIO

16:09:31  2    and could not immediately turn around and

16:09:33  3    liquidate their investment.

16:09:38  4           Q.   So let me understand.  Are you

16:09:39  5    intending to offer an opinion at trial based on

16:09:44  6    your own independent work that EMI -- excuse

16:09:48  7    me, that the Plaintiffs are locked into the EMI

16:09:50  8    transaction?

16:09:52  9              MR. GRAVANTE:   Objection to the

16:09:55 10         form.

16:09:55 11           A.   As I previously testified, I was

16:09:57 12    asked to assume that and to use the June 2010

16:10:04 13    value you.  If between now and trial I'm asked

16:10:08 14    to look at that specific issue, it's possible

16:10:12 15    that I could.  But sitting here today I have

16:10:17 16    not been asked to do that.

16:10:17 17           Q.   I'm just exploring your other

16:10:18 18    answer that it is reasonable to come to the

16:10:22 19    conclusion that the Plaintiffs are locked into

16:10:26 20    the EMI investment.  So that's what I'm asking

16:10:29 21    about.

16:10:29 22              Have you studied that issue at

16:10:33 23    all?

16:10:33 24              MR. GRAVANTE:   Objection.

16:10:33 25           Q.   By you looking at evidence in

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 272

|  | 1 | MARIANNE DeMARIO |
| --- | --- | --- |
| 16:10:34 | 2 | this case? |
| 16:10:35 | 3 | MR. GRAVANTE:  Objection to the |
| 16:10:35 | 4 | form.  I'm sorry for interrupting. |
| 16:10:39 | 5 | MR. CARNEY:   It's okay. |
| 16:10:39 | 6 | A.    In general I looked at |
| 16:10:41 | 7 | marketability, not just in this instance, but |
| 16:10:45 | 8 | in other instances.  So it would be inaccurate |
| 16:10:48 | 9 | for me to say no to the question have I studied |
| 16:10:51 | 10 | this because it really goes right to the heart |
| 16:10:55 | 11 | of marketability. |
| 16:11:00 | 12 | Q.    Well let me ask a predicate |
| 16:11:01 | 13 | question.  Is it your opinion that if Terra |
| 16:11:08 | 14 | Firma could sell 100 percent of EMI in a |
| 16:11:11 | 15 | private sale to another company, that it would |
| 16:11:17 | 16 | be locked in to the EMI investment? |
| 16:11:20 | 17 | MR. GRAVANTE:  Objection to the |
| 16:11:21 | 18 | form. |
| 16:11:21 | 19 | A.    I think that would require a |
| 16:11:22 | 20 | definition of the term locked in. |
| 16:11:25 | 21 | Q.    And do you have a definition of |
| 16:11:27 | 22 | the term locked in? |
| 16:11:27 | 23 | A.    I don't have a specific |
| 16:11:30 | 24 | definition as it applies to English law. |
| 16:11:33 | 25 | Q.    So, is it fair to say in order |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 284

|          |    | MARIANNE DeMARIO                          |
|----------|----|-------------------------------------------|
|          | 1  |                                           |
| 16:46:56 | 2  | included all of them.  It's possible it didn't. |
| 16:46:59 | 3  | Sitting here today --                     |
| 16:47:02 | 4  |     Q.    You don't recall any other      |
| 16:47:03 | 5  | valuation that utilized all 18 guideline  |
| 16:47:08 | 6  | companies in the manner in which you did. |
| 16:47:11 | 7  |     A.    I think my answer is a little    |
| 16:47:12 | 8  | different than I don't recall.  It is probably |
| 16:47:18 | 9  | not something I ever even looked at.  Because |
| 16:47:20 | 10 | of the approach that I took which I just   |
| 16:47:22 | 11 | explained, but it's possible that one does. |
| 16:47:32 | 12 |     Q.    I am not sure I understand in    |
| 16:47:33 | 13 | your last answer.  It is possible that one |
| 16:47:35 | 14 | does.  What's possible that one does?      |
| 16:47:38 | 15 |     A.    It's possible that there is a    |
| 16:47:40 | 16 | report that includes them all.            |
| 16:47:43 | 17 |     Q.    But you just don't recall as you |
| 16:47:45 | 18 | sit here any of those?                     |
| 16:47:48 | 19 |     MR. GRAVANTE:   Objection.            |
| 16:47:49 | 20 |     Objection to the form.                 |
| 16:47:52 | 21 |     A.    As I just said, sitting here     |
| 16:47:54 | 22 | today I couldn't tell you one way or the other |
| 16:47:56 | 23 | whether or not, there of is one out there that |
| 16:47:59 | 24 | does that.                                 |
| 16:48:00 | 25 |     Q.    Do you recall if there is any    |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 285

