# In The Matter Of:
## *TERRA FIRMA INVESTMENTS, et al. v. CITIGROUP, INC., et al.*

---

### *Dolenec, Karen - Vol. 1 - 06/18/2010*
#### *June 18, 2010*

---

**MERRILL CORPORATION**

**LegaLink, Inc.**

25 West 45th Street
9th Floor
New York, NY 10036
Phone: 212.557.7400
Fax: 212.692.9171

Dolenec, Karen - 6/18/2010

Page 202

| 15:52:17 | 1 | (Break taken.) |
| 16:06:01 | 2 | THE VIDEOGRAPHER: Here begins videotape 4, |

15:52:17  1                    (Break taken.)

16:06:01  2           THE VIDEOGRAPHER:  Here begins videotape 4,

16:06:03  3   Volume I in the videotaped deposition of Karen Dolenec.

16:06:06  4   Going back on the record.  The time is 16:06.

16:06:14  5   BY MR. BAUGHMAN:

16:06:14  6       Q.  You told me this morning that the summer of 2009

16:06:27  7   you worked briefly on a project relating to EMI.  Do you

16:06:35  8   recall that?

16:06:35  9       A.  Yes, I do.

16:06:36 10       Q.  Can you just tell me a little bit more.  What were

16:06:40 11   you doing?  What was your assignment?

16:06:49 12       A.  It was to explore a possible bond transaction for

16:06:53 13   EMI Recorded Music.

16:07:08 14       Q.  Did you have communications with anyone at Citi in

16:07:11 15   connection with that project?

16:07:16 16       A.  I don't believe so.

16:07:27 17       Q.  Who did you work with on that project?

16:07:30 18       A.  Who did I work with at Terra Firma on that project?

16:07:35 19   To the best of my recollection I worked with Phillip Burns,

16:07:41 20   David Saunders.  Other people who were doing roles that were

16:07:49 21   connected to what I was doing were Ruth Prior, Jade Moore,

16:07:54 22   Andrew Chad.  Those are the people I can remember right now.

16:08:06 23       Q.  The acquisition of EMI closed at the end of

16:08:09 24   August 2007, right?

16:08:12 25           MR. SHERMAN:  Objection.

Dolenec, Karen - 6/18/2010

```
Page 203
16:08:13    1        A.  If you say so.  I have no reason to disagree with
16:08:16    2   you.
16:08:17    3   BY MR. BAUGHMAN:
16:08:18    4        Q.  After the acquisition have you had any dealings
16:08:20    5   with anyone at Citigroup relating in any way to EMI?
16:08:27    6        A.  I don't believe so.
16:08:29    7   BY MR. BAUGHMAN:
16:08:31    8        Q.  Do you know someone named Ian Cockerill?
16:08:40    9        A.  The name sounds familiar, but I don't know him.
16:08:43   10        Q.  To the best of your knowledge have you ever had any
16:08:47   11   communications with Mr. Cockerill?
16:08:50   12        A.  To the best of my knowledge, no.
16:08:51   13        Q.  Do you know a woman named Leslie Ling?
16:08:55   14        A.  The name is familiar but I do not know her.
16:08:58   15        Q.  To the best of your recollection have you ever had
16:09:00   16   any communications with Leslie Ling?
16:09:04   17        A.  To the best of my knowledge, no.
16:09:06   18        Q.  Do you know a man named Chad Leet?
16:09:10   19        A.  Again, the name sounds familiar but I don't know
16:09:12   20   him.
16:09:12   21        Q.  To the best of your knowledge have you ever had any
16:09:15   22   communications with Mr. Leet?
16:09:17   23        A.  To the best of my knowledge, no.
16:09:38   24        Q.  Would you agree with the proposition that when
16:09:41   25   Terra Firma buys a company the goal is to make money?
```

Dolenec, Karen - 6/18/2010

| | | |
|---|---|---|
| 16:09:49 | 1 | MR. SHERMAN: Objection. |
| 16:09:54 | 2 | A. The goal of Terra Firma Capital Partners is to |
| 16:09:57 | 3 | advise the GPs in transactions where we believe it will |
| 16:10:01 | 4 | be -- where we believe we will be doing -- we will be acting |
| 16:10:07 | 5 | in the best interests of investors in those funds. |
| 16:10:12 | 6 | BY MR. BAUGHMAN: |
| 16:10:13 | 7 | Q. Isn't their best interest to make money? |
| 16:10:17 | 8 | MR. SHERMAN: Objection. |
| 16:10:17 | 9 | A. At a very high level we would be seeking to make |
| 16:10:22 | 10 | returns on the funds that they have invested with us. |
| 16:10:31 | 11 | BY MR. BAUGHMAN: |
| 16:10:31 | 12 | Q. And the returns that come from different private |
| 16:10:35 | 13 | equity investments vary from deal to deal, right? |
| 16:10:41 | 14 | A. That's correct. |
| 16:10:43 | 15 | Q. And in your experience what are some of the factors |
| 16:10:46 | 16 | that determine the return on a private equity investment? |
| 16:10:54 | 17 | A. Are you talking about generally speaking? |
| 16:10:57 | 18 | Q. Yes, based on your experience in the industry. |
| 16:11:00 | 19 | A. Based on my experience in the industry factors that |
| 16:11:02 | 20 | impact the returns that one makes on an investment are a |
| 16:11:07 | 21 | wide variety of factors but including the price at which |
| 16:11:13 | 22 | you've acquired the investment, the price at which you can |
| 16:11:16 | 23 | sell the investment at, financing conditions along the way, |
| 16:11:21 | 24 | whether or not you were able to re-finance along the way. |
| 16:11:27 | 25 | Those are then in turn impacted by a number of other issues. |

