Hands, Guy - 7/15/2010

Page 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------x
IN THE MATTER OF TERRA FIRMA INVESTMENTS
(GP) LIMITED (for and on behalf of
The six limited partnerships
Constituting the Terra Firma
Capital Partners II Fund), and
TERRA FIRMA INVESTMENTS (GP) 3
LIMITED (for and on behalf of
Terra Firma Capital Partners
III, L.P.),

         Plaintiffs,
 vs.         Index No.
           60373/2009

CITIGROUP INC., CITIBANK
N.A., CITIGROUP GLOBAL MARKETS
LIMITED and CITIGROUP GLOBAL
MARKETS, INC.,
         Defendants.
------------------------------------------x

         July 15, 2010
         9:07 a.m.


  Videotaped Deposition of GUY HANDS, taken by Defendants, pursuant to Notice, at the offices of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York, before TAMMEY M. PASTOR, a Registered Professional Reporter, Certified LiveNote Reporter and Notary Public within and for the State of New York.

Hands, Guy - 7/15/2010

Page 25

| | | |
|---|---|---|
| | 1 | GUY HANDS |
| 09:32:51 | 2 | recall in connection with due diligence with |
| 09:32:53 | 3 | regard to EMI? |
| 09:32:54 | 4 | MR. SHERMAN: Objection to the form |
| 09:32:56 | 5 | of the question. It's vague. |
| 09:33:01 | 6 | A. I would have spoken to my team -- |
| 09:33:05 | 7 | my team, I would have spoken to the team on |
| 09:33:07 | 8 | EMI. Beside that as I sit here today, those |
| 09:33:12 | 9 | are the things I can remember. |
| 09:33:13 | 10 | Q. Did you take any notes in the |
| 09:33:14 | 11 | course of the due diligence work that you did |
| 09:33:16 | 12 | in connection with EMI? |
| 09:33:18 | 13 | MR. SHERMAN: Of any kind, any |
| 09:33:19 | 14 | notes? |
| 09:33:21 | 15 | MR. BAUGHMAN: Mr. Sherman, if you |
| 09:33:23 | 16 | have an objection to form, you can note |
| 09:33:25 | 17 | it. Please no speaking objections. |
| 09:33:28 | 18 | MR. SHERMAN: Objection to the |
| 09:33:28 | 19 | form. I don't know what you mean. |
| 09:33:30 | 20 | A. I can't remember taking any |
| 09:33:32 | 21 | notes, no. |
| 09:33:39 | 22 | Q. Were you confused by the word |
| 09:33:41 | 23 | notes? Were you able to answer the question? |
| 09:33:42 | 24 | A. Yes. |
| 09:33:43 | 25 | MR. SHERMAN: That wasn't the basis |

Hands, Guy - 7/15/2010

Page 26

| | | |
|---|---|---|
| | 1 | GUY HANDS |
| 09:33:44 | 2 | of my objection. |
| 09:33:50 | 3 | Q. When did you, Guy Hands, first |
| 09:33:53 | 4 | consider buying EMI? |
| 09:33:58 | 5 | A. The original time as I can |
| 09:34:03 | 6 | remember we first considered EMI in sort of the |
| 09:34:06 | 7 | vaguest of possibilities was 1995, I think. |
| 09:34:10 | 8 | MR. SHERMAN: Note my objection to |
| 09:34:11 | 9 | form. |
| 09:34:14 | 10 | Q. At that time Terra Firma didn't |
| 09:34:16 | 11 | exist; right? |
| 09:34:16 | 12 | A. No. |
| 09:34:17 | 13 | Q. Okay. That was when you were at |
| 09:34:19 | 14 | Nomura? |
| 09:34:20 | 15 | A. It was the predecessor to Terra |
| 09:34:22 | 16 | Firma. |
| 09:34:22 | 17 | Q. When is the first time that a |
| 09:34:24 | 18 | Terra Firma entity did substantive work in |
| 09:34:27 | 19 | connection with a possible transaction |
| 09:34:29 | 20 | involving EMI, to your recollection? |
| 09:34:32 | 21 | MR. SHERMAN: Objection, you can |
| 09:34:33 | 22 | answer. |
| 09:34:33 | 23 | A. I can't remember. |
| 09:34:35 | 24 | Q. Well, do you recall that in |
| 09:34:38 | 25 | December 2006 Terra Firma considered making a |

