Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

-                                      :

IN THE MATTER OF TERRA          :

FIRMA INVESTMENTS (GP)          :

LIMITED (for and on behalf      :       Index No.

of the six limited             :       09-CV-10459

partnerships constituting       :

the Terra Firma Capital         :

Partners II Fund), and          :

TERRA FIRM INVESTMENTS (GP)     X

3 LIMITED (for and on

behalf of Terra Firma

Capital Partners III, LP)

                Plaintiffs,

        vs.

CITIGROUP INC., CITIBANK

N.A., CITIGROUP GLOBAL

MARKETS LIMITED and

CITIGROUP GLOBAL MARKETS

INC.,

                Defendants.

- - - - - - - - - - - - - -

Hollander, Charles - 7/26/2010

|  |  |  |  |
|---|---|---|---|
|  | 1 |  | CHARLES HOLLANDER |
| 08:04:52 | 2 | A. | No. |
| 08:04:52 | 3 | Q. | Have you ever previously done |
| 08:04:56 | 4 | any work for any of the Terra Firma entities? |
| 08:05:02 | 5 | A. | No, I don't think I have. |
| 08:05:04 | 6 | Q. | Have you ever done any work for |
| 08:05:09 | 7 | Guy Hands? |
| 08:05:10 | 8 | A. | No. |
| 08:05:11 | 9 | Q. | How much are you being paid? |
| 08:05:13 | 10 | A. | I am told 700 pounds an hour. |
| 08:05:19 | 11 | Q. | Okay. Now, referring to |
| 08:05:30 | 12 | Exhibit 1, your report, did you write it |
| 08:05:33 | 13 | yourself? |
| 08:05:34 | 14 | A. | Yes. |
| 08:05:34 | 15 | Q. | Did anyone help you write any |
| 08:05:39 | 16 | part of it? |
| 08:05:40 | 17 | A. | I don't have anyone to help me |
| 08:05:42 | 18 | write it. |
| 08:05:45 | 19 | Q. | Okay. Fair enough. |
| 08:05:46 | 20 |  | Did you review your report in |
| 08:05:48 | 21 | preparation for your deposition? |
| 08:05:50 | 22 | A. | Yes. |
| 08:05:53 | 23 | Q. | So have you reviewed it in, |
| 08:05:55 | 24 | say, the last 48 hours? |
| 08:05:56 | 25 | A. | Yes, I have. |

Page 13

|  |  |  |
|---|---|---|
| | 1 | CHARLES HOLLANDER |
| 08:05:57 | 2 | Q.    Having done so, are you aware |
| 08:06:01 | 3 | of anything in your report that you believe is |
| 08:06:04 | 4 | inaccurate? |
| 08:06:05 | 5 | A.    No, I am not. |
| 08:06:06 | 6 | Q.    Is there anything in your |
| 08:06:08 | 7 | report that you would like to retract? |
| 08:06:11 | 8 | A.    No. |
| 08:06:12 | 9 | Q.    Is there anything that you |
| 08:06:13 | 10 | would like to change or clarify in any way? |
| 08:06:16 | 11 | A.    No. |
| 08:06:16 | 12 | Q.    Now, you were asked to assume |
| 08:06:23 | 13 | that the allegations set out in the complaint |
| 08:06:26 | 14 | are well-founded.  Is that correct? |
| 08:06:29 | 15 | A.    That is correct. |
| 08:06:30 | 16 | Q.    And did you do that? |
| 08:06:32 | 17 | A.    I did. |
| 08:06:32 | 18 | Q.    Did you do anything to verify |
| 08:06:38 | 19 | any of the allegations in the complaint? |
| 08:06:43 | 20 | A.    No. |
| 08:06:43 | 21 | Q.    Did the allegations in the |
| 08:06:44 | 22 | complaint strike you as plausible? |
| 08:06:47 | 23 | A.    I -- |
| 08:06:47 | 24 | MR. GRAVANTE:  Objection to the |
| 08:06:48 | 25 | form. |

Hollander, Charles - 7/26/2010

|  |  |  |
|---|---|---|
|  | 1 | CHARLES HOLLANDER |
| 08:06:50 | 2 | A.    That seemed to me something |
| 08:06:52 | 3 | entirely outside of what I was being asked to |
| 08:06:54 | 4 | do. |
| 08:06:59 | 5 | Q.    I take it you reviewed the |
| 08:07:04 | 6 | complaint in connection with your work, right? |
| 08:07:04 | 7 | A.    Yes. |
| 08:07:05 | 8 | Q.    Did you review anything else? |
| 08:07:10 | 9 | A.    I reviewed the -- the defense |
| 08:07:15 | 10 | document I think I saw. |
| 08:07:18 | 11 | Q.    In the U.S. we call that an |
| 08:07:22 | 12 | Answer? |
| 08:07:22 | 13 | A.    Yes.  I think I saw that.  But |
| 08:07:24 | 14 | I only looked at it fairly cursorily because |
| 08:07:28 | 15 | of the assumptions I was asked to make. |
| 08:07:33 | 16 | I think I was also shown a few |
| 08:07:37 | 17 | -- several authorities on Section 397 and the |
| 08:07:45 | 18 | City Code. |
| 08:07:47 | 19 | Q.    Who showed you those |
| 08:07:49 | 20 | authorities? |
| 08:07:50 | 21 | A.    Clyde & Co. |
| 08:07:53 | 22 | Q.    Do you remember what those |
| 08:08:01 | 23 | authorities were? |
| 08:08:02 | 24 | A.    No.  But I remember thinking |
| 08:08:04 | 25 | that none of them were relevant. |

Page 15

|          |    |                                                |
|----------|----|------------------------------------------------|
|          | 1  | CHARLES HOLLANDER                              |
| 08:08:07 | 2  | Q.    Did you do any independent               |
| 08:08:12 | 3  | research in connection with preparing your     |
| 08:08:14 | 4  | report?                                        |
| 08:08:15 | 5  | A.    Yes.  I --                               |
| 08:08:23 | 6  | Q.    I apologize.  Please finish              |
| 08:08:25 | 7  | your answer.  Tell me what you did.            |
| 08:08:26 | 8  | A.    Well, I had to review the               |
| 08:08:33 | 9  | series, the Financial -- FSMA, the Financial   |
| 08:08:40 | 10 | Services and Market Act has a number of        |
| 08:08:42 | 11 | statutory instruments which have been enacted  |
| 08:08:50 | 12 | subsequent to it, and it was necessary to look |
| 08:08:51 | 13 | at a number of those.  And I think I refer to  |
| 08:08:54 | 14 | a number of those in my report.                |
| 08:08:59 | 15 | I think I looked at some                       |
| 08:09:02 | 16 | textbooks on securities law and financial      |
| 08:09:07 | 17 | services.  I think I looked for case law which |
| 08:09:15 | 18 | might assist in any of these questions.  And I |
| 08:09:21 | 19 | think that was -- that was what I looked at.   |
| 08:09:24 | 20 | Q.    Do you recall any of the                |
| 08:09:26 | 21 | textbooks that you reviewed?                   |
| 08:09:28 | 22 | A.    There's a book on securities            |
| 08:09:30 | 23 | law, the author of which I'm afraid I can't     |
| 08:09:33 | 24 | remember.  I looked at that.  Theres's also a  |
| 08:09:39 | 25 | book on financial services law written, I      |

