UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO.:  09-CV-10459 (JSR)

---

TERRA FIRMA INVESTMENTS (GP) 2 LIMITED
(for and on behalf of the six limited
partnerships constituting the Terra
Firma Capital Partners II Fund), and
TERRA FIRMA INVESTMENTS (GP) 3 LIMITED
(for and on behalf of Terra Firma
Capital Partners III, L.P.),

                    Plaintiffs,

     v.

CITIGROUP, INC., CITIBANK, N.A.
CITIGROUP GLOBAL MARKETS LIMITED, and
CITIGROUP GLOBAL MARKETS, INC.,

                    Defendants.

---

          *** C O N F I D E N T I A L ***

          Wednesday, July 7th, 2010
          Volume 1, pages 1 to 130
                    ---

VIDEOTAPED deposition of MR MARTIN DAVID STEWART,
taken pursuant to notice, was held at the law
offices of Clyde & Co., London, UK, commencing
at 3.00 pm on the above date, before
Marie L Brown, ACR, MBIVR

                    ---

          MAGNA LEGAL SERVICES
          1200 Avenue of the Americas
          New York, New York 10036
          (866) 624-6221

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO.:  09-CV-10459 (JSR)

---

TERRA FIRMA INVESTMENTS (GP) 2 LIMITED
(for and on behalf of the six limited
partnerships constituting the Terra
Firma Capital Partners II Fund), and
TERRA FIRMA INVESTMENTS (GP) 3 LIMITED
(for and on behalf of Terra Firma
Capital Partners III, L.P.),

                    Plaintiffs,

     v.

CITIGROUP, INC., CITIBANK, N.A.
CITIGROUP GLOBAL MARKETS LIMITED, and
CITIGROUP GLOBAL MARKETS, INC.,

                    Defendants.

---

          *** C O N F I D E N T I A L ***

              Thursday, July 8th, 2010
              Volume 2, pages 131 to 187
                        - - -


VIDEOTAPED deposition of MR MARTIN DAVID STEWART,
taken pursuant to notice, was held at the law
offices of Clyde & Co., London, UK, commencing
at 9.30 am on the above date, before
Marie L Brown, ACR, MBIVR


                        - - -


              MAGNA LEGAL SERVICES
            1200 Avenue of the Americas
             New York, New York 10036
                  (866) 624-6221

```
 1                  STEWART  -  CONFIDENTIAL
 2      they had changed their view that the way EMI had
 3      accounted for it was reasonable?
 4           A.   No.
 5           Q.   Now, do you recall Mr. Jackson asking
 6      you some questions about competitive tension and
 7      the number of bids that got put in on Monday 21st?
 8           A.   Yes.
 9           Q.   Okay.  Do you know what would have
10      happened if Terra Firma had not bid on Monday
11      21st?
12           MR. JACKSON:  Objection form; objection,
13      foundation.
14           A.   No.
15      BY MR. BAUGHMAN:
16           Q.   Is it possible that Warner might have
17      bid?
18           A.   Possible.
19           Q.   Is it possible that Cerberus might have
20      bid?
21           A.   Possible.
22           Q.   Possible that Fortress might have bid?
23           A.   Possible.
24           Q.   Possible that someone else might have
25      bid?
```

Page 156

1                STEWART  -  CONFIDENTIAL

2          A.   Possible.

3          Q.   No way to know; right?

4          A.   Absolutely.

5          Q.   You would be speculating if you tried to

6    predict what would have happened if Terra Firma

7    wouldn't bid; isn't that right?

8          MR. JACKSON:  Objection, form.

9          A.   Yes.

10   BY MR. BAUGHMAN:

11         Q.   Did anyone at Terra Firma ever tell you

12   that they had an ultimate plan about what they

13   would have done if they had not put in a bid on

14   Monday morning?

15         A.   No.

16         MR. BAUGHMAN:  Let me ask the court reporter

17   to mark this as the next document.

18         [Stewart Exhibit 13, Email chain, Stewart to

19   Stevens and others, May 21, 2007, TF0001368259 and

20   260, marked for identification]

21         Q.   Sir, I'm handing you -- I guess it's

22   a two-page document, TF 1368259 to 60.  Take

23   a moment to look at it, and my first question is,

24   at the top, is that an email that you sent on or

25   about May 21st, 2007?