|  |  |  |
|---|---|---|
|  | 1 | MARIANNE DeMARIO |
| 16:48:01 | 2 | specific analyst report that you're aware of |
| 16:48:03 | 3 | that uses all 18 companies as guideline |
| 16:48:08 | 4 | companies pursuant to a market methodology in |
| 16:48:14 | 5 | valuing EMI? |
| 16:48:16 | 6 | MR. GRAVANTE:   Objection to the |
| 16:48:16 | 7 | form. |
| 16:48:18 | 8 | A.    The analyst reports that I looked |
| 16:48:20 | 9 | at wouldn't have included all of them.  Based |
| 16:48:24 | 10 | on my prior answer I explained the series of |
| 16:48:28 | 11 | steps that I went through. |
| 16:48:33 | 12 | Q.    Let's switch gears.  If you can |
| 16:48:35 | 13 | turn to paragraph 129, please. |
| 16:48:41 | 14 | A.    Of which report, please. |
| 16:48:43 | 15 | Q.    Your report, thank you. |
| 16:48:57 | 16 | Beginning paragraph 129 you discuss your lost |
| 16:48:59 | 17 | profits damages calculations under English law; |
| 16:49:04 | 18 | is that correct? |
| 16:49:05 | 19 | A.    That's correct. |
| 16:49:06 | 20 | Q.    And you were instructed that lost |
| 16:49:08 | 21 | profits would be a component of damages under |
| 16:49:13 | 22 | English law; is that your understanding? |
| 16:49:15 | 23 | A.    That's correct. |
| 16:49:19 | 24 | Q.    Can you describe for me generally |
| 16:49:21 | 25 | how you went about calculating the lost profits |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 286

```
              1              MARIANNE DeMARIO
16:49:24      2    damages?
16:49:28      3           A.    The first step was to measure the
16:49:30      4    internal rate of return that Terra Firma had
16:49:34      5    earned historically.  So to do that I looked at
16:49:39      6    the cash flows of the projects that had been
16:49:50      7    entered into by Terra Firma and by Terra Firma
16:49:52      8    management that were either fully realized or
16:49:57      9    partially realized as of June 2010.
16:50:19     10           Q.    In paragraph 130, the second
16:50:20     11    sentence says that "Terra Firma provided
16:50:22     12    information on its monthly cash inflows and
16:50:26     13    cash outflows by investment for all fully
16:50:28     14    realized and partially realized investments."
16:50:32     15    Do you see that?
16:50:33     16           A.    Sorry, what paragraph are you on?
16:50:34     17           Q.    Sorry, 130.  Second sentence.
16:50:39     18           A.    Yes.
16:50:39     19           Q.    Did you receive some data from
16:50:43     20    terra Firma about cash flows and historical
16:50:45     21    internal rates of return?
16:50:49     22           A.    Well I received information on
16:50:50     23    their cash flows, I calculated the historical
16:50:53     24    IRR.
16:51:04     25                 MR. CARNEY:   Let's mark this
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 287

```
              1              MARIANNE DeMARIO
16:51:05      2         document as 14.  This document was also
16:51:08      3         marked as Dolenec 34.
16:51:08      4                    (DeMario Exhibit 14 for
16:51:08      5         identification, Spreadsheet, no production
16:51:30      6         numbers.)
16:51:30      7         A.    I am going to take a Hall's.  We
16:51:32      8    don't have to break or anything.
16:51:58      9         Q.    This document is a printout of an
16:52:01     10    spreadsheet, as I understand it.  Are you
16:52:05     11    familiar with the information reflected on
16:52:08     12    DeMario Exhibit 14?
16:52:36     13         A.    Yes.
16:52:37     14         Q.    Was that document provided to you
16:52:38     15    by someone at terra Firma?
16:52:43     16         A.    I think it was provided as a
16:52:44     17    spreadsheet.
16:52:45     18         Q.    Fair enough.  It was a
16:52:46     19    spreadsheet provided to you by someone at terra
16:52:49     20    Firma?
16:52:49     21         A.    Yes.
16:52:50     22         Q.    Who is that?
16:52:55     23         A.    It was provided to Mr. Fazzone.
16:52:57     24    I don't know who actually sent it to him.
16:53:00     25         Q.    Do you know if you or Mr. Fazzone
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 288

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  | MARIANNE DeMARIO                                   |
| 16:53:05 | 2  | were provided with any other data from terra       |
| 16:53:07 | 3  | Firma to assist you in your calculation of         |
| 16:53:13 | 4  | internal rate of return or lost profits            |
| 16:53:16 | 5  | damages?                                           |
| 16:53:20 | 6  | A.    I believe we received some               |
| 16:53:21 | 7  | additional information about the partially         |
| 16:53:27 | 8  | realized and the unrealized investments.           |
| 16:53:30 | 9  | Q.    What's that information?                 |
| 16:53:35 | 10 | A.    I think we received certain              |
| 16:53:36 | 11 | information about the current status of those      |
| 16:53:44 | 12 | investments.                                       |
| 16:53:52 | 13 | Q.    With respect to Exhibit 14 that          |
| 16:53:54 | 14 | we marked, would you agree that Exhibit 14         |
| 16:54:00 | 15 | refers --                                          |
| 16:54:01 | 16 | A.    I'm sorry.  To add to my prior           |
| 16:54:06 | 17 | answer we may have also received I think we did    |
| 16:54:12 | 18 | receive additional information on a couple of      |
| 16:54:15 | 19 | minor transactions that were not included on       |
| 16:54:19 | 20 | this analysis.                                     |
| 16:54:26 | 21 | Q.    This analysis that has been              |
| 16:54:28 | 22 | marked as Exhibit 14 reflects cash flow            |
| 16:54:31 | 23 | information stemming back to 1995; isn't that      |
| 16:54:35 | 24 | true for certain investments?                      |
| 16:54:40 | 25 | A.    Yes, that's true.                         |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 289