Page 205

| | | |
|---|---|---|
| 16:11:35 | 1 | Q. Could you give me some examples? |
| 16:11:37 | 2 | A. Examples are factors that would impact those other |
| 16:11:40 | 3 | factors that I mentioned earlier? |
| 16:11:42 | 4 | Q. Yes. |
| 16:11:43 | 5 | A. Okay. So the price at which you can sell a |
| 16:11:46 | 6 | business for would be based on the performance -- the |
| 16:11:54 | 7 | historical performance of the company. The future prospects |
| 16:11:59 | 8 | of the company. The historical and future prospects of the |
| 16:12:04 | 9 | industry overall. The financial wherewithal of potential |
| 16:12:07 | 10 | buyers. What other opportunities those potential buyers |
| 16:12:13 | 11 | might have for investing their capital. What the financing |
| 16:12:16 | 12 | markets look like. What sort of debt financing is |
| 16:12:19 | 13 | available. The level of interest rates. The alternative |
| 16:12:30 | 14 | sources of capital overall. What potential buyers feel |
| 16:12:35 | 15 | about their own businesses and their own needs for cash |
| 16:12:38 | 16 | going forward. Is that enough? Do you want me to continue? |
| 16:12:46 | 17 | Q. Very helpful. Simply put, every deal is different, |
| 16:12:50 | 18 | right? |
| 16:12:51 | 19 | A. I would say that every deal has its own |
| 16:12:54 | 20 | characteristics, yes. |
| 16:12:56 | 21 | Q. And the factors that determine whether or not you |
| 16:13:03 | 22 | make a particular return on deal A may or may not apply to |
| 16:13:09 | 23 | deal B, right? |
| 16:13:12 | 24 | A. The specific factors may very well be different. |
| 16:14:37 | 25 | MR. BAUGHMAN: Let's take a two minute break. |

Dolenec, Karen - 6/18/2010

| | | |
|---|---|---|
| 16:14:40 | 1 | THE VIDEOGRAPHER:  Going off the record.  The time |
| 16:14:42 | 2 | is 16:14. |
| 16:14:49 | 3 | (Break taken.) |
| 16:22:32 | 4 | THE VIDEOGRAPHER:  Going back on the record.  The |
| 16:22:33 | 5 | time is 16:22. |
| 16:22:35 | 6 | BY MR. BAUGHMAN: |
| 16:22:37 | 7 | Q.  Ms. Dolenec, I'm going to hand you what I've marked |
| 16:22:39 | 8 | Exhibit 34.  I will represent for the record that this is a |
| 16:22:45 | 9 | printout of the document that we've produced -- it's a |
| 16:22:48 | 10 | spreadsheet that was produced as Bates number TF635801. |
| 16:22:54 | 11 | (Exhibit 34 marked for identification.) |
| 16:22:54 | 12 | But when it prints out the Bates number doesn't |
| 16:22:57 | 13 | appear. |
| 16:23:00 | 14 | MR. SHERMAN:  Okay. |
| 16:23:00 | 15 | BY MR. BAUGHMAN: |
| 16:23:00 | 16 | Q.  My first question is, have you ever seen that |
| 16:23:03 | 17 | before? |
| 16:23:03 | 18 | A.  No, I have not. |
| 16:23:05 | 19 | Q.  Do you know what it is? |
| 16:23:11 | 20 | A.  No. |
| 16:23:12 | 21 | Q.  Have you ever seen documents like that at |
| 16:23:14 | 22 | Terra Firma stored in the ordinary course of business? |
| 16:23:22 | 23 | MR. SHERMAN:  Objection. |
| 16:23:27 | 24 | A.  I haven't seen this exact document to the best of |
| 16:23:29 | 25 | my recollection, but it appears to be a document that's |