Hands, Guy - 7/15/2010

Page 27

|  |  |  |
|---|---|---|
|  | 1 | GUY HANDS |
| 09:34:43 | 2 | possible bid for EMI? |
| 09:34:44 | 3 | A.   Yes, I remember that. |
| 09:34:46 | 4 | Q.   And was that the first time that |
| 09:34:49 | 5 | Terra Firma had been working in connection with |
| 09:34:52 | 6 | a possible transaction involving EMI? |
| 09:34:53 | 7 | MR. SHERMAN:   Objection. |
| 09:35:02 | 8 | A.   I can't remember. |
| 09:35:03 | 9 | Q.   Can you remember anything that |
| 09:35:04 | 10 | Terra Firma did in connection with EMI prior to |
| 09:35:07 | 11 | November 2006, anything at all? |
| 09:35:12 | 12 | A.   I have a vague -- I can't give |
| 09:35:18 | 13 | you any specifics.  But I am pretty sure we |
| 09:35:20 | 14 | looked at it before that. |
| 09:35:24 | 15 | Q.   In November 2006 did Terra Firma |
| 09:35:26 | 16 | hire any advisors to assist it in connection |
| 09:35:30 | 17 | with the possible bid for EMI? |
| 09:35:33 | 18 | A.   I can't remember. |
| 09:35:34 | 19 | Q.   Do you recall at some point Terra |
| 09:35:37 | 20 | Firma retained the firm of Dresdner Kleinwort? |
| 09:35:43 | 21 | MR. SHERMAN:   Objection. |
| 09:35:49 | 22 | A.   I remember them in connection |
| 09:35:50 | 23 | with EMI. |
| 09:35:52 | 24 | Q.   Who were the people at Dresdner |
| 09:35:55 | 25 | that you interacted with if any? |

Hands, Guy - 7/15/2010

Page 28

```
                              GUY HANDS
                1
 09:35:59       2                    MR. SHERMAN:  Objection.
 09:35:59       3            A.   I can't remember interacting with
 09:36:01       4    anyone at Dresdner.
 09:36:03       5            Q.   Do you recall a man named Bruce
 09:36:06       6    MacInnes?
 09:36:07       7            A.   I have heard his name.
 09:36:09       8            Q.   Have you ever met him?
 09:36:13       9            A.   I don't know.
 09:36:13      10            Q.   Can you ever recall speaking to
 09:36:15      11    Mr. MacInnes?
 09:36:17      12            A.   I don't know.
 09:36:21      13            Q.   In November 2006 to your
 09:36:26      14    knowledge or memory why did Terra Firma decide
 09:36:28      15    to approach EMI?
 09:36:30      16                    MR. SHERMAN:  Objection,
 09:36:31      17            foundation.
 09:36:36      18            A.   As I sit here today my memory is
 09:36:38      19    I got a call from David Wormsley.
 09:36:41      20            Q.   Prior to Mr. Wormsley calling you
 09:36:43      21    there had been no work done by Terra Firma; is
 09:36:45      22    that your testimony?
 09:36:45      23                    MR. SHERMAN:  Objection,
 09:36:46      24            mischaracterizes his testimony.
 09:36:47      25            A.   No.  That's not my testimony.
```

Hands, Guy - 7/15/2010

Page 158

|  |  |  |
|---|---|---|
|  | 1 | GUY HANDS |
| 13:00:16 | 2 | Punja's presentation? |
| 13:00:17 | 3 | A.    I have no memory at all. |
| 13:00:20 | 4 | Q.    Do you have any basis to say what |
| 13:00:21 | 5 | is written in paragraph 6.2 is false? |
| 13:00:24 | 6 | MR. SHERMAN:   Objection. |
| 13:00:26 | 7 | A.    No. |
| 13:00:26 | 8 | Q.    Do you have any reason to dispute |
| 13:00:28 | 9 | Mr. Punja reported in detail? |
| 13:00:32 | 10 | A.    No. |
| 13:00:33 | 11 | Q.    Do you have any memory of any |
| 13:00:34 | 12 | discussion concerning a price of 2.65 pounds at |
| 13:00:39 | 13 | the GP meeting on May 18? |
| 13:00:41 | 14 | A.    Aside what's on this bit of |
| 13:00:44 | 15 | paper, no. |
| 13:00:44 | 16 | Q.    I asked you specifically about |
| 13:00:49 | 17 | the meeting for GP 3.  If I ask you about the |
| 13:00:53 | 18 | meeting for GP 2 would you be able to tell me |
| 13:00:56 | 19 | anything about that meeting? |
| 13:00:57 | 20 | MR. SHERMAN:   Objection. |
| 13:00:59 | 21 | A.    I have no independent memory as I |
| 13:01:02 | 22 | sit here today of GP 2 either. |
| 13:01:07 | 23 | Q.    We noted at the beginning it said |
| 13:01:09 | 24 | that the, at least according to this document, |
| 13:01:12 | 25 | the meeting began at 8:30 a.m. Do you have any |