Hollander, Charles - 7/26/2010

|   |   |   |
|---|---|---|
|          | 1  | CHARLES HOLLANDER |
| 08:09:42 | 2  | think, by somebody called Blair. |
| 08:09:46 | 3  | Q.   Okay.  And you said you looked |
| 08:09:49 | 4  | to see if there was any case law.  Did you |
| 08:09:53 | 5  | find any cases that you thought were relevant? |
| 08:09:55 | 6  | A.   No. |
| 08:09:57 | 7  | Q.   Do you recall reviewing any |
| 08:10:01 | 8  | other legal authorities in preparation of your |
| 08:10:03 | 9  | report? |
| 08:10:05 | 10 | A.   I think I looked -- no.  I |
| 08:10:19 | 11 | can't recall any other authorities that I |
| 08:10:22 | 12 | reviewed. |
| 08:10:24 | 13 | Q.   Did you discuss your opinion |
| 08:10:31 | 14 | with any of your colleagues at Brick Court |
| 08:10:35 | 15 | Chambers? |
| 08:10:37 | 16 | A.   I think I may have done |
| 08:10:42 | 17 | subsequent to it. |
| 08:10:45 | 18 | Q.   Who do you think you discussed |
| 08:10:47 | 19 | it with? |
| 08:10:49 | 20 | A.   I think I talked to somebody |
| 08:10:56 | 21 | called Mr. Adam. |
| 08:11:01 | 22 | Q.   What do you recall of your |
| 08:11:02 | 23 | discussion with Mr. Adam? |
| 08:11:03 | 24 | A.   He told me I was right. |
| 08:11:09 | 25 | Q.   I take it you had given him a |

Hollander, Charles - 7/26/2010

Page 17

|         |    |                                                |
|---------|----|------------------------------------------------|
|         | 1  | CHARLES HOLLANDER                              |
| 08:11:13 | 2  | copy of the document to read?                 |
| 08:11:14 | 3  | A.    No, I hadn't.                            |
| 08:11:15 | 4  | Q.    Okay.  Just an oral                      |
| 08:11:18 | 5  | conversation?                                 |
| 08:11:19 | 6  | A.    Just an oral conversation.              |
| 08:11:20 | 7  | Q.    I guess I should have asked you         |
| 08:11:28 | 8  | this earlier.  Attached as Appendix 1 to your |
| 08:11:31 | 9  | report is your -- a printout of your full CV  |
| 08:11:37 | 10 | from Brick Court Chambers; is that right?     |
| 08:11:39 | 11 | A.    Yes.                                     |
| 08:11:39 | 12 | Q.    And does that appendix fairly           |
| 08:11:43 | 13 | and accurately summarize your experience and  |
| 08:11:46 | 14 | qualifications?                               |
| 08:11:47 | 15 | A.    Yes, it does.  I think if you           |
| 08:11:49 | 16 | look at the Brick Court website now, there is |
| 08:11:52 | 17 | a very slightly updated version of this.  But |
| 08:11:56 | 18 | I don't think you'll find it is different in  |
| 08:12:00 | 19 | any material way.                             |
| 08:12:03 | 20 | Q.    Okay.  Since you wrote your             |
| 08:12:08 | 21 | report, have you been given any additional    |
| 08:12:11 | 22 | information about the allegations in the      |
| 08:12:14 | 23 | complaint?                                    |
| 08:12:15 | 24 | A.    I think I have been given some          |
| 08:12:21 | 25 | additional information, but I saw the veracity |

Hollander, Charles - 7/26/2010

Page 18

                    1                    CHARLES HOLLANDER

08:12:31    2    of the allegations is outside what I was asked

08:12:34    3    to do.

08:12:38    4              Q.    Well, what is the additional

08:12:40    5    information you think you were given?

08:12:42    6              A.    Well, I was given some -- some

08:12:45    7    information, in fairly broad terms, by

08:12:47    8    counsel.

08:12:51    9              Q.    Can you tell me you what it

08:12:52   10    was?

08:12:53   11              A.    I think counsel told me that it

08:12:58   12    was alleged that there were, I think, three

08:13:00   13    different misrepresentations by Mr. Wormsley

08:13:05   14    on three different dates.  And I think counsel

08:13:10   15    told me, in very broad terms, what Terra Firma

08:13:14   16    were alleging, which perhaps went slightly

08:13:20   17    further than the pleadings.  But I'm not sure

08:13:22   18    I can remember precisely what I was told.

08:13:26   19              Q.    Well, have you reviewed any

08:13:28   20    documents that were produced by the parties in

08:13:30   21    the case?

08:13:32   22              A.    When you say "documents," do

08:13:34   23    you include reports, or are you talking about

08:13:40   24    contemporaneous documents?

08:13:41   25              Q.    Yeah, I meant the sort of

Hollander, Charles - 7/26/2010

Page 19

```
             1              CHARLES HOLLANDER
08:13:44     2    evidentiary documents that are produced in the
08:13:48     3    course of American discovery.
08:13:50     4              A.    Sorry.
08:13:51     5              Q.    Do you understand what I mean?
08:13:52     6              A.    No.  We're talking about what I
08:13:53     7    call contemporaneous documents.  You're not
08:13:55     8    talking about witness statements or anything
08:13:57     9    like that, are you?
08:13:57    10              Q.    Correct.
08:13:59    11              A.    No, I haven't seen any such
08:14:02    12    documents.
08:14:03    13              Q.    Okay.  And have you reviewed
08:14:04    14    any transcripts of any testimony?
08:14:07    15              A.    No.
08:14:07    16              Q.    Okay.  You referred to witness
08:14:10    17    statements or reports.  Have you reviewed
08:14:12    18    other witness statements?
08:14:14    19              A.    No.
08:14:15    20              Q.    Have you reviewed any other
08:14:17    21    expert reports?
08:14:19    22              A.    Yes, I have.
08:14:21    23              Q.    Which ones?
08:14:22    24              A.    I think I saw two reports by
08:14:24    25    Mr. Coppin.
```