|          |    | MARIANNE DeMARIO |
|----------|----|------------------|

16:54:41   2        Q.     It reflects investments made by

16:54:45   3     Terra Firma Capital Partners 1 and 2; is that

16:54:52   4     correct?

16:54:52   5        A.     It reflects information for Terra

16:54:57   6     Firma Capital Partners 1 and 2 and the

16:55:02   7     management of Terra Firma as well.

16:55:05   8        Q.     Now, Fund I is not a Plaintiff in

16:55:07   9     this case; correct?

16:55:09  10        A.     That's my understanding.

16:55:10  11        Q.     This data reflects both realized

16:55:16  12     and partially realized investments; is that

16:55:19  13     correct?

16:55:22  14        A.     Yes.

16:55:22  15        Q.     What does that mean to be

16:55:24  16     realized or partially realized for benefit of

16:55:26  17     the jury?

16:55:29  18        A.     My understanding is if an

16:55:31  19     investment is characterized as realized that

16:55:37  20     Terra Firma is no longer invested in it, if it

16:55:42  21     is characterized as partially realized that

16:55:44  22     there has been cash out to some extent or

16:55:51  23     refinancing, some kind of cash out but they are

16:55:53  24     still invested in it.

16:55:54  25        Q.     They are still invested in that

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 290

|          |    | MARIANNE DeMARIO |
|----------|----|------------------|

16:55:56   2   company, that portfolio company?

16:56:01   3          A.    That's correct.

16:56:04   4          Q.    Does Terra Firma monitor

16:56:05   5   unrealized investments as well?

16:56:11   6          A.    What do you mean by monitor?

16:56:12   7          Q.    Well do any of the Terra Firma

16:56:15   8   funds have unrealized investments as well as

16:56:18   9   realized and partially realized investments?

16:56:23  10          A.    Yes.

16:56:23  11          Q.    What is an unrealized investment?

16:56:27  12          A.    My understanding that is an

16:56:29  13   investment in which Terra Firma has increased

16:56:33  14   cash but has not cashed out any part of its

16:56:39  15   investment.

16:56:39  16          Q.    Did you take account of any

16:56:41  17   unrealized investment in determining historical

16:56:48  18   internal rate of return for Terra Firma?

16:56:49  19          A.    I did not.

16:56:50  20          Q.    Why didn't you?

16:56:55  21          A.    I didn't because the internal

16:56:57  22   rate of return is unknown on those investments?

16:57:04  23          Q.    It is incapable of being

16:57:08  24   calculated, is that your testimony?