Dolenec, Karen - 6/18/2010

Page 207

| | | |
|---|---|---|
| 16:23:35 | 1 | tracking the results of various investments so I have seen |
| 16:23:43 | 2 | that sort of document before. |
| 16:23:47 | 3 | BY MR. BAUGHMAN: |
| 16:23:48 | 4 | Q.  At the top it says -- the first line says "Fund" |
| 16:23:53 | 5 | and then across the top at least of the first page it says, |
| 16:23:57 | 6 | "TFCP 1"?  What is TFCP 1? |
| 16:24:03 | 7 | A.  TFCP 1 would in this context probably be the legacy |
| 16:24:08 | 8 | portfolio that we had with Nomura. |
| 16:24:28 | 9 | Q.  What do I call it?  Is it fair to call it TFCP 1? |
| 16:24:33 | 10 | Is that the fund? |
| 16:24:33 | 11 | A.  That's what we call it, I believe, in our marketing |
| 16:24:36 | 12 | materials. |
| 16:24:36 | 13 | Q.  As far as you know is TFCP 1 involved in this |
| 16:24:39 | 14 | lawsuit in any way? |
| 16:24:43 | 15 | A.  Not to the best of my knowledge. |
| 16:24:49 | 16 | Q.  And then if you read across the top some of it says |
| 16:24:56 | 17 | "Realised" and then if you keep going, later on it will say |
| 16:25:00 | 18 | "Partially Realised" for some.  Do you see that? |
| 16:25:07 | 19 | A.  Yes, I do. |
| 16:25:08 | 20 | Q.  Do you have an understanding of what the difference |
| 16:25:10 | 21 | between a realized investment and a partially realized |
| 16:25:14 | 22 | investment is at Terra Firma? |
| 16:25:16 | 23 | A.  My understanding of that terminology is that |
| 16:25:20 | 24 | realized means that that investment has been completely sold |
| 16:25:25 | 25 | and partially realized means that there has been some return |

Dolenec, Karen - 6/18/2010

16:25:30   1   on the original investment but still a remaining stake in

16:25:34   2   that business.

16:25:42   3        Q.   The first one here -- I'm now at the next line

16:25:45   4   down.  It refers to Phoenix Inns.  Do you know what

16:25:50   5   Phoenix Inns was?

16:25:56   6             MR. SHERMAN:  What was the verb?  Phoenix Inns

16:25:56   7   "was" or "is"?

16:25:56   8   BY MR. BAUGHMAN:

16:25:56   9        Q.   Was or is.  What's Phoenix Inns?  Was that a

16:25:58  10   transaction done at Nomura?

16:26:02  11        A.   Phoenix Inns was an investment in a pub company.

16:26:07  12        Q.   That was made in 1995?

16:26:09  13        A.   I don't know.

16:26:12  14        Q.   Was it the purchase of a company?

16:26:24  15             MR. SHERMAN:  Was what the purchase of a company?

16:26:26  16   BY MR. BAUGHMAN:

16:26:26  17        Q.   Was the Phoenix Inns transaction the purchase of a

16:26:29  18   company?

16:26:33  19        A.   I'm not entirely sure what it was in terms of the

16:26:39  20   exact legal structure.  It was a portfolio of pubs, but it

16:26:42  21   may have been more than one company.

16:26:44  22        Q.   Do you know if those were acquired in an auction

16:26:47  23   situation?

16:26:49  24        A.   I do not know.

16:26:55  25        Q.   Was the structure of the Phoenix Inns transaction

Dolenec, Karen - 6/18/2010

Page 209

| 16:26:58 | 1 | in any way similar to the EMI transaction? |
| 16:27:08 | 2 | A.   I'm not familiar with how the Phoenix Inns |
| 16:27:10 | 3 | transaction was structured nor am I particularly familiar |
| 16:27:13 | 4 | with how the EMI transaction is structured so I'm not sure |
| 16:27:17 | 5 | specifically what you're asking. |
| 16:27:24 | 6 | Q.   The next one says Angel Trains.  Do you know what |
| 16:27:26 | 7 | Angel Trains is? |
| 16:27:30 | 8 | A.   Angel Trains was what's called a rosco here which |
| 16:27:34 | 9 | is a train leasing company. |
| 16:27:38 | 10 | Q.   And was that -- was the rosco trains transaction |
| 16:27:43 | 11 | the purchase of a business? |
| 16:27:44 | 12 | A.   Was it the purchase of a business? |
| 16:27:46 | 13 | Q.   Yeah or a company? |
| 16:27:50 | 14 | A.   Again, I'm not sure.  I know it involved purchasing |
| 16:27:52 | 15 | a portfolio of trains.  I don't know what the exact legal |
| 16:27:55 | 16 | structure was of that transaction. |
| 16:28:00 | 17 | Q.   Are you aware of any similarities between the |
| 16:28:02 | 18 | Angel Trains transaction and the EMI transaction? |
| 16:28:09 | 19 | A.   Well, they were both investments made by the same |
| 16:28:13 | 20 | investment team so they would have shared some underlying |
| 16:28:16 | 21 | characteristics but I wasn't intimately involved -- or |
| 16:28:19 | 22 | I wasn't involved at all in Angel Trains and I, hopefully |
| 16:28:23 | 23 | you've discovered, wasn't particularly involved in the EMI |
| 16:28:27 | 24 | transaction either. |
| 16:28:34 | 25 | Q.   AT&T -- pardon me.  I think the next one says |