Page 159

```
                         1              GUY HANDS
13:01:15    2    idea how long it lasted?
13:01:18    3        A.   No.
13:01:18    4        Q.   Let me ask you now to turn to the
13:01:26    5    Complaint which is Exhibit 1 to your deposition
13:01:35    6    I would like to ask you do turn to paragraph
13:01:37    7    128.  Read paragraph 128 to yourself and tell
13:01:51    8    men when you're done.
13:02:05    9        A.   I'm done.
13:02:06   10        Q.   First sentence reads "During one
13:02:09   11    such conversation on the evening of May 18,
13:02:11   12    2007, Mr. Wormsley hold Mr. Hands that EMI was
13:02:15   13    accelerating the bidding deadline and that
13:02:18   14    another bidder supported EMI's decision to do
13:02:21   15    so."
13:02:22   16             Is that testimony -- is that
13:02:23   17    sentence true?
13:02:24   18        A.   It's true that Mr. Wormsley told
13:02:28   19    me that EMI was accelerating the bidding
13:02:32   20    deadline and that another bidder supported
13:02:34   21    EMI's decision to do so.
13:02:36   22             As I sit here today I think the
13:02:44   23    conversation was earlier in the day.
13:02:46   24        Q.   Okay.  Did you believe that
13:02:49   25    conversation took place before the IAC meeting
```

Hands, Guy - 7/15/2010

Page 160

|  |  |  |
|---|---|---|
|  | 1 | GUY HANDS |
| 13:02:51 | 2 | at eight o'clock in the morning? |
| 13:02:55 | 3 | A.    I don't believe it took place |
| 13:02:56 | 4 | before eight o'clock, no. |
| 13:02:57 | 5 | Q.    Do you believe it took place |
| 13:02:59 | 6 | before the GP meeting at 8:30 in the morning? |
| 13:03:02 | 7 | A.    I don't know exactly when it took |
| 13:03:04 | 8 | place. |
| 13:03:05 | 9 | Q.    Do you have any basis to testify |
| 13:03:07 | 10 | that the conversation with Mr. Wormsley |
| 13:03:09 | 11 | occurred prior to the GP meeting? |
| 13:03:13 | 12 | A.    I don't remember when it |
| 13:03:17 | 13 | occurred.  I believe it occurred earlier in the |
| 13:03:19 | 14 | day than the evening. |
| 13:03:20 | 15 | Q.    But after the GP meeting; right? |
| 13:03:22 | 16 | MR. SHERMAN:   Objection. |
| 13:03:24 | 17 | A.    Not necessarily. |
| 13:03:25 | 18 | Q.    I need to press you, do you have |
| 13:03:26 | 19 | any basis to testify that the conversation with |
| 13:03:29 | 20 | Mr. Wormsley occurred before the GP meeting? |
| 13:03:34 | 21 | A.    I know it occurred earlier than |
| 13:03:36 | 22 | the evening, but I cannot think of exactly when |
| 13:03:40 | 23 | it occurred during the day. |
| 13:03:41 | 24 | Q.    Where were you when this |
| 13:03:43 | 25 | conversation took place? |

Hands, Guy - 7/15/2010

Page 161

|  |  |  |  |
|---|---|---|---|
|  | 1 |  | GUY HANDS |
| 13:03:43 | 2 | A. | I believe it was in Guernsey. |
| 13:03:48 | 3 | Q. | Were you in an office? |
| 13:03:54 | 4 | A. | I don't believe I was in an |
| 13:03:55 | 5 | office, no. | |
| 13:03:56 | 6 | Q. | Where were you? |
| 13:03:56 | 7 | A. | My memory as I sit here today it |
| 13:04:06 | 8 | occurred in the garden area in that building. | |
| 13:04:12 | 9 | Q. | Of the building in Saint Peter's |
| 13:04:15 | 10 | Port, the Old Government House? | |
| 13:04:16 | 11 | A. | Yes. |
| 13:04:17 | 12 | Q. | Were you on your mobile? |
| 13:04:19 | 13 | A. | I think so. |
| 13:04:26 | 14 | Q. | If you are in the garden it is |
| 13:04:28 | 15 | unlikely you were on a land line; right? | |
| 13:04:31 | 16 |  | MR. SHERMAN: Objection. |
| 13:04:32 | 17 | A. | I would agree it is unlikely, |
| 13:04:34 | 18 | quite frankly. Yeah. | |
| 13:04:35 | 19 | Q. | How long did this conversation |
| 13:04:37 | 20 | last? | |
| 13:04:37 | 21 | A. | I can't remember. |
| 13:04:42 | 22 | Q. | Was it a long conversation or a |
| 13:04:45 | 23 | short conversation? | |
| 13:04:46 | 24 |  | MR. SHERMAN: Objection. |
| 13:04:48 | 25 | A. | I would say it is a medium |