Hollander, Charles - 7/26/2010

|          |    |                                                |
|----------|----|------------------------------------------------|
|          | 1  | CHARLES HOLLANDER                              |
| 08:14:29 | 2  | Q.    Any others?                              |
| 08:14:29 | 3  | A.    No.                                      |
| 08:14:31 | 4  | Q.    Did you have a view on what you          |
| 08:14:42 | 5  | read in Mr. Coppin's reports?                  |
| 08:14:46 | 6  | A.    Well, a lot of what he was               |
| 08:14:47 | 7  | dealing with was -- was not concerned -- was   |
| 08:14:49 | 8  | not -- did not relate to the matters in my     |
| 08:14:51 | 9  | report.  I think there is one paragraph in his |
| 08:14:57 | 10 | reply or supplemental report which deals with  |
| 08:15:00 | 11 | a -- which deals with my report.  Sorry.  I'm  |
| 08:15:10 | 12 | not sure that answered the question.  But that |
| 08:15:12 | 13 | was the only passage I was concerned with.     |
| 08:15:14 | 14 | Q.    Okay.  And did you agree or              |
| 08:15:17 | 15 | disagree with what Mr. Coppin wrote?           |
| 08:15:19 | 16 | A.    I disagreed with it.                     |
| 08:15:20 | 17 | Q.    Okay.  Referring now to                  |
| 08:15:31 | 18 | Exhibit 1, does your report contain all of     |
| 08:15:36 | 19 | your opinions and conclusions regarding this   |
| 08:15:39 | 20 | case?                                          |
| 08:15:39 | 21 | A.    Yes.                                     |
| 08:15:40 | 22 | Q.    So let me ask the question in            |
| 08:15:56 | 23 | the opposite way now for the clarity.  Do you  |
| 08:15:58 | 24 | have any opinions or conclusions that are      |
| 08:16:01 | 25 | relevant to this case that are not contained   |

Hollander, Charles - 7/26/2010

```
Page 21
              1                 CHARLES HOLLANDER
08:16:03   2    in your report, Exhibit 1?
08:16:05   3              A.    No.
08:16:06   4              Q.    Okay.  Broadly speaking, your
08:16:15   5    report concerns two subjects, Section 397 of
08:16:21   6    FSMA, and then the City Code.  So I would like
08:16:24   7    to start with Section 397 of FSMA, if that's
08:16:28   8    okay.
08:16:28   9              A.    That's fine.
08:16:32  10              Q.    Just broadly speaking, what is
08:16:33  11    the FSMA?
08:16:34  12              A.    The Financial Services and
08:16:38  13    Markets Act.
08:16:38  14              Q.    That was a statute passed in
08:16:41  15    the year 2000; is that correct?
08:16:43  16              A.    That's correct.
08:16:43  17              Q.    Okay.  And what is your
08:16:44  18    understanding of the purpose of the FSMA?
08:16:48  19              A.    It is a wide-ranging statute to
08:16:54  20    regulate the financial services market and at
08:16:59  21    least to an extent, it replaces the previous
08:17:01  22    regime, which was under the Financial Services
08:17:05  23    Act 1986.
08:17:09  24              Q.    What is your understanding of
08:17:10  25    the purpose of Section 397?
```

Hollander, Charles - 7/26/2010

|          |    |                                              |
|----------|----|----------------------------------------------|
|          | 1  | CHARLES HOLLANDER                            |
| 08:17:12 | 2  | A.   It provides criminal liability          |
| 08:17:15 | 3  | for misleading, false and deceptive          |
| 08:17:19 | 4  | statements.                                  |
| 08:17:19 | 5  | Q.   Would you agree that, broadly           |
| 08:17:22 | 6  | speaking, Section 397 of the FSMA replaces   |
| 08:17:28 | 7  | Section 47 of the predecessor statute        |
| 08:17:35 | 8  | Financial Services Act of 1986?              |
| 08:17:37 | 9  | A.   I haven't reviewed that point.          |
| 08:17:39 | 10 | Q.   Okay.  How many cases have you          |
| 08:17:45 | 11 | personally handled where Section 397 was     |
| 08:17:48 | 12 | implicated?                                  |
| 08:17:49 | 13 | A.   None.                                   |
| 08:17:49 | 14 | Q.   I'm sorry, I didn't hear your           |
| 08:17:57 | 15 | answer, sir.                                 |
| 08:17:58 | 16 | A.   I said "None."  None.                   |
| 08:17:59 | 17 | Q.   None.                                   |
| 08:18:00 | 18 | A.   So are you having problems              |
| 08:18:02 | 19 | hearing me?                                  |
| 08:18:03 | 20 | Q.   Just occasionally when you              |
| 08:18:04 | 21 | speak down.  Generally it's going fine.      |
| 08:18:06 | 22 | A.   All right.                              |
| 08:18:07 | 23 | Q.   How many times have you                 |
| 08:18:09 | 24 | previously given written advice relating to  |
| 08:18:11 | 25 | Section 397?                                 |

Hollander, Charles - 7/26/2010

Page 23

         1                    CHARLES HOLLANDER
08:18:12  2           A.    I don't believe I have given
08:18:13  3    written advice on Section 397 before.
08:18:21  4           Q.    Okay.  Now, I think you have
08:18:33  5    said, in a prior answer --
08:18:38  6                 MR. BAUGHMAN:  Well, withdrawn.
08:18:40  7           Q.    Section 397 is a criminal
08:18:43  8    statute, correct?
08:18:44  9           A.    Yes, it is.
08:18:44  10          Q.    Which means that in order for a
08:18:55  11   violation of Section 397 to be proven, it
08:19:00  12   would have to be proven beyond a reasonable
08:19:02  13   doubt, correct?
08:19:03  14          A.    That's correct.
08:19:03  15          Q.    And every element of the
08:19:06  16   offense would have to be proven beyond a
08:19:08  17   reasonable doubt, correct?
08:19:09  18          A.    As far as I'm aware, that's
08:19:11  19   correct.
08:19:11  20          Q.    Okay.  To your knowledge, does
08:19:15  21   a private party have any right, under English
08:19:19  22   law, to bring a proceeding to obtain a
08:19:25  23   recovery upon proof of a violation of
08:19:28  24   Section 397?
08:19:30  25          A.    I haven't reviewed this

Page 24

```
            1              CHARLES HOLLANDER
08:19:32    2    specifically.  I think the answer is no, but
08:19:35    3    of course a private party would have claims in
08:19:38    4    fraud, which would largely overlap.
08:19:41    5              Q.    Okay.  But are you aware of any
08:19:45    6    authority that would support the proposition
08:19:48    7    that a private party can bring an action under
08:19:52    8    Section 397 of the FSMA?
08:19:56    9              A.    Your -- your question is asking
08:20:00   10    on the -- simply limited to the statute as
08:20:03   11    opposed to the facts, which would give rise to
08:20:05   12    the statute.  As far as I am aware --
08:20:07   13              Q.    That's correct.
08:20:08   14              A.    -- I haven't reviewed it
08:20:09   15    specifically, but I don't -- I don't think
08:20:11   16    that in itself would give rise to a private
08:20:14   17    cause of action.  But of course the facts --
08:20:16   18    the facts alleged almost certainly would.
08:20:19   19              Q.    Okay.  Well, we'll talk about
08:20:22   20    that maybe in a minute.
08:20:28   21              Now, sticking with Section 397
08:20:31   22    for a moment.
08:20:38   23              MR. BAUGHMAN:  Brian, why don't
08:20:42   24    we mark the statute as Exhibit 2 and hand a
08:20:44   25    copy to Mr. Hollander, please, or
```