16:57:09  25                MR. GRAVANTE:   Objection to the

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 291

```
              1              MARIANNE DeMARIO
16:57:14      2        form.
16:57:14      3        A.    It's currently unknown.  There is
16:57:17      4   no -- there are only cash outflows, there are
16:57:20      5   no cash inflows.
16:57:25      6        Q.    So the internal rate of return
16:57:27      7   for those investments are unknown; is that fair
16:57:30      8   to say at this point?
16:57:31      9        A.    They are unknown at this point,
16:57:33     10   that is correct.
16:57:41     11        Q.    How did you go about calculating
16:57:43     12   an internal rate of return based on this data
16:57:45     13   in Exhibit 14?
16:57:51     14        A.    What I did was summed up all of
16:57:53     15   the data which is shown in column A, column A,
16:58:00     16   the column marked all.
16:58:04     17        Q.    That's on the far right side of
16:58:05     18   the spreadsheet?
16:58:05     19        A.    Yes.  Last two pages.
16:58:15     20        Q.    Sorry, I didn't know if you were
16:58:16     21   done.
16:58:16     22        A.    Then using the Excel function to
16:58:18     23   calculate IRR.  I applied it to the range of
16:58:21     24   values.
16:58:30     25        Q.    You concluded based on this data
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 292

|          |    |                                      |
|----------|----|--------------------------------------|
|          | 1  | MARIANNE DeMARIO                     |
| 16:58:32 | 2  | that Terra Firma management's historical IRR |
| 16:58:35 | 3  | was 43.66 percent between August 1995 and |
| 16:58:40 | 4  | January 2010; is that correct?       |
| 16:58:46 | 5  | A.   Let me just check the January, |
| 16:58:47 | 6  | what did you say January?            |
| 16:58:49 | 7  | Q.   Yes.  I am reading from paragraph |
| 16:58:50 | 8  | 131.                                 |
| 16:58:53 | 9  | A.   Yes.  That's correct.          |
| 16:59:00 | 10 | Q.   You say "It is Terra Firma     |
| 16:59:02 | 11 | management's historical annual IRR." |
| 16:59:06 | 12 | What does historical annual IRR      |
| 16:59:09 | 13 | mean?                                |
| 16:59:14 | 14 | A.   It is the internal rate of return |
| 16:59:16 | 15 | measured on an annual basis.         |
| 16:59:22 | 16 | Q.   Is it true your opinion is     |
| 16:59:23 | 17 | measured historically Terra Firma achieved an |
| 16:59:26 | 18 | internal rate of review of 43.66 percent per |
| 16:59:31 | 19 | year for the years between August 1995 and |
| 16:59:34 | 20 | January 2010?                        |
| 16:59:39 | 21 | A.   I think you misspoke.          |
| 16:59:40 | 22 | Q.   Okay.  Why do you think I      |
| 16:59:42 | 23 | misspoke?                            |
| 16:59:46 | 24 | A.   You said something other than  |
| 16:59:48 | 25 | internal rate of return.            |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 293

|            |    |                                                        |
|------------|----|--------------------------------------------------------|
|            | 1  | MARIANNE DeMARIO                                        |
| 16:59:52   | 2  | Q.    Is it true -- let me ask it                      |
| 16:59:54   | 3  | again.                                                 |
| 16:59:54   | 4  | Is it true your opinion is                             |
| 16:59:56   | 5  | measured -- is it true that your opinion is            |
| 16:59:59   | 6  | that measured historically Terra Firma achieved        |
| 17:00:02   | 7  | an internal rate of return of 43.66 percent per        |
| 17:00:09   | 8  | year for the years between August 1995 and             |
| 17:00:13   | 9  | January 2010?                                          |
| 17:00:16   | 10 | A.    That's correct.                                  |
| 17:00:16   | 11 | Q.    So that, just so I understand, so                |
| 17:00:19   | 12 | that every year in that period, so for the year        |
| 17:00:24   | 13 | 1996, for example, Terra Firma achieved an             |
| 17:00:29   | 14 | annual internal rate of return of 43.66                |
| 17:00:32   | 15 | percent?                                               |
| 17:00:36   | 16 | A.    On average.  So in a given year                  |
| 17:00:38   | 17 | it would be higher or lower.                           |
| 17:00:41   | 18 | Q.    So for the 43.66 percent is an                   |
| 17:00:46   | 19 | average figure, so in one year it could be 30,         |
| 17:00:51   | 20 | one year it could be 50?                               |
| 17:00:53   | 21 | A.    That's correct.                                  |
| 17:01:00   | 22 | Q.    Just so I understand your opinion                |
| 17:01:01   | 23 | then it is your opinion based on this data in          |
| 17:01:03   | 24 | Exhibit 14 that for every year between August          |
| 17:01:08   | 25 | 1995 and January 2010, Terra Firma, on average         |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 294

|          |    |                                               |
|----------|----|-----------------------------------------------|
|          | 1  | MARIANNE DeMARIO                              |
| 17:01:14 | 2  | achieved a 43.66 percent internal rate of     |
| 17:01:17 | 3  | return? Is that your testimony?               |
| 17:01:21 | 4  | A.    With a year being measured as 12         |
| 17:01:23 | 5  | months.  I don't consider 1995 to be a year and |
| 17:01:27 | 6  | 2010 to be -- January 2010 to be a year.  If  |
| 17:01:33 | 7  | that makes sense.                             |
| 17:01:43 | 8  | Q.    Have you looked at actual IRR            |
| 17:01:48 | 9  | figures reported by Terra Firma?              |
| 17:02:00 | 10 | A.    Exhibit 14 contains actual IRR           |
| 17:02:04 | 11 | figures.  They are not calculated, but it is  |
| 17:02:08 | 12 | the underlying data for the IRR calculations. |
| 17:02:11 | 13 | Q.    Have you seen IRR data reported          |
| 17:02:16 | 14 | to Terra Firma from shareholders or prospective |
| 17:02:20 | 15 | investors?                                    |
| 17:02:23 | 16 | A.    I don't recall seeing that              |
| 17:02:24 | 17 | information.  It's possible that I have.      |
| 17:02:29 | 18 | Q.    Is this a gross IRR number that         |
| 17:02:31 | 19 | you're calculating here in paragraph 131?     |
| 17:02:36 | 20 | A.    I don't know what you mean by           |
| 17:02:38 | 21 | gross.                                        |
| 17:02:52 | 22 | MR. CARNEY:  Let's mark as             |
| 17:02:54 | 23 | Exhibit 15 a multipage document numbered      |
| 17:02:58 | 24 | TF 000097183 through 282.                     |
| 17:03:05 | 25 | (DeMario Exhibit 15 for           |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 295