Dolenec, Karen - 6/18/2010

```
16:28:38   1   AT&TC.  Do you know what that was?
16:28:41   2        A.   I believe that stands for AT&T Capital.
16:28:50   3        Q.   That was the purchase of a company or purchase of a
16:28:52   4   business?
16:28:53   5             MR. SHERMAN:  Objection.
16:28:54   6        A.   I don't know.
16:28:55   7   BY MR. BAUGHMAN:
16:28:55   8        Q.   Do you know if that was purchased in an auction
16:28:57   9   situation?
16:28:57  10        A.   No, I do not.
16:28:58  11        Q.   Do you know how many bidders there were for that
16:29:00  12   company?
16:29:01  13        A.   I don't know how we came to acquire that
16:29:03  14   investment.
16:29:08  15        Q.   William Hill, that's a bookmaker?
16:29:11  16        A.   Yes, it is.
16:29:15  17        Q.   And do you know if that was acquired in an auction
16:29:17  18   situation?
16:29:17  19        A.   I do not know that.
16:29:21  20        Q.   Based on your experience what are the similarities
16:29:27  21   between whether or not a bookmaker makes money and whether
16:29:31  22   or not a record company makes money?
16:29:37  23             MR. SHERMAN:  Objection.
16:29:46  24        A.   That's quite a broad question.  I don't know
16:29:48  25   specifically what you're asking.
```

Page 211

| 16:29:50 | 1 | BY MR. BAUGHMAN: |

16:29:50   1   BY MR. BAUGHMAN:

16:29:51   2       Q.  Based on your experience in the private equity

16:29:54   3   industry, do you believe it's reasonable to use the returns

16:30:00   4   on a private equity investment in a bookmaker as a predictor

16:30:05   5   of private equity returns in a record company?

16:30:11   6           MR. SHERMAN:  Objection.

16:30:14   7       A.  Well you're talking about investments that were

16:30:16   8   made by the same investment team.  In the private equity

16:30:21   9   market potential investors in a private equity fund do look

16:30:27  10   at the previous track record of that particular group of

16:30:30  11   investors.

16:30:36  12   BY MR. BAUGHMAN:

16:30:36  13       Q.  Ever heard the phrase "past results are no

16:30:43  14   predictor of future performance"?

16:30:45  15       A.  I have heard of that, yes.

16:30:47  16       Q.  And that's something that Terra Firma tells

16:30:50  17   potential investors, isn't it?

16:30:52  18           MR. SHERMAN:  Objection.

16:30:53  19       A.  I can imagine that we do have that as a disclaimer.

16:30:56  20   BY MR. BAUGHMAN:

16:30:56  21       Q.  And you agree that that's true, right?

16:31:03  22       A.  Well, I agree that that's true because nothing is

16:31:06  23   really a guarantee of future performance.

16:31:19  24       Q.  Hyder Plc.  Do you know what Hyder was?

16:31:23  25       A.  No.

Dolenec, Karen - 6/18/2010

Page 212

16:31:25   1        Q.   Do you know anything about the structure of the

16:31:27   2   Hyder transaction?

16:31:28   3        A.   I do not.

16:31:31   4        Q.   Inn Partnership, do you know what that transaction

16:31:32   5   was?

16:31:34   6        A.   That was a pub company.

16:31:35   7        Q.   Do you know anything about the structure of that

16:31:37   8   transaction?

16:31:38   9        A.   Not that I can immediately recall.

16:31:42  10        Q.   Voyager, do you know what that transaction was?

16:31:49  11        A.   That was a pub company as well.

16:31:50  12        Q.   Do you know anything about the structure of that

16:31:51  13   transaction?

16:31:53  14        A.   I probably know a little bit about it.  It depends

16:31:55  15   on what you need to know about that structure.

16:32:00  16        Q.   Can you identify for me any similarities between

16:32:03  17   the voyager transaction and the EMI transaction, other than

16:32:07  18   the people involved?

16:32:11  19             MR. SHERMAN:   Objection.

16:32:20  20        A.   I'm a bit confused by your line of questioning.

16:32:23  21   Are you trying to understand what the strategic rationale is

16:32:27  22   for the various investments that have been made by the

16:32:30  23   Terra Firma Investments professionals historically and why

16:32:34  24   those specific investments have been made as part of a

16:32:36  25   generalist private equity fund?

Dolenec, Karen - 6/18/2010

| Page 213 | | |
|---|---|---|
| 16:32:48 | 1 | BY MR. BAUGHMAN: |
| 16:32:49 | 2 | Q. No. I believe that you testified earlier that you |
| 16:32:51 | 3 | suspected that what this document showed was the returns |
| 16:32:54 | 4 | achieved on certain investments, right? |
| 16:32:57 | 5 | MR. SHERMAN: Objection: mischaracterizes. |
| 16:33:01 | 6 | A. I think what it looks like it shows are cash |
| 16:33:04 | 7 | inflows and cash outflows, or I think that's what it is. It |
| 16:33:09 | 8 | appears to me. I don't know. There aren't really any |
| 16:33:12 | 9 | labels. |
| 16:33:28 | 10 | BY MR. BAUGHMAN: |
| 16:33:28 | 11 | Q. My question is -- here's what I'm trying to get at. |
| 16:33:32 | 12 | Is there any relationship between the cash inflows and |
| 16:33:35 | 13 | outflows shown in the column under Phoenix Inns and the cash |
| 16:33:41 | 14 | inflows and outflows shown under the column for |
| 16:33:44 | 15 | Angel Trains? |
| 16:33:47 | 16 | MR. SHERMAN: Objection. |
| 16:33:48 | 17 | A. What do you mean by a relationship? |
| 16:33:50 | 18 | BY MR. BAUGHMAN: |
| 16:33:50 | 19 | Q. Does one have anything to do with the other? |
| 16:33:54 | 20 | A. Well, for those two transactions they were -- I'm |
| 16:33:59 | 21 | assuming that they were funded by the same investor. Is |
| 16:34:05 | 22 | that a relationship? |
| 16:34:42 | 23 | Q. On the right is Thorn. Do you know what the Thorn |
| 16:34:44 | 24 | transaction was? |
| 16:34:48 | 25 | A. Not particularly. |