Hollander, Charles - 7/26/2010

Page 25

```
              1                  CHARLES HOLLANDER
08:20:46      2   Mr. Hollander, you can look at paragraph 6 of
08:20:49      3   your report; whichever is easier.
08:20:51      4                  THE WITNESS:  Thank you.
              5                  MR. BAUGHMAN:  We'll give you
              6   the whole statute.  Let me know when you have
08:21:12      7   it.
08:21:12      8                        ---
              9                  (Hollander Exhibit 2 was marked
             10   for identification.)
             11                        ---
             12                  THE WITNESS:  I have it.
08:21:16     13   BY MR. BAUGHMAN:
08:21:16     14        Q.   Okay.  Let me direct your
08:21:17     15   attention to paragraph 6 of your report.
08:21:22     16        A.   Yes.
08:21:23     17        Q.   In that paragraph of your
08:21:25     18   report, you cite, or you quote three
08:21:32     19   subsections of Section 397, or parts of them:
08:21:35     20   Section -- subsection 1, 2 and 3, right?
08:21:39     21        A.   Yes.
08:21:39     22        Q.   Okay.  You would agree that
08:21:41     23   subsection 1 sets out the requisite mental
08:21:46     24   states, right?
08:21:52     25        A.   That's part of what it does.
```

Hollander, Charles - 7/26/2010

Page 73

```
            1                CHARLES HOLLANDER
09:25:37    2   transaction.
09:25:41    3          Q.    And if I could direct your
09:25:42    4   attention to paragraph 144 of the Complaint on
09:25:48    5   page 36 it says, quote, "In the absence of any
09:25:52    6   competing bid, EMI's Board of Directors
09:25:55    7   accepted the offer on May 21, 2007."  End
            8   quote.
09:25:59    9                My question, Mr. Hollander:  Is
09:26:02   10   that a principal transaction or an agency
09:26:05   11   transaction?
09:26:05   12          A.    That's a --
09:26:05   13                MR. GRAVANTE:  Objection to the
09:26:06   14   form.
09:26:06   15                THE WITNESS:  Sorry.
09:26:06   16          A.    That is a principal principal
09:26:10   17   transaction.
09:26:13   18          Q.    Okay.  Having reviewed the
09:26:15   19   Complaint in connection with your -- the
09:26:18   20   preparation of your report, can you point me
09:26:19   21   to any allegations in the Complaint that you
09:26:24   22   would say describe an agency transaction?
09:26:33   23          A.    The Complaint assumes that --
09:26:39   24   or pleads that this would be a principal
09:26:41   25   transaction, but I think the statutory
```

Page 74

|          |    |                                               |
|----------|----|-----------------------------------------------|
|          | 1  | CHARLES HOLLANDER                             |
| 09:26:49 | 2  | instrument paragraph relating to agency is    |
| 09:26:53 | 3  | still material because, as we have previously |
| 09:26:58 | 4  | discussed, what is relevant is the intention  |
| 09:27:03 | 5  | rather than the consequence, and it would not |
| 09:27:07 | 6  | be a defense to Mr. Wormsley of criminal      |
| 09:27:11 | 7  | liability to say, "I thought the transaction  |
| 09:27:18 | 8  | might have been as agent rather than          |
| 09:27:19 | 9  | principal."                                   |
| 09:27:22 | 10 | Q.    Have you finished your answer?          |
| 09:27:23 | 11 | A.    I have finished my answer.              |
| 09:27:25 | 12 | Q.    Are you aware of any                    |
| 09:27:29 | 13 | allegations in the Complaint that you believe |
| 09:27:33 | 14 | support the conclusion that Mr. Wormsley      |
| 09:27:37 | 15 | thought what was being contemplated was an    |
| 09:27:41 | 16 | agency transaction?                           |
| 09:27:43 | 17 | MR. GRAVANTE:  Objection to the               |
| 09:27:44 | 18 | form.                                         |
| 09:27:45 | 19 | A.    I don't -- I don't think there          |
| 09:27:53 | 20 | is an allegation which pleads that he thought |
| 09:27:56 | 21 | it was an agency transaction.                 |
| 09:27:59 | 22 | Q.    So now let's discuss principal          |
| 09:28:01 | 23 | transactions.  Could I ask you to turn to     |
| 09:28:08 | 24 | Article 14 of the Regulated Activities Order, |
| 09:28:21 | 25 | which I believe is Exhibit 6.                 |

Hollander, Charles - 7/26/2010

Page 75

| | 1 | CHARLES HOLLANDER |
|---|---|---|

09:28:40  2          A.    Yes.

09:28:41  3          Q.    I believe it's on page 30 of

09:28:42  4    Exhibit 6.  Are you there, sir?

09:28:43  5          A.    Yes.

09:28:44  6          Q.    And that relates to dealing in

09:28:46  7    investments as principal, correct?

09:28:49  8          A.    Yes.

09:28:49  9          Q.    Now, would you agree that that

09:28:55  10   Article 14 dealing with investments as

09:28:57  11   principal more closely fits the facts as

09:28:59  12   alleged in the Complaint than Article 21 about

09:29:02  13   an agency transaction?

09:29:04  14         A.    I agree it more closely fits

09:29:06  15   the facts in the Complaint.  But as I have

09:29:10  16   said before, I think the agency provision is

09:29:13  17   relevant because it takes away a possible

09:29:17  18   defense that Mr. Wormsley might have.

09:29:24  19         Q.    Is your opinion that Article 14

09:29:26  20   applies to the analysis of the transaction in

09:29:29  21   this case?

09:29:29  22         A.    Yes.

09:29:30  23         Q.    In making that opinion, did you

09:29:33  24   consider Article 70 of the Regulated

09:29:39  25   Activities Order?

Page 76

|  | 1 | CHARLES HOLLANDER |
| 09:29:44 | 2 | A.    I need to look at Article 70. |
| 09:30:01 | 3 | Q.    It's on page 110. |
| 09:30:02 | 4 | A.    Thank you. |
| 09:30:20 | 5 | --- |
|  | 6 | (Witness reviewing document.) |
| 09:30:33 | 7 | --- |

09:30:33   8         Q.    Take as much time as you want

09:30:34   9    to look at it, sir, but just so that the

09:30:36  10    record is clear, my question is:  Did you

09:30:38  11    consider Article 70 in formulating your

09:30:42  12    opinions in this case?