```
            1              MARIANNE DeMARIO·
17:03:05    2        identification, Private Placement
17:02:58    3        Memorandum April 2006, production numbers
17:02:58    4        TF 000097183 through 282.)
17:03:35    5        Q.   Flip through this document, if
17:03:37    6   you would, Ms. DeMario, and let me know if you
17:03:40    7   seen that before.
17:04:36    8        A.   I don't recall having seen it.
17:04:42    9        Q.   This is entitled Terra Firma
17:04:48   10   Capital Partners III L.P. Private Placement
17:04:51   11   Memorandum April 2006.  Do you understand what
17:04:52   12   a Private Placement Memorandum is?
17:04:54   13        A.   Yes.
17:04:54   14        Q.   What is that?
17:05:05   15        A.   It's a document that a firm would
17:05:06   16   issue when it was soliciting funds.
17:05:10   17        Q.   Okay.  Do you understand that
17:05:24   18   Terra Firma Capital Partners III was a fund
17:05:25   19   that was formed after the Funds I and II you
17:05:31   20   referred to in Exhibit 14?
17:05:38   21        A.   That makes sense since it is
17:05:41   22   called Terra Firma Capital Partners III. Other
17:05:44   23   than that I have no understanding of when it
17:05:46   24   was formed in relation to the other funds.
17:05:48   25        Q.   Can you turn to page 7193,
```

Page 296

|          |    |                                              |
|----------|----|----------------------------------------------|
|          | 1  | MARIANNE DeMARIO                             |
| 17:05:56 | 2  | please.  Look down at the bottom, there is a |
| 17:06:03 | 3  | chart that says Summary of Terra Firma's     |
| 17:06:05 | 4  | Investment Performance. It shows TCP I and TCP |
| 17:06:13 | 5  | II on the left side of the chart.            |
| 17:06:15 | 6  | You go over to the right side               |
| 17:06:16 | 7  | there is a column for gross IRR reflects 46  |
| 17:06:21 | 8  | percent for TFCP I and 25 percent for TFCP II. |
| 17:06:29 | 9  | Do you see that?                             |
| 17:06:29 | 10 | A.    Yes.                                   |
| 17:06:34 | 11 | Q.    Did you or your staff ask Terra        |
| 17:06:36 | 12 | Firma for IRR data that it was reporting to  |
| 17:06:43 | 13 | prospective investors for purposes of doing  |
| 17:06:45 | 14 | your lost profits analysis?                  |
| 17:06:48 | 15 | A.    That's something my staff may          |
| 17:06:50 | 16 | have asked.  I don't recall asking it myself. |
| 17:06:53 | 17 | Q.    Looking at this column now,            |
| 17:06:54 | 18 | looking at this chart with the column Gross  |
| 17:06:58 | 19 | IRR, do you understand that to mean that TFCP I |
| 17:07:06 | 20 | had an internal rate of return of 46 percent on |
| 17:07:13 | 21 | average for each year of its existence since |
| 17:07:15 | 22 | 1994?                                        |
| 17:07:25 | 23 | A.    I would be speculating if I was        |
| 17:07:27 | 24 | to tell you what I thought this meant.  Perhaps |
| 17:07:34 | 25 | if I read the document I could find a         |

Page 297

```
                    1              MARIANNE DeMARIO
17:07:37  2    definition or an explanation of how it was
17:07:40  3    calculated.
17:07:45  4              Q.    Were you aware the gross IRR
17:07:47  5    being reported as of April 1, 2006 for TFCP II
17:07:52  6    was 25 percent?
17:08:05  7              A.    May I have that read back,
17:08:06  8    please.
17:08:07  9                    (The pending question was read as
17:08:07 10              follows:
17:07:45 11                    "Question:   Were you aware the
17:07:46 12              gross IRR being reported as of April 1,
17:07:50 13              2006 for TFCP II was 25 percent?")
17:08:08 14                    MR. GRAVANTE:   Objection to the
17:08:09 15              form.
17:08:11 16              A.    As I previously testified I don't
17:08:15 17    recall seeing any documents or any information
17:08:17 18    that showed what Terra Firma was reporting.
17:08:23 19              Q.    Looking at this chart is it
17:08:25 20    reasonable to interpret this chart as
17:08:26 21    reflecting the internal rate of return for Fund
17:08:32 22    I and Fund II over the life of each respective
17:08:37 23    fund?
17:08:37 24                    MR. GRAVANTE:   Objection to the
17:08:42 25              form.
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 298