Dolenec, Karen - 6/18/2010

Page 214

| | | |
|---|---|---|
| 16:34:50 | 1 | Q.  If you go to the third page of the exhibit, the |
| 16:34:55 | 2 | next column is something called Unique.  Do you know what |
| 16:35:00 | 3 | the Unique transaction was? |
| 16:35:02 | 4 | A.  That was a portfolio of pubs. |
| 16:35:07 | 5 | Q.  Thresher, do you know what the Thresher transaction |
| 16:35:11 | 6 | was? |
| 16:35:11 | 7 | A.  That was a portfolio of off-license shops. |
| 16:35:33 | 8 | Q.  Was the Thresher transaction a profitable |
| 16:35:36 | 9 | transaction for Terra Firma? |
| 16:35:42 | 10 | A.  I can't specifically remember because I think it |
| 16:35:45 | 11 | was sold as part of a portfolio, but my general impression |
| 16:35:50 | 12 | overall is that it was not a particularly successful one. |
| 16:36:01 | 13 | Q.  Do you know what some of the factors are that made |
| 16:36:04 | 14 | the Thresher transaction not successful? |
| 16:36:10 | 15 | MR. SHERMAN:  Objection. |
| 16:36:11 | 16 | A.  At a very high level, not having been specifically |
| 16:36:15 | 17 | involved in the business, I believe that one of the |
| 16:36:17 | 18 | contributing factors was the increased competition from the |
| 16:36:21 | 19 | supermarkets. |
| 16:36:25 | 20 | BY MR. BAUGHMAN: |
| 16:36:25 | 21 | Q.  That would be a factor that would not apply to |
| 16:36:28 | 22 | anything having to do with EMI, right? |
| 16:36:34 | 23 | A.  Well, I don't know.  Supermarkets sell music. |
| 16:36:38 | 24 | Q.  Is it your understanding that EMI is facing |
| 16:36:40 | 25 | competition from supermarkets? |

Dolenec, Karen - 6/18/2010

Page 215

| 16:36:42 | 1 | A. No, I'm just saying I don't know -- |

16:36:42   1       A.   No, I'm just saying I don't know --

16:36:44   2            MR. SHERMAN:   Objection.

16:36:45   3       A.   I don't know that much about the EMI business plan,

16:36:47   4   but I'm not sure I could sit here today and say that

16:36:49   5   supermarkets have nothing at all to do with EMI's business.

16:36:55   6   BY MR. BAUGHMAN:

16:36:55   7       Q.   The next one here is Meridien.   What was the

16:36:59   8   Meridien transaction?

16:37:01   9       A.   Meridien was a portfolio of hotels.

16:37:03   10      Q.   Was that a profitable transaction for Terra Firma?

16:37:06   11      A.   Meridien was not a profitable transaction for

16:37:09   12   Terra Firma.

16:37:11   13      Q.   Do you have any understanding of any of the reasons

16:37:13   14   why Meridien was not a profitable transaction?

16:37:18   15      A.   Again, I was not intimately involved in the

16:37:22   16   Meridien transaction.   The Meridien transaction was made, as

16:37:28   17   you can see here, in early 2001 and as you probably know the

16:37:34   18   hotel industry went into a downturn, a severe downturn

16:37:39   19   following September 11.

16:37:45   20      Q.   Deutsche Annington, what was that transaction?

16:37:49   21      A.   Deutsche Annington was initially a portfolio of

16:37:53   22   residential houses in Germany.

16:37:55   23      Q.   Was that a profitable transaction for Terra Firma?

16:38:01   24      A.   We actually still manage a fund which has Deutsche

16:38:08   25   Annington in it.

Dolenec, Karen - 6/18/2010

Page 216

| 16:38:10 | 1 | Q. At the top here it says realized? |
|---|---|---|

16:38:10   1        Q.  At the top here it says realized?

16:38:14   2        A.  Yes.

16:38:15   3        Q.  So could you explain how it's listed as realized if

16:38:19   4   you still own it?

16:38:20   5        A.  I assume the reason that it says realized is

16:38:23   6   because the Deutsche Annington transaction was originally

16:38:26   7   made when we were part of Nomura and when Deutsche

16:38:34   8   Annington -- basically my understanding of that transaction

16:38:37   9   is that Nomura sold part of its stake in Deutsche Annington

16:38:45  10   into a fund which Terra Firma Capital Partners still

16:38:49  11   advises?

16:38:50  12        Q.  What is that fund, the buyer?

16:38:53  13             MR. SHERMAN:  Objection.

16:38:56  14        A.  I believe it's --

16:38:58  15             MR. SHERMAN:  Withdraw the objection.

16:38:59  16        A.  I believe it's called Terra Firma Deutsche

16:39:01  17   Annington.