09:30:44  13         A.    I can't recall specifically.

09:30:53  14         Q.    Okay.  Well, let's look at

09:30:55  15    Article 70.  Subsection (1) says: "A person

09:30:58  16    does not carry on an activity, of the kind

09:31:01  17    specified by Article 14, by entering as

09:31:05  18    principal into a transaction if, A, the

09:31:12  19    transaction is one to acquire or dispose of

09:31:14  20    the shares in a body corporate, other than an

09:31:17  21    open-ended investment company, or is entered

09:31:21  22    into for the purposes of such an acquisition

09:31:24  23    or disposal ..." stopping there.  You would

09:31:28  24    agree that this is a transaction to acquire or

09:31:30  25    dispose of shares in a body corporate, right?

Page 77

|          |    |                                                |
|----------|----|------------------------------------------------|
|          | 1  | CHARLES HOLLANDER                              |
| 09:31:33 | 2  | A.    Yes.                                      |
| 09:31:33 | 3  | Q.    EMI was a body corporate,                |
| 09:31:35 | 4  | right?                                          |
| 09:31:36 | 5  | A.    Yes.                                      |
| 09:31:36 | 6  | Q.    Okay.  "And --" continuing on,           |
| 09:31:42 | 7  | "either the condition set out in paragraph (2) |
| 09:31:48 | 8  | are met," right?  Do you see that?             |
| 09:31:50 | 9  | A.    I see that.                              |
| 09:31:51 | 10 | Q.    And if we go to paragraph (2),           |
| 09:31:54 | 11 | it says, "The conditions mentioned in          |
| 09:31:56 | 12 | paragraph (1)(b) are that, A, the shares       |
| 09:32:01 | 13 | consist of or include 50 percent or more of    |
| 09:32:04 | 14 | the voting shares of the body corporate."      |
| 09:32:08 | 15 | That covers the transaction in                 |
| 09:32:10 | 16 | this case, doesn't it, sir?                    |
| 09:32:14 | 17 | A.    Yes.                                      |
| 09:32:16 | 18 | Q.    This was a transaction for --            |
| 09:32:19 | 19 | MR. BAUGHMAN:  Withdrawn.                       |
| 09:32:20 | 20 | Q.    The transaction being                    |
| 09:32:22 | 21 | contemplated in this case was an acquisition   |
| 09:32:25 | 22 | of all of the shares of the body corporate     |
| 09:32:29 | 23 | EMI, right?                                     |
| 09:32:30 | 24 | A.    Yes.                                      |
| 09:32:30 | 25 | Q.    So isn't it a fact, sir, that            |

Hollander, Charles - 7/26/2010

```
Page 78
            1              CHARLES HOLLANDER
09:32:34    2    under Article 70, Article 14 does not apply?
09:32:44    3                MR. GRAVANTE:   Objection to the
09:32:45    4    form.
09:33:01    5                       ---
            6              (Witness reviewing document.)
09:33:02    7                       ---
09:33:02    8         A.   I think I'd need to look at
09:33:03    9    this in some detail.
09:33:06   10         Q.   Okay.  Take your time.
09:33:08   11         A.   Mm-hmm.
09:33:09   12         Q.   My question is:  Given the
09:33:11   13    language of Article 70, how could it be that
09:33:14   14    Article 14 could apply?
09:33:41   15                       ---
           16              (Witness reviewing document.)
09:34:22   17                       ---
09:34:22   18         A.   I need to look at it in a bit
09:34:24   19    of -- I need to look at it in detail.  If it's
09:34:27   20    right that Article 14 doesn't -- doesn't
09:34:28   21    apply, then there must be a different article
09:34:31   22    of the Regulated Activities Order that does
09:34:35   23    apply.
09:34:35   24         Q.   Okay.
           25         A.   It's plain that --
```

|  |  |  |
|---|---|---|
| | 1 | CHARLES HOLLANDER |
| 09:34:36 | 2 | Q. Can you cite to me any such |
| 09:34:37 | 3 | provision as you sit here today? |
| 09:34:38 | 4 | A. Well, I need to look at it. I |
| 09:34:40 | 5 | thought Article 14 applied, but it's obvious |
| 09:34:43 | 6 | that the Regulated Activities Order was |
| 09:34:45 | 7 | intended to cover this and does cover this, |
| 09:34:48 | 8 | and it's simply a question of identifying what |
| 09:34:49 | 9 | the provision is. |
| 09:34:50 | 10 | Q. Okay. Look at subsection (4) |
| 09:34:52 | 11 | of Article 70. |
| 09:34:55 | 12 | A. Yes. |
| 09:34:55 | 13 | Q. That says, "A person does not |
| 09:34:58 | 14 | carry on an activity of the kind specified by |
| 09:35:01 | 15 | Article 21 by entering as agent into a |
| 09:35:04 | 16 | transaction of the kind described in paragraph |
| 09:35:05 | 17 | (1)." |
| 09:35:06 | 18 | A. Yes. |
| 09:35:06 | 19 | Q. Do you see that, sir? |
| 09:35:07 | 20 | A. Yes, I see that. |
| 09:35:08 | 21 | Q. Did you consider that in |
| 09:35:10 | 22 | formulating your opinion that Article 21 |
| 09:35:13 | 23 | applied? |
| 09:35:16 | 24 | A. It's the same point, isn't it? |
| 09:35:19 | 25 | It looks like the same point, in which case it |

Page 80

|           |    |                                               |
|-----------|----|-----------------------------------------------|
|           | 1  | CHARLES HOLLANDER                             |
| 09:35:21  | 2  | must be a different provision.                |
| 09:35:22  | 3  | Q.   So you would need to study the           |
| 09:35:24  | 4  | point further; that's your testimony today?   |
| 09:35:26  | 5  | A.   Well, it's -- there's no doubt           |
| 09:35:27  | 6  | that Section 397 applies to this.  It's a     |
| 09:35:31  | 7  | question of identifying the relevant provision|
| 09:35:35  | 8  | of the Regulated Activities Order.  It is     |
| 09:35:38  | 9  | possible that I -- it may be that I've got the|
| 09:35:41  | 10 | wrong provision in paragraph 13 and that I    |
| 09:35:43  | 11 | should correct that by identifying the right  |
| 09:35:45  | 12 | provision, which I can't do here and now.  But|
| 09:35:48  | 13 | there can be no doubt that Section 397 applies |
| 09:35:52  | 14 | in these circumstances.                       |
| 09:35:57  | 15 | Q.   Okay.  Do you have any citation          |
| 09:36:01  | 16 | of authority for that proposition, sir?       |
| 09:36:04  | 17 | A.   Well, I don't think there's any          |
| 09:36:06  | 18 | real doubt that it applies.  It would be -- it |
| 09:36:10  | 19 | would defeat the purpose of Section 397 if it |
| 09:36:13  | 20 | doesn't apply.  But I can see that I may need  |
| 09:36:17  | 21 | to correct paragraph 13 of my report.         |
| 09:36:20  | 22 | Q.   Okay.  But other than your              |
| 09:36:22  | 23 | analysis of the text of the statute, can you  |
| 09:36:25  | 24 | cite for me any legal authority for the       |
| 09:36:28  | 25 | proposition that Mr. Wormsley's conduct would |