|       |    |                                           |
|-------|----|-------------------------------------------|
|       | 1  | MARIANNE DeMARIO                          |
|17:08:42| 2 | A.    I think it's  very common for        |
|17:08:43| 3 | people to use the term IRR to refer to an  |
|17:08:47| 4 | annual number.  So I don't think that's a  |
|17:08:51| 5 | reasonable assumption.                     |
|17:08:52| 6 | Again, if, perhaps if I studied            |
|17:08:55| 7 | the document a little bit more I can determine |
|17:08:59| 8 | what they mean by that term gross IRR.     |
|17:09:01| 9 | Q.    Would it help to have a               |
|17:09:03|10 | definition of gross IRR?                    |
|17:09:05|11 | A.    It may.                               |
|17:09:07|12 | Q.    Turn to page 7277, if you will.       |
|17:09:23|13 | Top of the page says "Methodology for       |
|17:09:25|14 | calculating gross IRR."                     |
|17:09:28|15 | It goes on to say in the first             |
|17:09:29|16 | sentence "Gross IRRs have been calculated for |
|17:09:32|17 | each investment from the month when the first |
|17:09:34|18 | material cash flow of each investment occurs |
|17:09:38|19 | before deduction of management fees and carried |
|17:09:40|20 | interest." Do you see that?                 |
|17:09:41|21 | A.    Yes.                                  |
|17:09:42|22 | Q.    From reading that sentence is it      |
|17:09:44|23 | fair to conclude that gross IRRs as used by |
|17:09:48|24 | Terra Firma refers to the internal rate of |
|17:09:51|25 | return over the life of the investment?    |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 299

|            |    |                                               |
|------------|----|-----------------------------------------------|
|            | 1  | MARIANNE DeMARIO                              |
| 17:09:55   | 2  | MR. GRAVANTE:  Objection to the               |
| 17:09:58   | 3  | form.                                         |
| 17:09:58   | 4  | A.    I don't think it changes my             |
| 17:09:59   | 5  | answer that I would be speculating.  But,     |
| 17:10:03   | 6  | again, it's possible if I read through this I |
| 17:10:05   | 7  | would have a better understanding of what they|
| 17:10:07   | 8  | mean.                                         |
| 17:10:13   | 9  | Q.    Are you disputing the fact that         |
| 17:10:16   | 10 | gross IRRs for purposes of this document are  |
| 17:10:18   | 11 | calculated for each investment from the month |
| 17:10:20   | 12 | when the first material cash flow of each     |
| 17:10:22   | 13 | investment occurs?                            |
| 17:10:25   | 14 | MR. GRAVANTE:   Objection to the              |
| 17:10:25   | 15 | form.  Same objection.                        |
| 17:10:28   | 16 | A.    I'm not disputing that.  I'm            |
| 17:10:32   | 17 | simply stating that that sentence does not    |
| 17:10:34   | 18 | preclude the possibility that the gross IRR   |
| 17:10:42   | 19 | number refers to an annual number.  Especially|
| 17:10:45   | 20 | given that I have the underlying data.  And I |
| 17:10:49   | 21 | calculated an annual IRR.  So...              |
| 17:10:57   | 22 | Q.    So when it says in this                 |
| 17:10:59   | 23 | definition "gross IRRs have been calculated for|
| 17:11:02   | 24 | each investment from the month when the first |
| 17:11:03   | 25 | material cash flow of each investment occurs,"|

Page 300

|          |    | MARIANNE DeMARIO |
|----------|----|------------------|

17:11:07  2   your testimony is that does not preclude an

17:11:10  3   interpretation of this sentence that would

17:11:13  4   provide that gross IRRs in fact mean average

17:11:19  5   annual IRRs?

17:11:21  6            MR. GRAVANTE:  Objection to the

17:11:24  7        form.

17:11:24  8        A.    It's common for the term IRR to

17:11:29  9   refer to an annual number the same way that

17:11:31 10   when people say interest rate everyone

17:11:35 11   understands that they mean an annual number.

17:11:37 12        Q.    So nowhere --

17:11:38 13        A.    So it's possible that to a

17:11:40 14   financial professional they don't need to state

17:11:42 15   something that they consider to be obvious to

17:11:49 16   the reader.

17:11:49 17        Q.    Whether or not it's common, this

17:11:51 18   sentence does not refer to an average figure in

17:11:55 19   any way, shape or form; does it?

17:11:58 20            MR. GRAVANTE:  Objection to the

17:12:02 21        form.

17:12:02 22        A.    It doesn't use that term.  But,

17:12:04 23   again, to go back to my interest calculation,

17:12:07 24   my interest example, people don't necessarily

17:12:10 25   say hey this is the annual interest rate.

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 301

|          |    |                                              |
|----------|----|----------------------------------------------|
|          | 1  | MARIANNE DeMARIO                             |
| 17:12:15 | 2  | Everybody understands an interest rate to be an |
| 17:12:19 | 3  | annual interest rate.                        |
| 17:12:20 | 4  | Q.    Under your calculation you also        |
| 17:12:21 | 5  | don't take account of any costs incurred by the |
| 17:12:29 | 6  | Terra Firma management or the fund in managing |
| 17:12:31 | 7  | the investments; isn't that true?            |
| 17:12:32 | 8  | A.    I don't take into account the          |
| 17:12:38 | 9  | management fees.                             |
| 17:12:39 | 10 | Q.    Do you take account of any other       |
| 17:12:41 | 11 | costs other than management fees?            |
| 17:12:47 | 12 | A.    I take into account the ---            |
| 17:12:49 | 13 | MR. GRAVANTE:   Objection to the             |
| 17:12:50 | 14 | form.  Go ahead.                             |
| 17:12:50 | 15 | A.    I take into account the cash           |
| 17:12:52 | 16 | inflows, but I don't take into account the   |
| 17:12:56 | 17 | management fees.  I would expect the management |
| 17:12:57 | 18 | fees to cover all of the costs.              |
| 17:13:10 | 19 | Q.    Now from your calculations you         |
| 17:13:21 | 20 | make the determination, do you not, that an  |
| 17:13:27 | 21 | average annual IRR of 43.66 percent should be |
| 17:13:32 | 22 | used in calculating lost profits damages; isn't |
| 17:13:36 | 23 | that true?                                   |
| 17:13:50 | 24 | A.    Can I have that read back,             |
| 17:13:51 | 25 | please.                                      |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 302