16:39:02  18   BY MR. BAUGHMAN:

16:39:02  19        Q.  Was the Deutsche Annington transaction a profitable

16:39:06  20   transaction for Terra Firma Capital Partners 1?

16:39:10  21             MR. SHERMAN:  Objection.

16:39:13  22        A.  I don't know.

16:39:22  23   BY MR. BAUGHMAN:

16:39:23  24        Q.  The next one under column 13 is HBS.  Do you know

16:39:26  25   what the HBS transaction is?

Dolenec, Karen - 6/18/2010

Page 217

| | | |
|---|---|---|
| 16:39:30 | 1 | A. HBS stands for Hyder Business Services. I believe |
| 16:39:33 | 2 | it was some sort of government servicing business. |
| 16:39:42 | 3 | Q. Do you know whether that was a profitable |
| 16:39:45 | 4 | transaction for Terra Firma? |
| 16:39:47 | 5 | MR. SHERMAN: Objection. |
| 16:39:47 | 6 | A. I believe HBS was sold in the same portfolio with |
| 16:39:51 | 7 | Thresher so I don't know the answer to your question. |
| 16:39:55 | 8 | BY MR. BAUGHMAN: |
| 16:39:56 | 9 | Q. Are you aware of any -- do you have any |
| 16:39:58 | 10 | understanding of any particular factors that made the HBS |
| 16:40:01 | 11 | transaction a success or not a success? |
| 16:40:07 | 12 | A. Not particularly, no. |
| 16:40:09 | 13 | Q. Inntrepreneur. What was the Inntrepreneur |
| 16:40:13 | 14 | transaction? |
| 16:40:13 | 15 | A. Inntrepreneur was also a pub company. |
| 16:40:17 | 16 | Q. Was that a profitable transaction for Terra Firma? |
| 16:40:19 | 17 | A. I believe that it was. |
| 16:40:20 | 18 | Q. And do you have an understanding of any of the |
| 16:40:29 | 19 | factors that made that a profitable transaction? |
| 16:40:39 | 20 | A. Not specifically to that particular investment. |
| 16:40:42 | 21 | Q. You've been involved in several pub transactions, |
| 16:40:45 | 22 | right? |
| 16:40:45 | 23 | A. Yes. |
| 16:40:46 | 24 | Q. And the pub transactions have generally been |
| 16:40:49 | 25 | successful transactions for Terra Firma; correct? |

Dolenec, Karen - 6/18/2010

Page 218

| | | |
|---|---|---|
| 16:40:52 | 1 | A.    That's correct. |
| 16:40:53 | 2 | Q.    Based on that experience can you identify for me |
| 16:40:56 | 3 | any of the factors that you believe contributed to the |
| 16:40:58 | 4 | success of the pub transactions? |
| 16:41:02 | 5 | A.    To the success of the pub transactions overall, not |
| 16:41:05 | 6 | this specific one? |
| 16:41:07 | 7 | Q.    Yes. |
| 16:41:08 | 8 | MR. SHERMAN:   Objection. |
| 16:41:14 | 9 | A.    Some of the things that contributed to the success |
| 16:41:17 | 10 | of the pub transactions is buying the pubs at a time when |
| 16:41:25 | 11 | pubs were basically being run as distribution outlets of |
| 16:41:31 | 12 | breweries and weren't recognized as a business in their own |
| 16:41:35 | 13 | right.  And putting pub companies together, sharing best |
| 16:41:41 | 14 | practices across the pub companies, developing an industry |
| 16:41:45 | 15 | leading lease model for the tenants, being able to work with |
| 16:41:50 | 16 | the financing markets to get them to understand the |
| 16:41:53 | 17 | underlying dynamics of a tenanted pub business as |
| 16:41:58 | 18 | differentiated from a distribution arm of a brewery are some |
| 16:42:05 | 19 | of the factors that I believe contributed to the success of |
| 16:42:08 | 20 | those investments. |
| 16:42:11 | 21 | Q.    The next one is Annington Homes.  Do you know what |
| 16:42:13 | 22 | the Annington Homes transaction is? |
| 16:42:16 | 23 | A.    Annington Homes is a portfolio of residential |
| 16:42:20 | 24 | properties in the UK. |
| 16:42:24 | 25 | Q.    Do you know whether that portfolio was acquired in |

Dolenec, Karen - 6/18/2010

Page 219

| | | |
|---|---|---|
| 16:42:29 | 1 | an auction situation? |
| 16:42:33 | 2 | A.   That portfolio was acquired from the government. |
| 16:42:38 | 3 | Q.   Were there multiple bidders for the portfolio? |
| 16:42:45 | 4 | A.   I don't remember -- I wasn't here when that |
| 16:42:47 | 5 | transaction was done. |
| 16:42:50 | 6 | Q.   Do you know whether that was a profitable |
| 16:42:51 | 7 | transaction for Terra Firma Capital Partners 1? |
| 16:42:58 | 8 | MR. SHERMAN:   Objection. |
| 16:42:58 | 9 | A.   It's only partially realized, but it has been |
| 16:43:01 | 10 | profitable. |
| 16:43:01 | 11 | BY MR. BAUGHMAN: |
| 16:43:02 | 12 | Q.   What are some of the factors that made that a |
| 16:43:04 | 13 | profitable transaction? |
| 16:43:07 | 14 | A.   Some of the factors so far that have made that a |
| 16:43:10 | 15 | profitable transaction is recognizing -- well is building -- |
| 16:43:21 | 16 | working with the management team to build a well-run |
| 16:43:29 | 17 | business that can manage a vast portfolio of properties as |
| 16:43:35 | 18 | efficiently as possible.   There are also market factors in |
| 16:43:39 | 19 | that house price inflation ended up being higher than |
| 16:43:43 | 20 | expected. |
| 16:43:49 | 21 | Q.   By that you mean as house prices rose that made the |
| 16:43:52 | 22 | asset that Terra Firma had acquired more valuable? |
| 16:43:56 | 23 | A.   Yes, because it was a portfolio of houses. |
| 16:44:08 | 24 | Q.   And that was something that was not anticipated at |
| 16:44:11 | 25 | the time of the acquisition; is that correct? |