Hollander, Charles - 7/26/2010

Page 81

|          | 1  | CHARLES HOLLANDER |
|----------|----|-------------------|
| 09:36:31 | 2  | violate Section 397? |
| 09:36:35 | 3  | A.    Well -- |
| 09:36:36 | 4  | MR. GRAVANTE:  Objection to the |
| 09:36:36 | 5  | form. |
| 09:36:36 | 6  | A.    -- I don't really understand |
| 09:36:39 | 7  | the question.  Section 397 will be applicable |
| 09:36:43 | 8  | to this.  It's a question of identifying the |
| 09:36:46 | 9  | right provision of the Regulated Activities |
| 09:36:50 | 10 | Order.  It would run a coach and horses |
| 09:36:56 | 11 | through the statutory purpose if it didn't |
| 09:36:58 | 12 | apply. |
| 09:36:58 | 13 | Q.    I'm sorry, sir.  I couldn't |
| 09:37:00 | 14 | hear the last answer. |
| 09:37:01 | 15 | MR. BAUGHMAN:  Could the court |
| 09:37:02 | 16 | reporter read it back for me, please? |
| 09:37:08 | 17 | A.    I said -- what I said, if I can |
| 09:37:09 | 18 | help, is that it would drive a coach and |
| 09:37:11 | 19 | horses through the statutory framework if it |
| 09:37:14 | 20 | didn't apply.  It must apply. |
| 09:37:17 | 21 | Q.    Okay.  But, again, my question |
| 09:37:18 | 22 | is:  Can you cite for me any legal authority |
| 09:37:22 | 23 | for the proposition, other than your own |
| 09:37:25 | 24 | personal textual analysis of the statute? |
| 09:37:27 | 25 | A.    Well -- |

Merrill Corporation - New York

1-800-325-3376                                              www.merrillcorp.com/law

Hollander, Charles - 7/26/2010

Page 82

|          |    |                                              |
|----------|----|----------------------------------------------|
|          | 1  | CHARLES HOLLANDER                            |
| 09:37:28 | 2  | MR. GRAVANTE:  Objection to the              |
| 09:37:28 | 3  | form.                                        |
| 09:37:29 | 4  | A.    -- it's simply a question of           |
| 09:37:31 | 5  | correcting paragraph 13 of my report.        |
| 09:37:49 | 6  | Q.    Okay.  Well, let's -- okay.            |
| 09:37:49 | 7  | Now, I want to ask you about one thing in your |
| 09:37:54 | 8  | report.  There is -- take your report, section |
| 09:38:03 | 9  | -- in Exhibit 1, your report?                |
| 09:38:08 | 10 | A.    Yes.                                   |
| 09:38:08 | 11 | Q.    You note in your report, in           |
| 09:38:11 | 12 | footnote -- I'd like to direct your attention |
| 09:38:13 | 13 | to footnote 3 on page 4 of your report.  Tell |
| 09:38:18 | 14 | me when you're there.                        |
| 09:38:22 | 15 | A.    Yes, I'm there.                        |
| 09:38:22 | 16 | Q.    Okay.                                  |
| 09:38:24 | 17 | A.    Sorry.  Footnote -- footnote 4?        |
| 09:38:26 | 18 | Q.    I apologize, sir.  Footnote 3          |
| 09:38:28 | 19 | on page 4.                                   |
| 09:38:29 | 20 | A.    Yes, I'm with you.                     |
| 09:38:30 | 21 | Q.    Okay.  You're referring there         |
| 09:38:36 | 22 | to some of the statutory defenses that are set |
| 09:38:40 | 23 | out in Section 397 (5), right?              |
| 09:38:43 | 24 | A.    397 (3).                               |
| 09:38:46 | 25 | Q.    Well, 397 (3) is the offense,          |

Hollander, Charles - 7/26/2010

Page 83

                          1                    CHARLES HOLLANDER
09:38:49    2    and the defenses are in 397 (5), right?
09:38:52    3              A.    Yes.
09:38:52    4              Q.    Okay.  And you give the opinion
09:38:59    5    that that defense -- well, you're referring --
09:39:02    6    you say, "The defense is a person who may
09:39:05    7    reasonably believe that his act or conduct
09:39:07    8    would not create an impression that was false
09:39:09    9    or misleading as to the matters such in this
09:39:12   10    section."  But then you give the opinion,
09:39:14   11    "This could not be relevant on the facts
09:39:16   12    alleged by Terra Firma."  That's your opinion?
09:39:19   13              A.    That's on the basis of the
09:39:21   14    facts alleged by Terra Firma.
09:39:23   15              Q.    Okay.  Why is that defense not
09:39:25   16    relevant?
09:39:35   17              A.    Well, for example, paragraph
09:39:37   18    137 of the Complaint, "Citi's representations
09:39:40   19    to Terra Firma were knowingly false and were
09:39:42   20    deliberately and maliciously designed to
09:39:44   21    fabricate a false competitive landscape that
09:39:48   22    would elicit a bid from Terra Firma."
09:40:02   23              Q.    Okay.  So it's your opinion
09:40:03   24    that if the facts in 137 are true, then the
09:40:11   25    defense would fail, right?

Hollander, Charles - 7/26/2010

Page 87

| | 1 | CHARLES HOLLANDER |
|---|---|---|
| 09:44:45 | 2 | --- |
| | 3 | (Hollander Exhibit 8 was marked |
| | 4 | for identification.) |
| 09:44:46 | 5 | --- |
| 09:44:46 | 6 | BY MR. BAUGHMAN: |
| 09:44:46 | 7 | Q.    Do you have it, sir? |
| 09:44:50 | 8 | A.    I have it. |
| 09:44:50 | 9 | Q.    Okay.  I'm going to direct your |
| 09:44:51 | 10 | attention to the page 2A 496, which is |
| 09:45:01 | 11 | commentary about Section 5 -- or subsection |
| 09:45:04 | 12 | (5) of Section 397. |
| 09:45:08 | 13 | A.    So we're looking at 397 (5)? |
| 09:45:12 | 14 | Q.    And I'm on page 2A 496.  Let me |
| 09:45:15 | 15 | know when you're there, okay? |
| 09:45:19 | 16 | A.    2A 496.  Yes. |
| 09:45:21 | 17 | Q.    Okay.  I'm going to direct your |
| 09:45:23 | 18 | attention to the passage I want to ask you |
| 09:45:25 | 19 | about, but before you answer, please feel free |
| 09:45:28 | 20 | to read whatever else you want, okay? |
| 09:45:30 | 21 | A.    Yes. |
| 09:45:30 | 22 | Q.    But first what I want to ask |
| 09:45:31 | 23 | you about is in the bottom paragraph, about |
| 09:45:35 | 24 | six lines from the bottom -- excuse me -- six |
| 09:45:38 | 25 | lines from the top, it says, "The first |