|         |    |                                          |
|---------|----|------------------------------------------|

```
             1              MARIANNE DeMARIO
17:13:52     2         (The pending question was read as
17:13:52     3     follows:
17:13:10     4         "Question:   Now from your
17:13:11     5     calculations you make the determination,
17:13:22     6     do you not, that an average annual IRR of
17:13:29     7     43.66 percent should be used in
17:13:33     8     calculating lost profits damages; isn't
17:13:36     9     that true?")
17:13:52    10         A.   It's my understanding that the
17:13:54    11     proper rate to use is the historical rate of
17:13:56    12     return.  And I calculate the historical rate of
17:13:59    13     return to be 43.66 percent.  That's the number
17:14:08    14     that I used.
17:14:08    15         Q.   And the historical rate of return
17:14:10    16     that you calculate is based upon cash flows
17:14:14    17     from investments made as early as 1995; isn't
17:14:19    18     that true?
17:14:19    19         A.   That's correct.
17:14:20    20         Q.   And you use your IRR calculated
17:14:25    21     figure to determine damages suffered between
17:14:27    22     the period of May 2007 and June 2010; isn't
17:14:32    23     that true?
17:14:34    24         A.   That's correct.
17:14:37    25         Q.   Why is Terra Firma's returns on
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 303

```
                    1                    MARIANNE DeMARIO
17:14:39   2    its investment from 1995 pertinent to the
17:14:44   3    returns they could have expected between May
17:14:47   4    2007 and June 2010?
17:14:49   5                    MR. GRAVANTE:  Objection to the
17:14:52   6            form.
17:14:52   7            A.    As I previously testified it's my
17:14:54   8    understanding that under English law the
17:14:58   9    appropriate rate of return to use is the
17:15:01  10    historical rate of return.
17:15:04  11            Q.    That's your understanding under
17:15:05  12    English law?
17:15:06  13            A.    Yes.
17:15:07  14            Q.    You were instructed that the
17:15:10  15    historical rate of return is the proper IRR
17:15:15  16    utilized in calculating lost profits damages?
17:15:18  17            A.    That's correct.
17:15:18  18            Q.    And does English law speak to how
17:15:22  19    far back in time one goes --
17:15:26  20                    MR. GRAVANTE:   Objection.
17:15:26  21            Q.    -- to establish an IRR?
17:15:28  22                    MR. GRAVANTE:  Objection to the
17:15:32  23            form.
17:15:32  24            A.    I don't know if it specifically
17:15:34  25    speaks to that.  I know I calculated the
```

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 304

|          |    |                                          |
|----------|----|------------------------------------------|
|          | 1  | MARIANNE DeMARIO                         |
| 17:15:37 | 2  | historical rate of return.               |
| 17:15:38 | 3  | Q.    And were you told to take data     |
| 17:15:39 | 4  | that stretches back to 1995?             |
| 17:15:41 | 5  | A.    I was asked to calculate the       |
| 17:15:46 | 6  | historical rate of return and I did based on |
| 17:15:48 | 7  | all of the information that was available to |
| 17:15:51 | 8  | me.                                      |
| 17:15:51 | 9  | Q.    Based on the information that      |
| 17:15:52 | 10 | Terra Firma provided you; correct?       |
| 17:15:55 | 11 | MR. GRAVANTE:  Objection to the          |
| 17:15:57 | 12 | form.                                    |
| 17:15:57 | 13 | A.    My understanding is that this is   |
| 17:15:59 | 14 | the full history of returns achieved by the |
| 17:16:04 | 15 | Terra Firma management.  It's certainly not my |
| 17:16:08 | 16 | understanding that they selected the     |
| 17:16:11 | 17 | information or gave me information only for |
| 17:16:14 | 18 | certain periods.                         |
| 17:16:15 | 19 | I asked for all of the                   |
| 17:16:16 | 20 | information and I received all of the    |
| 17:16:18 | 21 | information.                             |
| 17:16:19 | 22 | Q.    In calculating your historical     |
| 17:16:22 | 23 | IRR, were you concerned at all that the  |
| 17:16:26 | 24 | historical IRR would not provide a valid basis |