Dolenec, Karen - 6/18/2010

Page 220

| | | |
|---|---|---|
| 16:44:14 | 1 | A. I think the house prices have increased faster than |
| 16:44:18 | 2 | expectation. |
| 16:44:18 | 3 | Q. So sometimes you would agree the return on |
| 16:44:21 | 4 | investment depends in part on luck? |
| 16:44:25 | 5 | MR. SHERMAN:  Objection. |
| 16:44:27 | 6 | A. Yes, of course. |
| 16:44:32 | 7 | BY MR. BAUGHMAN: |
| 16:44:32 | 8 | Q. The next one here is Infinis.  What was the Infinis |
| 16:44:36 | 9 | transaction? |
| 16:44:37 | 10 | A. Infinis is actually a business that was created out |
| 16:44:39 | 11 | of the acquisition of the waste recycling group.  The waste |
| 16:44:44 | 12 | recycling group was a portfolio of landfill sites and |
| 16:44:47 | 13 | Infinis is the landfill gas business that was created out of |
| 16:44:51 | 14 | the waste recycling group. |
| 16:44:55 | 15 | Q. So it was created by Terra Firma after acquiring |
| 16:44:59 | 16 | some other assets.  Do I understand correctly? |
| 16:45:02 | 17 | A. That's correct, Infinis was a company that was |
| 16:45:04 | 18 | created by Terra Firma. |
| 16:45:07 | 19 | Q. And has the Infinis transaction been a successful |
| 16:45:10 | 20 | one? |
| 16:45:10 | 21 | MR. SHERMAN:  Objection. |
| 16:45:15 | 22 | A. We still own Infinis, but it is likely to be a |
| 16:45:18 | 23 | successful one given that it was a company that was created. |
| 16:45:44 | 24 | BY MR. BAUGHMAN: |
| 16:45:44 | 25 | Q. The next one is -- you've got to go two pages. |

Dolenec, Karen - 6/18/2010

Page 221

| | | |
|---|---|---|
| 16:45:49 | 1 | It's Odeon/UCI.  What's that transaction? |
| 16:45:55 | 2 | A.  That's two cinema chains. |
| 16:45:58 | 3 | Q.  Were they purchased together or separately? |
| 16:46:01 | 4 | A.  They were two separate transactions that were |
| 16:46:03 | 5 | done -- that were agreed to be done on the same day. |
| 16:46:11 | 6 | Q.  Was the acquisition of Odeon an auction situation? |
| 16:46:22 | 7 | A.  I'm not entirely sure, but I believe so. |
| 16:46:24 | 8 | Q.  How many companies submitted bids for Odeon? |
| 16:46:28 | 9 | A.  I have no idea. |
| 16:46:29 | 10 | Q.  Who were the competitors? |
| 16:46:30 | 11 | A.  I have no idea. |
| 16:46:32 | 12 | Q.  UCI, was that an auction situation? |
| 16:46:39 | 13 | A.  I don't know. |
| 16:46:40 | 14 | Q.  Have Odeon and UCI been combined into a single |
| 16:46:47 | 15 | company? |
| 16:46:48 | 16 | A.  They have subsequently been combined, yes. |
| 16:46:50 | 17 | Q.  And that was done by Terra Firma? |
| 16:46:53 | 18 | A.  Yes. |
| 16:46:54 | 19 | Q.  Has the Odeon/UCI transaction been a successful |
| 16:46:57 | 20 | transaction? |
| 16:46:57 | 21 | A.  Well we still own that transaction.  We still own |
| 16:47:00 | 22 | that business. |
| 16:47:03 | 23 | Q.  And what is your understanding of the expectation |
| 16:47:05 | 24 | as to whether that will be successful or not? |
| 16:47:08 | 25 | A.  My expectation is that we will make a return on |