Page 88

                    1              CHARLES HOLLANDER
09:45:44    2    defense, (subsection (5)(a), is that the
09:45:46    3    defendant 'reasonably believed' that the
09:45:48    4    impression he was creating was not 'false or
09:45:51    5    misleading'.  The test is part subjective (the
09:45:56    6    defendant must actually have believed the
09:45:56    7    impression was not false) and part objective
09:45:59    8    (he must have reasonably so believed.)"
09:46:02    9              And my question for you,
09:46:03   10    Mr. Hollander, is:  Do you disagree with that?
09:46:07   11              A.    Let me think about that for a
09:46:09   12    moment.  (Pause.)  Yes, I do agree with that.
09:46:32   13              Q.    Okay.  All right.
09:46:34   14              Let me now ask you about the
09:46:37   15    City Code, which is the other section of your
09:46:39   16    report.  We're going to leave Section 397.
09:46:47   17              It's your opinion that
09:46:49   18    Mr. Wormsley's conduct violated general
09:46:56   19    principle 4 of the City Code; is that right?
09:46:59   20              A.    That's right.
09:47:00   21              Q.    Does the City Code provide a
09:47:02   22    private right of action?
09:47:04   23              A.    No.  But it will often be the
09:47:07   24    case that if there is a breach of the City
09:47:11   25    Code, the facts will give rise to private

Hollander, Charles - 7/26/2010

Page 89

```
        1              CHARLES HOLLANDER
09:47:13  2   rights of action.
09:47:15  3         Q.    Okay.  But could Terra Firma
09:47:19  4   bring a claim in court to seek damages for a
09:47:22  5   violation of general principle 4 of the City
          6   Code?
09:47:27  7         A.    No.   They --
09:47:27  8               MR. GRAVANTE:   Objection to the
09:47:28  9   form.
09:47:28 10         A.    They would not plead it as a
09:47:31 11   breach of the code.  They would plead the
09:47:33 12   facts, and the facts may well and indeed would
09:47:39 13   probably give rise to a cause of action.
09:47:43 14         Q.    What body enforces the City
09:47:47 15   Code?
09:47:47 16         A.    Well, it has -- it has
09:47:54 17   statutory course, as -- as I set out in
09:47:59 18   paragraph 16.
09:48:07 19         Q.    Okay.  It says the -- in
09:48:09 20   paragraph 16 of your report it says, "The
09:48:12 21   regulatory body which oversees mergers and
09:48:15 22   takeovers in the United Kingdom is the Panel
09:48:19 23   on Takeovers and Mergers," right?
09:48:20 24         A.    Yes.
09:48:20 25         Q.    How many times have you
```

Hollander, Charles - 7/26/2010

Page 90

```
           1              CHARLES HOLLANDER
09:48:21   2   appeared before the Panel?
09:48:22   3        A.    I haven't appeared in front of
09:48:23   4   the Panel in my practice.
09:48:27   5        Q.    It is also the case that --
09:48:41   6              MR. BAUGHMAN:  Well, withdrawn.
09:48:42   7        Q.    How many times in your career
09:48:43   8   have you given written advice regarding
09:48:48   9   general principle 4 of the City Code before
09:48:52  10   this?
09:48:52  11        A.    I don't believe I have.  I've
09:48:53  12   had to look at it.  You may have seen, from my
09:48:57  13   curriculum vitae, that I write a book on
09:48:58  14   conflicts of interest, and I have looked at it
09:49:03  15   particularly in the context of conflicts of
09:49:05  16   interest, which involves looking at the
09:49:07  17   various principles.  I don't believe I have
09:49:11  18   ever given advice on principle 4.
09:49:15  19        Q.    What are the disciplinary
09:49:22  20   measures available to the Takeover Panel?
09:49:26  21        A.    They -- if you look -- I think
09:49:34  22   you need to look at the Section 946, I think
09:49:44  23   it is, of The Companies Act, 2006, to which I
09:49:46  24   referred in paragraph 16.  The Panel is
09:49:50  25   empowered to give rulings.  It is empowered to
```

Page 91

1                    CHARLES HOLLANDER

09:49:55  2    give directions to restrain actions in breach

09:49:57  3    of the rules, and to compel compliance with

09:50:00  4    the rules.

09:50:06  5                    MR. BAUGHMAN:  Could I ask the

09:50:07  6    court reporter to read the answer back?  It

09:50:08  7    was breaking up on the transmission, and I

09:50:12  8    just couldn't hear it.

09:50:35  9                    (The reporter read back as

         10    follows:

09:49:34 11                    "Answer:  I think you need to

09:49:35 12    look at the Section 946, I think it is, of The

09:49:45 13    Companies Act, 2006, to which I referred in

09:49:47 14    paragraph 16.  The Panel is empowered to give

09:49:52 15    rulings.  It is empowered to give directions

09:49:55 16    to restrain actions in breach of the rules,

09:49:58 17    and to compel compliance with the rules.")

09:50:39 18    BY MR. BAUGHMAN:

09:50:47 19            Q.   Who sits on the Panel?

09:50:49 20            A.   That's not something I have

09:50:54 21    looked at specifically for the purpose of

09:50:56 22    this.  There are a number of people appointed.

09:51:00 23            Q.   Are they lawyers?

09:51:01 24            A.   Not normally.  There may be

09:51:04 25    some lawyers.

Hollander, Charles - 7/26/2010

Page 92

|       |    |                                                      |
|-------|----|------------------------------------------------------|
|       | 1  | CHARLES HOLLANDER                                     |
| 09:51:10 | 2  | Q.    Do you have any experience in,              |
| 09:51:13 | 3  | or understanding of the methods the members of    |
| 09:51:16 | 4  | the Panel use to make their determinations?       |
| 09:51:18 | 5  | A.    No.                                          |
| 09:51:22 | 6  | Q.    Do you have any experience or               |
| 09:51:23 | 7  | expertise in what standards the panel would       |
| 09:51:29 | 8  | apply in determining whether or not there had     |
| 09:51:32 | 9  | been a breach of general principle 4?             |
| 09:51:35 | 10 | A.    I think I would need to look at             |
| 09:51:37 | 11 | that specifically.                                |
| 09:51:39 | 12 | Q.    Do you have any experience or               |
| 09:51:41 | 13 | understanding of what defenses the panel          |
| 09:51:45 | 14 | ordinarily considers when it's considering an     |
| 09:51:48 | 15 | allegation of a breach of general principle 4?    |
| 09:51:51 | 16 | A.    Well, the principles are                    |
| 09:51:54 | 17 | drafted, as one can see from them, in broad       |
| 09:52:00 | 18 | terms, and unlike the statute, which has very     |
| 09:52:03 | 19 | specific requirements, the general principles     |
| 09:52:07 | 20 | are very broad, and they are not defined in       |
| 09:52:12 | 21 | precise terms, and so they are -- they're         |
| 09:52:19 | 22 | deliberately much more in the form of what one    |
| 09:52:22 | 23 | might describe as core duties.                    |
| 09:52:28 | 24 | Q.    Thank you, sir, but that wasn't            |
| 09:52:30 | 25 | quite my question.                                |