| 17:16:29 | 25 | for determining lost profits from investments |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 305

|          |    | MARIANNE DeMARIO |
|----------|----|------------------|
| 17:16:34 | 2  | made between May 2007 and June 2010? |
| 17:16:38 | 3  | MR. GRAVANTE:  Objection to the |
| 17:16:39 | 4  | form. |
| 17:16:39 | 5  | A.   I don't understand that question. |
| 17:16:46 | 6  | Q.   Is it -- well in calculating your |
| 17:16:48 | 7  | internal rate of return, did you look at what |
| 17:16:51 | 8  | Terra Firma's actual internal rate of return |
| 17:16:56 | 9  | was for the period 2007 through 2010, the first |
| 17:17:01 | 10 | half of 2010, did you look at that data? |
| 17:17:05 | 11 | A.   Well to the extent that that data |
| 17:17:07 | 12 | is included in here, I looked at it. |
| 17:17:09 | 13 | Q.   Did you look at it on a |
| 17:17:12 | 14 | stand-alone basis? |
| 17:17:13 | 15 | A.   I think I instructed my staff to |
| 17:17:17 | 16 | do sensitivity analysis to look at the |
| 17:17:20 | 17 | different periods. |
| 17:17:20 | 18 | Q.   Did your staff come to the |
| 17:17:23 | 19 | conclusion that Terra Firma's internal rate of |
| 17:17:26 | 20 | return for the period 2007 to 2010 was anywhere |
| 17:17:31 | 21 | near 43 percent? |
| 17:17:32 | 22 | A.   I don't recall the results of the |
| 17:17:34 | 23 | analysis. |
| 17:17:34 | 24 | Q.   You don't recall at all. |
| 17:17:36 | 25 | Did your staff -- is it your |

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 306

1              MARIANNE DeMARIO
17:17:39  2   testimony that your staff in terms of doing its
17:17:43  3   sensitivity analysis looked at actual returned
17:17:48  4   data for the period 2007 and 2010 and reported
17:17:51  5   that to you?
17:17:52  6           MR. GRAVANTE:  Objection to the
17:17:54  7       form.
17:17:54  8       A.   My testimony is that it's
17:17:56  9   something I asked my staff to do.  I believe
17:17:59 10   they did report it to me.  Sitting here today,
17:18:02 11   I don't recall what the numbers are.  I mean
17:18:05 12   it's simple math.  I'm not trying to hide
17:18:07 13   anything, but I don't recall what the numbers
17:18:09 14   are.
17:18:09 15       Q.   Do you recall if Terra Firma even
17:18:11 16   achieved a positive rate of return in that
17:18:13 17   period?
17:18:13 18       A.   I do not.
17:18:15 19       Q.   Is it possible that in fact there
17:18:18 20   was a negative rate of return in that period?
17:18:20 21       A.   I don't recall what the result of
17:18:24 22   the analysis was.
17:18:25 23       Q.   Well, Dr. Fischel looked at that,
17:18:27 24   did he not, in his report?
17:18:29 25       A.   I believe that he did.

CONFIDENTIAL
DeMario, Marianne - 7/19/2010

Page 307

|          |    |                                           |
|----------|----|-------------------------------------------|
|          | 1  | MARIANNE DeMARIO                          |
| 17:18:31 | 2  | Q.    And his conclusions were in fact    |
| 17:18:32 | 3  | that Terra Firma did not achieve anywhere near |
| 17:18:39 | 4  | a 43 percent rate of return during that period; |
| 17:18:42 | 5  | isn't that fair?                          |
| 17:18:43 | 6  | A.    I would have to look at his         |
| 17:18:45 | 7  | report again to refresh my recollection.  |
| 17:18:50 | 8  | Q.    Sure.  Let's look at it again       |
| 17:18:52 | 9  | quickly.  Turn to your Exhibit 6.  Let's begin |
| 17:19:04 | 10 | at paragraph 65.  Sorry, let's begin at   |
| 17:19:07 | 11 | paragraph 64 let's start at of 65.  Feel free |
| 17:19:20 | 12 | to look at paragraph 65 and 66 of Fischel. |
| 17:20:19 | 13 | Just let me know when you're              |
| 17:20:21 | 14 | ready.                                    |
| 17:20:37 | 15 | A.    Okay.                               |
| 17:20:38 | 16 | Q.    In paragraph 65 Dr. Fischel         |
| 17:20:48 | 17 | quotes a letter from Guy Hands in the 2008 |
| 17:20:52 | 18 | fourth quarter letter to the funds which states |
| 17:20:58 | 19 | "We all know that 2008 was probably the most |
| 17:21:00 | 20 | challenging investment year of our professional |
| 17:21:03 | 21 | lives.  The dramatic global decline in stock |
| 17:21:05 | 22 | market values has destroyed more than five |
| 17:21:08 | 23 | years of growth in the value of listed     |
| 17:21:10 | 24 | investments.  Indeed, UK valuations are    |
| 17:21:12 | 25 | effectively back to 1997 levels without    |