Dolenec, Karen - 6/18/2010

| | | |
|---|---|---|
| 16:47:10 | 1 | that investment, yes. |
| 16:47:11 | 2 | Q. And what is your understanding of some of the |
| 16:47:13 | 3 | factors that will lead Terra Firma to make a return on that |
| 16:47:17 | 4 | investment? |
| 16:47:19 | 5 | MR. SHERMAN: Objection. |
| 16:47:22 | 6 | A. Some of the factors involved in what will |
| 16:47:26 | 7 | ultimately make that a successful transaction or not will be |
| 16:47:30 | 8 | what the market conditions and pricing for those sorts of |
| 16:47:33 | 9 | assets are at the time that we sell that company compared to |
| 16:47:37 | 10 | what they were at the time that we acquired those |
| 16:47:39 | 11 | businesses. |
| 16:47:45 | 12 | BY MR. BAUGHMAN: |
| 16:47:45 | 13 | Q. That's in the cinema market? |
| 16:47:47 | 14 | A. In the market for a cinema or other assets that a |
| 16:47:49 | 15 | potential buyer would consider to be similar to cinemas. |
| 16:47:55 | 16 | Q. Would you consider a music business to be similar |
| 16:47:58 | 17 | to cinemas? |
| 16:48:05 | 18 | MR. SHERMAN: Objection. |
| 16:48:05 | 19 | A. You've asked a number of times about whether these |
| 16:48:08 | 20 | various businesses are similar to each other or similar to |
| 16:48:15 | 21 | the music business and I would say as a response to that |
| 16:48:17 | 22 | that they are in different -- many of them are in different |
| 16:48:18 | 23 | industries, but there are some underlying characteristics |
| 16:48:20 | 24 | which is why Terra Firma has invested in these particular |
| 16:48:23 | 25 | businesses as opposed to other businesses. |

Dolenec, Karen - 6/18/2010

Page 223

| 16:48:26 | 1 | Q. What are those underlying characteristics? |

16:48:26  1    Q.  What are those underlying characteristics?

16:48:29  2    A.  Well, some of the trades that we typically look for

16:48:33  3  in an investment are businesses that have strong asset

16:48:37  4  backing but also quite substantial opportunities for

16:48:41  5  improvements in the underlying businesses.

16:48:52  6    Q.  BGCL, what was that transaction?

16:48:56  7      MR. SHERMAN:  Objection.

16:49:07  8    A.  It doesn't actually have any numbers against it.

16:49:09  9    Q.  That was my next question.

16:49:16  10    A.  I'm not exactly sure, but my understanding is that

16:49:22  11  BGCL and ESH, which is East Surrey Holdings, were together a

16:49:28  12  group of utilities that were acquired which the only

16:49:31  13  business which we still own today from that transaction, if

16:49:34  14  my understanding is correct, is Phoenix natural gas.

16:49:40  15    Q.  Do you have an understanding of whether or not or

16:49:43  16  an expectation as to whether or not the Phoenix natural gas

16:49:46  17  transaction will be a successful transaction?

16:49:50  18    A.  My current expectation would be yes.

16:49:53  19    Q.  And are there any factors you can identify that you

16:49:57  20  believe will contribute to the success of the Phoenix

16:49:59  21  natural gas transaction?

16:50:00  22    A.  Again, part of it will depend on what the market is

16:50:05  23  for that asset at the time of disposal versus what it was at

16:50:09  24  the time of acquisition.  Specific to that business one of

16:50:14  25  the things that might impact the success of that business is

Dolenec, Karen - 6/18/2010

Page 224

| | | |
|---|---|---|
| 16:50:17 | 1 | the growth of the natural gas market in Northern Ireland. |
| 16:50:26 | 2 | Q. Have you ever heard of a woman named |
| 16:50:28 | 3 | Marianne DeMario? |
| 16:50:32 | 4 | A. Could you repeat that please? |
| 16:50:33 | 5 | Q. Marianne DeMario? |
| 16:50:36 | 6 | A. I can't recall that name right now. |
| 16:50:38 | 7 | Q. Don't recall ever meeting anyone named |
| 16:50:40 | 8 | Marianne DeMario? |
| 16:50:42 | 9 | A. I cannot recall that name right now. |
| 16:50:47 | 10 | MR. BAUGHMAN: Why don't we take a break. Give me |
| 16:50:49 | 11 | five minutes and then we may be done. |
| 16:50:53 | 12 | MR. SHERMAN: Can you give me the Bates number |
| 16:50:55 | 13 | again for the thing you just went through? |
| 16:50:59 | 14 | MR. BAUGHMAN: 635801. |
| 16:51:02 | 15 | THE VIDEOGRAPHER: Going off the record. The time |
| 16:51:03 | 16 | is 16:51. |
| 16:51:07 | 17 | (Break taken.) |
| 16:57:25 | 18 | THE VIDEOGRAPHER: Going back on the record. The |
| 16:57:27 | 19 | time is 16:57. |
| 16:57:31 | 20 | MR. BAUGHMAN: Ms. Dolenec, I don't have any |
| 16:57:32 | 21 | further questions for you. Thank you very much for your |
| 16:57:34 | 22 | patience and your time. |
| 16:57:37 | 23 | MR. SHERMAN: Thank you. |
| 16:57:39 | 24 | THE VIDEOGRAPHER: Going off the record. The time |
| 16:57:41 | 25 | is 16:57. End of tape 4, Volume I. This is the end of the |

Dolenec, Karen - 6/18/2010

Page 225

16:57:47   1   videotaped deposition of Karen Dolenec.

16:57:52   2                  (Whereupon, the deposition concluded at

16:58:04   3   16:58 p.m.)

           4

           5

           6

           7

           8

           9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25