Hollander, Charles - 7/26/2010

```
              1                    CHARLES HOLLANDER
09:52:32      2                    MR. BAUGHMAN:  I'd like the
09:52:33      3    court reporter to read my question back, and
09:52:34      4    I'd ask you to answer it.
09:52:38      5                    MR. CIFUENTES:  Jack, we also
09:52:40      6    have five minutes left on the tape.
09:52:41      7                    MR. BAUGHMAN:  Okay.
09:52:56      8                    (The reporter read back as
              9    follows:
09:51:40     10                    "Question:  Do you have any
09:51:40     11    experience or understanding of what defenses
09:51:44     12    the panel ordinarily considers when it's
09:51:47     13    considering an allegation of a breach of
09:51:50     14    general principle 4?")
09:53:01     15             A.    I think that's a difficult
09:53:02     16    question to answer, because the Panel will
09:53:04     17    look at general principle 4, and they will
09:53:08     18    decide whether there is a breach of general
09:53:10     19    principle 4 based on the wording of general
09:53:13     20    principle 4.  I'm not sure that one can go
09:53:18     21    much beyond that.
09:53:20     22             Q.    What is the burden of proof
09:53:22     23    that is applied in considering whether or not
09:53:24     24    there has been a violation of general
09:53:26     25    principle 4?
```

Hollander, Charles - 7/26/2010

Page 94

|           | 1  | CHARLES HOLLANDER |
|-----------|----|-------------------|
| 09:53:27  | 2  | A.    The burden of proof?  Well, if |
| 09:53:30  | 3  | you are going to show a breach of a principle, |
| 09:53:33  | 4  | you've got to show -- you've got to -- there |
| 09:53:36  | 5  | has to be -- the Panel will have to be |
| 09:53:38  | 6  | satisfied there is a breach of the principle. |
| 09:53:41  | 7  | So the burden would always be on somebody |
| 09:53:43  | 8  | seeking to show that there has been an |
| 09:53:46  | 9  | infringement. |
| 09:53:47  | 10 | Q.    Okay.  But what is the burden? |
| 09:53:49  | 11 | Is it balance of probabilities?  Beyond a |
| 09:53:53  | 12 | reasonable doubt?  Something else? |
| 09:53:55  | 13 | A.    You mean the standard? |
| 09:53:57  | 14 | Q.    Yes. |
| 09:53:57  | 15 | A.    That's not the burden.  That's |
| 09:54:00  | 16 | the standard.  The burden is whether -- |
| 09:54:00  | 17 | Q.    It's a difference between |
| 09:54:03  | 18 | American and English usage.  Thank you. |
| 09:54:04  | 19 | The standard applied to the |
| 09:54:05  | 20 | burden of proof. |
| 09:54:06  | 21 | A.    The standard -- |
| 09:54:07  | 22 | MR. GRAVANTE:  Objection to the |
| 09:54:08  | 23 | form. |
| 09:54:08  | 24 | A.    I haven't -- I haven't looked |
| 09:54:10  | 25 | at it specifically.  I would expect it to be |

|            |    |                                                |
|------------|----|------------------------------------------------|
|            | 1  | CHARLES HOLLANDER                              |
| 09:54:13   | 2  | on balance of probabilities, but I would need |
| 09:54:16   | 3  | to check that.  You would not normally find   |
| 09:54:19   | 4  | beyond reasonable doubt other than on a       |
| 09:54:21   | 5  | criminal statute, or where -- or where the    |
| 09:54:26   | 6  | rules so apply specifically.                  |
| 09:54:33   | 7  | MR. BAUGHMAN:  I guess why           |
| 09:54:34   | 8  | don't we change the tape, and then I'll wrap  |
| 09:54:37   | 9  | this up.  I think we're very close to done.   |
| 09:54:39   | 10 | But I can't finish within the short three     |
| 09:54:42   | 11 | minutes left.                                 |
| 09:54:44   | 12 | THE VIDEO OPERATOR:  This ends        |
| 09:54:45   | 13 | tape 1 of the deposition of Charles Hollander.|
| 09:54:47   | 14 | The time is 9:55 a.m.  We're off the record.  |
| 09:54:51   | 15 | ---                                            |
|            | 16 | (Recess.)                                     |
| 10:00:45   | 17 | ---                                            |
| 10:00:45   | 18 | THE VIDEO OPERATOR:  This is          |
| 10:00:49   | 19 | the start of tape 2 in the deposition of      |
| 10:00:51   | 20 | Charles Hollander.  The time is 10:01 a.m.    |
| 10:00:54   | 21 | We're on the record.                          |
| 10:00:56   | 22 | BY MR. BAUGHMAN:                               |
| 10:00:57   | 23 | Q.   Mr. Hollander, I want to go        |
| 10:00:58   | 24 | back a moment to the remedies that are        |
| 10:01:00   | 25 | available to the Panel.                       |

Hollander, Charles - 7/26/2010

Page 96

```
            1              CHARLES HOLLANDER
10:01:03    2              Generally speaking, would you
10:01:04    3   agree that one of the remedies available to
10:01:06    4   the Panel is something called "censure"?
10:01:12    5        A.    Yes.
10:01:12    6        Q.    And would you agree that
10:01:14    7   another remedy available to the Panel is
10:01:16    8   something called "cold shouldering"?
10:01:24    9        A.    I think I'd need to be referred
10:01:26   10   to information before I could agree with that.
10:01:30   11   I haven't looked at that specifically.
10:01:33   12        Q.    Have you heard the term "cold
10:01:35   13   shouldering" before?
10:01:36   14        A.    Yes, but not specifically in
10:01:38   15   the context of the City Code.
10:01:40   16        Q.    Okay.  All right.  Then I'll
10:01:43   17   only ask you about the remedy of censuring
10:01:49   18   then.
10:01:49   19              Can you cite for me any cases
10:01:52   20   that you think have analogous facts to the
10:01:55   21   ones pleaded in the Complaint, where the Panel
10:01:58   22   has issued an order of censure?
10:02:01   23              MR. GRAVANTE:  Objection to the
10:02:02   24   form.
10:02:03   25        A.    I can't -- I can't quote a case
```