CONFIDENTIAL
Teece, David - 7/30/2010

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
IN THE MATTER OF TERRA FIRMA INVESTMENTS
(GP) LIMITED (for and on behalf of
The six limited partnerships                    Index No.
Constituting the Terra Firma                    09-CIV-10459
Capital Partners II Fund), and
TERRA FIRMA INVESTMENTS (GP) 3
LIMITED (for and on behalf of
Terra Firma Capital Partners
III, L.P.),

                              Plaintiffs,

09:04:05        vs.

CITIGROUP INC., CITIBANK
N.A., CITIGROUP GLOBAL MARKETS
LIMITED and CITIGROUP GLOBAL
MARKETS, INC.,
                              Defendants.
----------------------------------------x

                    CONFIDENTIAL
                              July 30, 2010
                              9:10 a.m.

          Videotaped Deposition of DAVID J. TEECE,

     taken by Defendants, pursuant to Notice, at the

     offices of Paul, Weiss, Rifkind, Wharton &

     Garrison LLP, 1285 Avenue of the Americas,

     New York, New York, before TAMMEY M. PASTOR, a

     Registered Professional Reporter, Certified

     LiveNote Reporter and Notary Public within and

     for the State of New York.

CONFIDENTIAL
Teece, David - 7/30/2010

Page 24

```
              1              DAVID J. TEECE-CONFIDENTIAL
09:40:39      2    small caps, there are companies that are traded
09:40:41      3    that have market caps, you know, less than 100
09:40:44      4    million.  There is companies that are traded
09:40:46      5    with market caps that are in the multibillions.
09:40:50      6    I don't necessarily think you get the same
09:40:52      7    result for every category.
09:40:55      8              Q.   Can you cite me to any study for
09:40:57      9    either large cap companies, small cap companies
09:40:59     10    or a mixture of the two that stands for the
09:41:06     11    proposition that auctions typically involve
09:41:08     12    multiple bidders?
09:41:09     13              MS. DYER:   Objection to form.
09:41:23     14              A.   And you're not defining auctions
09:41:25     15    in any particular way, in the most open general
09:41:27     16    way; is that correct?
09:41:28     17              Q.   The same way you use it in your
09:41:29     18    report.
09:41:41     19              A.   I probably use it a little
09:41:42     20    differently in different places, but as I sit
09:41:44     21    here right now I can't think of a published
09:41:48     22    study that deals directly with the point as I
09:41:57     23    think you're putting it.
09:41:58     24              Q.   Could you go back to Exhibit 2,
09:42:01     25    table 3, the Eckbo study you relied upon?
```

CONFIDENTIAL
Teece, David - 7/30/2010

Page 25

|           |    |                                                  |
|-----------|----|--------------------------------------------------|
|           | 1  | DAVID J. TEECE-CONFIDENTIAL                      |
| 09:42:03  | 2  | A.     Sure.                                     |
| 09:42:04  | 3  | Q.     Would you agree with me that what         |
| 09:42:08  | 4  | this table shows is that single bidders pay a    |
| 09:42:12  | 5  | premium of over 40 percent in successful single  |
| 09:42:17  | 6  | bidder auctions?                                 |
| 09:42:19  | 7  | MS. DYER:   Objection to form.                   |
| 09:42:27  | 8  | A.     Pay a premium over what, not over         |
| 09:42:29  | 9  | multiple bidders, but over what the --           |
| 09:42:34  | 10 | Q.     Well, let me ask you, when you            |
| 09:42:35  | 11 | read this article, sir, to prepare your report,  |
| 09:42:38  | 12 | what did you understand the last column of       |
| 09:42:41  | 13 | table 3 to mean, average offer premium?          |
| 09:42:44  | 14 | A.     The premium over the price that           |
| 09:42:47  | 15 | was prevailing in the marketplace before the     |
| 09:42:50  | 16 | bidding process got underway.                    |
| 09:42:52  | 17 | Q.     Right. Does Professor -- am I             |
| 09:42:55  | 18 | reading correctly from table 3 in the article    |
| 09:42:57  | 19 | that you reviewed, that Professor Eckbo reports   |
| 09:43:01  | 20 | that in single bidder -- 9,944 single bidder     |
| 09:43:05  | 21 | auctions that he reports on, the average         |
| 09:43:08  | 22 | premium to the share price before the            |
| 09:43:10  | 23 | successful bid is 44.8 percent when there is     |
| 09:43:13  | 24 | only a single bidder?                            |
| 09:43:14  | 25 | MS. DYER:   Objection to the form.               |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 26

|          |    |                                                  |
|----------|----|--------------------------------------------------|
| 09:43:20 | 1  | DAVID J. TEECE-CONFIDENTIAL                      |
| 09:43:22 | 2  | A.    That the initial bid was 44.8?             |
| 09:43:23 | 3  | Q.    Yes.                                        |
| 09:43:24 | 4  | A.    Yes.  That's correct.                       |
| 09:43:25 | 5  | Q.    Are you aware of any literature             |
| 09:43:30 | 6  | that suggests that single bidder auctions yield  |
| 09:43:33 | 7  | a premium over the prevailing share price of     |
| 09:43:34 | 8  | less than 44 percent?                             |
| 09:43:36 | 9  | A.    First of all you're looking at             |
| 09:43:38 | 10 | the initial bid.  Did you mean to focus on the   |
| 09:43:39 | 11 | final bid?                                        |
| 09:43:41 | 12 | Q.    I meant to focus on the initial            |
| 09:43:44 | 13 | bid.  We can do the question both ways.  All     |
| 09:43:46 | 14 | right.  What you're pointing out the initial     |
| 09:43:49 | 15 | bid results in a premium of 44.8 percent and     |
| 09:43:53 | 16 | final bid in only a slightly higher bid in a     |
| 09:43:56 | 17 | single auction of 44.5 percent; is that right?   |
| 09:43:59 | 18 | A.    Well, I am also pointing out that          |
| 09:44:07 | 19 | the ranking changes.                              |
| 09:44:09 | 20 | Q.    The question I am asking you,              |
| 09:44:12 | 21 | sir, is are you aware of any empirical study     |
| 09:44:15 | 22 | that suggests that single bidder auctions do     |
| 09:44:20 | 23 | not yield a premium over the prevailing share    |
| 09:44:22 | 24 | price of at least 40 percent?                    |
|          | 25 | MS. DYER:  Objection to form.                    |

Page 27

|          |    |                                                 |
|----------|----|-------------------------------------------------|
|          | 1  | DAVID J. TEECE-CONFIDENTIAL                      |
| 09:44:23 | 2  | A.    When you say single bidder                |
| 09:44:25 | 3  | auctions, you mean auctions that result in a    |
| 09:44:28 | 4  | single bidder?                                  |
| 09:44:28 | 5  | Q.    Correct.                                  |
| 09:44:29 | 6  | A.    Okay.  And the question is, given         |
| 09:44:31 | 7  | that clarification can I have the question       |
| 09:44:33 | 8  | again, please.                                  |
| 09:44:34 | 9  | Q.    I will restate the question.   In         |
| 09:44:36 | 10 | auctions that result in a single bid, are you   |
| 09:44:38 | 11 | aware of any empirical literature that report a |
| 09:44:42 | 12 | lower offer premium than 44 percent as reported |
| 09:44:46 | 13 | by Professor Eckbo in table 3 of the article    |
| 09:44:50 | 14 | that you reviewed in connection with your       |
| 09:44:52 | 15 | report?                                         |
| 09:44:53 | 16 | MS. DYER:   Objection to form.          |
| 09:44:54 | 17 | A.    I think I don't -- you know, the          |
| 09:44:58 | 18 | literature that I found I cited here.  The      |
| 09:45:00 | 19 | literature was actually pretty skinny.  There   |
| 09:45:02 | 20 | is not a lot of empirical work that's been      |
| 09:45:05 | 21 | done.                                           |
| 09:45:06 | 22 | Q.    Is the answer to my question no?          |
| 09:45:07 | 23 | A.    I'm not aware of any other paper          |
| 09:45:09 | 24 | that provides illumination to the question that |
| 09:45:14 | 25 | you asked, at least I am not aware as I sit     |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 31

|          |    |          | DAVID J. TEECE-CONFIDENTIAL |
|----------|----|----------|------------------------------|
| 09:48:43 | 2  | remember. | |
| 09:48:50 | 3  | Q.       | One of them being the AIG matter? |
| 09:48:52 | 4  | A.       | Yes. |
| 09:48:52 | 5  | Q.       | What were the other matters? |
| 09:48:54 | 6  | A.       | I am trying to think.  There was |
| 09:49:00 | 7  | a matter for Phillip Morris.  Oh, there was a | |
| 09:49:13 | 8  | pay phone case.  Antitrust case. | |
| 09:49:16 | 9  | Q.       | Any other matters that you can |
| 09:49:19 | 10 | think of? | |
| 09:49:24 | 11 | A.       | There may have been one that goes |
| 09:49:26 | 12 | back to the time at Cravath that I worked on | |
| 09:49:31 | 13 | that he was involved in, I don't know whether | |
| 09:49:34 | 14 | it was his matter or not. | |
| 09:49:37 | 15 | Q.       | Are those all that you can |
| 09:49:39 | 16 | recall?  | |
| 09:49:39 | 17 | A.       | Pardon me? |
| 09:49:40 | 18 | Q.       | Are those all that you can |
| 09:49:42 | 19 | recall?  | |
| 09:49:42 | 20 | A.       | Yes. |
| 09:49:46 | 21 | Q.       | Do you have any other business |
| 09:49:47 | 22 | relationships with Mr. Boies or any person or | |
| 09:49:50 | 23 | entity with which he is affiliated? | |
| 09:49:52 | 24 | A.       | No. |
| 09:49:53 | 25 |          | MS. DYER:  Objection to the form. |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 32

|          |    |                                          |
|----------|----|------------------------------------------|
| 09:49:54 | 1  | DAVID J. TEECE-CONFIDENTIAL              |
| 09:49:54 | 2  | Q.    Do you own a yacht, sir?           |
| 09:49:55 | 3  | A.    Yes.                               |
| 09:49:56 | 4  | Q.    Called The Coconut?                |
| 09:49:57 | 5  | A.    Yes.                               |
| 09:49:58 | 6  | Q.    Does Mr. Boies have an interest    |
| 09:50:00 | 7  | in that boat?                            |
| 09:50:01 | 8  | A.    No.                                |
| 09:50:02 | 9  | Q.    Are you aware of any person or     |
| 09:50:05 | 10 | entity affiliated with him?              |
| 09:50:07 | 11 | MS. DYER:   Objection to the form.       |
| 09:50:08 | 12 | A.    Correct.                           |
| 09:50:08 | 13 | Q.    Correct, that no person or entity  |
| 09:50:10 | 14 | affiliated with Mr. Boies has an interest in |
| 09:50:12 | 15 | that yacht?                              |
| 09:50:14 | 16 | MS. DYER:   Objection to the form.       |
| 09:50:15 | 17 | A.    That's correct.                    |
| 09:50:20 | 18 | Q.    Let's go back if we can to your    |
| 09:50:21 | 19 | report, Exhibit 1 before we look at the text of |
| 09:50:34 | 20 | your report.  You mentioned some documents you |
| 09:50:37 | 21 | reviewed.  Did you interview anyone in   |
| 09:50:39 | 22 | connection with your report?             |
| 09:50:40 | 23 | A.    Not personally, no.                |
| 09:50:41 | 24 | Q.    Did anyone on your staff           |
| 09:50:42 | 25 | interview anyone in connection with this |

Page 33

```
            1              DAVID J. TEECE-CONFIDENTIAL
09:50:44    2    report?
09:50:45    3              A.    Yes he.
09:50:45    4              Q.    Who, first of all who conducted
09:50:47    5    the interviews?
09:50:48    6              A.    Dr. Akemann and Mr. Blair.
09:50:56    7              Q.    Who did Dr. Akemann and Mr. Blair
09:50:59    8    interview?
09:51:00    9              A.    Guy Hands.  There may have been
09:51:09   10    others, I just don't recall.
09:51:12   11              Q.    Is that the only name you can
09:51:13   12    recall, Mr. Hands?
09:51:16   13              A.    Yes.
09:51:17   14              Q.    Have you ever spoken to Mr.
09:51:18   15    Hands?
09:51:18   16              A.    No.
09:51:19   17              Q.    When did -- who interviewed Mr.
09:51:21   18    Hands; Dr. Akemann or Mr. Blair or both?
09:51:27   19              A.    I don't know for sure.  I think
09:51:28   20    they both did.
09:51:30   21              Q.    Did either Dr. Akemann or Mr.
09:51:33   22    Blair communicate to you the substance of their
09:51:35   23    interview with Mr. Hands?
09:51:43   24              A.    Yes.
09:51:44   25              Q.    How did they do that?
```

CONFIDENTIAL
Teece, David - 7/30/2010

Page 34

|  |  |  |  |
|--|--|--|--|
| | 1 | | DAVID J. TEECE-CONFIDENTIAL |
| 09:51:45 | 2 | A. | How did they do that? |
| 09:51:47 | 3 | Q. | Yes. |
| 09:51:47 | 4 | A. | They talked to me about it. |
| 09:51:48 | 5 | Q. | Did they prepare a memorandum of |

09:51:50   6   their interview with Mr. Hands?

09:51:51   7       A.   No.  Not to my knowledge.

09:51:52   8       Q.   Did they take any notes either

09:51:55   9   Dr. Akemann or Mr. Blair on their interview

09:51:57  10   with Mr. Hands?

09:51:58  11       A.   I don't know.

09:52:00  12       Q.   Do you know when the interview of

09:52:01  13   Mr. Hands took place in relationship to the

09:52:03  14   preparation of your report, which is dated June

09:52:05  15   14th, 2010?

09:52:09  16       A.   I believe at least one interview

09:52:15  17   was before the report was finished.

09:52:18  18       Q.   Have they interviewed Mr. Hands

09:52:20  19   more than once?

09:52:22  20       A.   I believe so.

09:52:23  21       Q.   How many times had they

09:52:25  22   interviewed him?

09:52:26  23       A.   I don't know.

09:52:29  24       Q.   Have they interviewed him

09:52:30  25   subsequent to the preparation of your report?

CONFIDENTIAL
Teece, David - 7/30/2010

Page 35

|          | 1  | DAVID J. TEECE-CONFIDENTIAL |
| 09:52:31 | 2  | A.    I believe they interviewed him |
| 09:52:34 | 3  | twice, I don't remember whether they were both |
| 09:52:36 | 4  | before or whether one was before and one was |
| 09:52:40 | 5  | after. |
| 09:52:41 | 6  | Q.    Tell me everything that you can |
| 09:52:43 | 7  | recall that either Dr. Akemann or Mr. Blair |
| 09:52:47 | 8  | told you about their interviews with Mr. Hands. |
| 09:52:53 | 9  | A.    Well, you know, I subsequently |
| 09:52:56 | 10 | read Mr. Hands' deposition.  And I don't want |
| 09:53:05 | 11 | to -- I might confuse to some extent what I've |
| 09:53:10 | 12 | learned from conversations versus what's in the |
| 09:53:13 | 13 | deposition.  But with that caveat, you know, I |
| 09:53:18 | 14 | certainly had conveyed to me the same responses |
| 09:53:27 | 15 | that I saw in the deposition. |
| 09:53:32 | 16 | I think in addition to that, I |
| 09:53:43 | 17 | think he mentioned in the context of a Warner |
| 09:53:49 | 18 | bid that, you know, he wouldn't necessarily, if |
| 09:53:59 | 19 | Warner initiated a bid, he wouldn't necessarily |
| 09:54:02 | 20 | want to follow that situation because Warner |
| 09:54:04 | 21 | was in a different competitive position as a |
| 09:54:08 | 22 | strategic than Terra Firma was. |
| 09:54:16 | 23 | Q.    What specifically did Mr. Blair |
| 09:54:20 | 24 | or Dr. Akemann tell you that they learned from |
| 09:54:24 | 25 | Mr. Hands? |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 36

|  |  |  |
|---|---|---|
|  | 1 | DAVID J. TEECE-CONFIDENTIAL |
| 09:54:26 | 2 | MS. DYER:   Objection to the form. |
| 09:54:33 | 3 | A.     Well that, as I say, this may |
| 09:54:35 | 4 | have morphed in my mind with what I read in the |
| 09:54:38 | 5 | deposition, but that he was told by Wormsley |
| 09:54:44 | 6 | that Cerberus was going to bid initially.   And |
| 09:54:59 | 7 | he reiterated that later so he was told at |
| 09:55:14 | 8 | least twice that Cerberus was going to bid and |
| 09:55:16 | 9 | the price was understood.   And he never got any |
| 09:55:28 | 10 | disconfirmation of that, Mr. Wormsley did not |
| 09:55:31 | 11 | call him to tell him that wasn't the case. |
| 09:55:34 | 12 | Q.     Anything else that you recall |
| 09:55:37 | 13 | either Dr. Akemann or Mr. Blair telling you |
| 09:55:40 | 14 | about their interview or interviews of Mr. |
| 09:55:43 | 15 | Hands? |
| 09:55:51 | 16 | A.     That he had been sort of looking |
| 09:55:54 | 17 | off and on at Terra Firma for a dozen or so |
| 09:56:01 | 18 | years. |
| 09:56:03 | 19 | Q.     Do you mean to say EMI, sir?   You |
| 09:56:06 | 20 | said Terra Firma. |
| 09:56:06 | 21 | A.     Sorry.   EMI.   Sorry, that Terra |
| 09:56:09 | 22 | Firma -- well, that, you know, Mr. Hands had |
| 09:56:11 | 23 | been if you will, reviewing the opportunity off |
| 09:56:18 | 24 | and on over a 10-year period. |
| 09:56:27 | 25 | That they wouldn't have bid but |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 37

```
            1              DAVID J. TEECE-CONFIDENTIAL
09:56:39    2    for reliance on what Wormsley told him.
09:56:46    3         Q.    Do you have a specific
09:56:47    4    recollection of either Mr. Blair or Dr. Akemann
09:56:51    5    telling you that Mr. Hands told them that he
09:56:56    6    would not have bid but for what he was told by
09:56:58    7    Mr. Wormsley?
09:57:01    8         A.    Do I have a specific recollection
09:57:02    9    of that?
09:57:03   10         Q.    Yes.
09:57:07   11         A.    Yes.
09:57:10   12         Q.    Did either Mr. Blair or
09:57:15   13    Dr. Akemann try to ascertain from Mr. Hands
09:57:21   14    whether there were any other reasons why he
09:57:24   15    committed billions of dollars of equity to an
09:57:28   16    acquisition other than information conveyed by
09:57:30   17    Mr. Wormsley?
09:57:32   18              MS. DYER:    Objection to the form.
09:57:49   19         A.    Can I have that read back.
09:57:50   20              (The pending question was read as
09:57:50   21    follows:
09:57:10   22              "Question:    Did either Mr.
09:57:14   23    Blair or Dr. Akemann try to ascertain from Mr.
09:57:20   24    Hands whether there were any other reasons why
09:57:23   25    he committed billions of dollars of equity to
```

Page 38

|  |  |  |
|---|---|---|
| | 1 | DAVID J. TEECE-CONFIDENTIAL |
| 09:57:28 | 2 | an acquisition other than information conveyed |
| 09:57:30 | 3 | by Mr. Wormsley?") |
| 09:57:51 | 4 | MS. DYER:   Same objection. |
| 09:57:53 | 5 | A.    Can you clarify what you mean by |
| 09:57:54 | 6 | that question? |
| 09:57:55 | 7 | Q.    Did Dr. Akemann or Mr. Blair ask |
| 09:57:59 | 8 | Mr. Hands whether anything other than Mr. |
| 09:58:03 | 9 | Wormsley's statements played a role in Mr. |
| 09:58:07 | 10 | Hands' decision to go forward with the EMI |
| 09:58:09 | 11 | transaction? |
| 09:58:19 | 12 | A.    Well, as I said before, what I |
| 09:58:22 | 13 | understood him to say that he wouldn't have |
| 09:58:23 | 14 | made the bid, but for the information that was |
| 09:58:31 | 15 | conveyed by Wormsley.  That doesn't mean to say |
| 09:58:34 | 16 | that that's all the information that he had in |
| 09:58:42 | 17 | mind when he made the bid.  You know, obviously |
| 09:58:47 | 18 | he had studied the target, invested |
| 09:58:54 | 19 | considerable time over the years in due |
| 09:58:57 | 20 | diligence, was intrigued by the target, you |
| 09:59:03 | 21 | know, thought there may be an opportunity.  But |
| 09:59:05 | 22 | was also highly aware of the risk. |
| 09:59:12 | 23 | And the fact that this was a |
| 09:59:16 | 24 | marketplace that was difficult with music |
| 09:59:20 | 25 | piracy and other developments in the industry. |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 39

| | | |
|---|---|---|
| | 1 | DAVID J. TEECE-CONFIDENTIAL |
| 09:59:22 | 2 | Q.    Right. You and I have spent some |
| 09:59:25 | 3 | time on that marketplace before; have we not? |
| 09:59:26 | 4 | A.    Indeed. |
| 09:59:30 | 5 | Q.    Do you recall -- do you know |
| 09:59:32 | 6 | whether Mr. Blair and Dr. Akemann have notes of |
| 09:59:34 | 7 | their conversations with Mr. Hands? |
| 09:59:36 | 8 | A.    I don't know. |
| 09:59:37 | 9 | Q.    Have you asked them? |
| 09:59:38 | 10 | A.    No. |
| 09:59:42 | 11 | Q.    You've never seen the notes? |
| 09:59:43 | 12 | A.    No. |
| 09:59:44 | 13 | Q.    And they never communicated to |
| 09:59:47 | 14 | you the substance of their interview of Mr. |
| 09:59:50 | 15 | Hands in writing? |
| 09:59:51 | 16 | A.    Correct. |
| 09:59:54 | 17 | Q.    Do you know whether anyone else |
| 09:59:56 | 18 | was spoken to employed by Terra Firma? |
| 10:00:03 | 19 | MS. DYER:   Objection to form, |
| 10:00:04 | 20 | but -- |
| 10:00:05 | 21 | Q.    Let me ask a better question. |
| 10:00:05 | 22 | I'll ask a better question.  Withdrawn. |
| 10:00:07 | 23 | Do you know whether anyone on |
| 10:00:09 | 24 | your staff interviewed anyone at Terra Firma, |
| 10:00:12 | 25 | other than Mr. Hands? |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 40

```
                1        DAVID J. TEECE-CONFIDENTIAL
10:00:21        2          A.    I don't know for sure.
10:00:22        3          Q.    Do you know whether anyone on
10:00:23        4     your staff interviewed anyone at Cerberus?
10:00:25        5          A.    I don't believe they did.
10:00:29        6          Q.    Do you know whether anyone on
10:00:30        7     your staff interviewed anyone at One Equity
10:00:33        8     Partners?
10:00:34        9          A.    I don't believe they did.
10:00:35       10          Q.    Do you know whether anyone on
10:00:36       11     your staff interviewed anyone at Fortress?
10:00:39       12          A.    I don't believe they did.
10:00:40       13          Q.    Do you know whether anyone on
10:00:43       14     your staff interviewed anyone at Warner Music?
10:00:45       15          A.    I don't know whether they did.
10:00:46       16          Q.    Do you know whether anyone on
10:00:48       17     your staff interviewed anyone who was formerly
10:00:50       18     employed by Citibank?
10:00:51       19          A.    I don't believe they did.
10:00:56       20          Q.    Do you know whether anyone on
10:00:57       21     your staff interviewed anybody who had been
10:00:59       22     employed by EMI?
10:01:02       23                MS. DYER:   Objection to form.
10:01:09       24          A.    I don't know for sure.
10:01:13       25          Q.    Do you have any reason to believe
```

CONFIDENTIAL
Teece, David - 7/30/2010

Page 41

| | 1 | DAVID J. TEECE-CONFIDENTIAL |
|---|---|---|
| 10:01:14 | 2 | anyone was interviewed by your staff other than |
| 10:01:18 | 3 | Mr. Hands? |
| 10:01:23 | 4 | A.    I don't know. |
| 10:01:25 | 5 | Q.    Meaning as you sit here today you |
| 10:01:27 | 6 | can't think of anyone else? |
| 10:01:28 | 7 | A.    I can't think of a name. |
| 10:01:30 | 8 | Q.    Do you believe there is a person |
| 10:01:33 | 9 | or you're not aware of anyone? |
| 10:01:35 | 10 | MS. DYER:   Objection to the form. |
| 10:01:38 | 11 | A.    I don't know.  There may or may |
| 10:01:40 | 12 | not have been, I just don't recall. |
| 10:01:42 | 13 | Q.    How would you refresh your |
| 10:01:44 | 14 | recollection as to that? |
| 10:01:46 | 15 | A.    I'd ask them if I wanted to. |
| 10:01:51 | 16 | Q.    Turn to paragraph 32 your report, |
| 10:01:53 | 17 | Exhibit 1, sir. It is on page 9.  Back in the |
| 10:02:13 | 18 | front. |
| 10:02:16 | 19 | MS. DYER:   It is way towards the |
| 10:02:18 | 20 | front. |
| 10:02:22 | 21 | A.    Okay. |
| 10:02:24 | 22 | Q.    And you say in the first sentence |
| 10:02:25 | 23 | of paragraph 32. "I have been asked to assume |
| 10:02:28 | 24 | for purposes of my analysis that the alleged |
| 10:02:30 | 25 | fraud occurred." |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 42

```
              1              DAVID J. TEECE-CONFIDENTIAL
10:02:32      2              Do you see that, sir? Just let me
10:02:39      3    know when you get there.  I am sure Ms. Dyer
10:02:41      4    can help you.
10:02:42      5              MS. DYER:   Paragraph 32, I believe
10:02:43      6         right.
10:02:44      7         Q.    Paragraph 32.
10:02:48      8              MS. DYER:   Paragraph 32 which is
10:02:49      9         over on page 9.  You could get a little
10:02:53     10         bit bigger paragraph numbers, we are blind
10:02:56     11         these days.
10:02:57     12         A.    Got it.
10:02:58     13         Q.    All right.  You said "I have been
10:03:00     14    asked to assume for purposes of my analysis
10:03:02     15    that the alleged fraud occurred."
10:03:04     16              Do you see that, sir?
10:03:05     17         A.    Yes.
10:03:05     18         Q.    Was that true when you wrote
10:03:06     19    that?
10:03:17     20         A.    Yes.  And it ties in, I am quite
10:03:24     21    explicit about my assumptions there and below.
10:03:27     22         Q.    Yes.  And my question, sir, is
10:03:29     23    are you offering any independent opinion today
10:03:34     24    as to whether a fraud occurred or is it simply
10:03:37     25    an assumption you've been instructed to make?
```

CONFIDENTIAL
Teece, David - 7/30/2010

Page 69

```
           1              DAVID J. TEECE-CONFIDENTIAL
10:53:46   2         Q.    No.   I'm referring to the common
10:53:48   3    share price of EMI.
10:53:59   4         A.    Well, I think it depends on
10:54:01   5    whatever deal was structured and the terms upon
10:54:04   6    which they -- and the terms upon which that
10:54:07   7    structuring was done.
10:54:08   8         Q.    Did you review the Greenhill
10:54:10   9    analysis of what impact a securitization of the
10:54:13  10    music publishing business would have had on
10:54:15  11    EMI's share price?
10:54:16  12         A.    I believe I seen something in the
10:54:22  13    record, I don't recall whether it was
10:54:24  14    Greenhill's or somebody else's or EMI's.
10:54:27  15         Q.    Don't you recall that Greenhill
10:54:28  16    concluded that a securitization of the EMI's
10:54:32  17    music publishing business would have lifted the
10:54:34  18    share price?
10:54:35  19              MS. DYER:   Objection to the form.
10:54:38  20         A.    That's not inconsistent with what
10:54:41  21    I've seen, but I'm not sure if I remember that
10:54:44  22    specific conclusion.
10:54:46  23         Q.    Stay on page 60 of your report
10:54:48  24    that we're open to under Damages.   Look at
10:54:53  25    footnote 249.   "I have used Ms. DeMario's
```

CONFIDENTIAL
Teece, David - 7/30/2010

Page 70

```
              1            DAVID J. TEECE-CONFIDENTIAL
10:54:56      2    analysis of the fair market value of EMI in my
10:54:58      3    damages analysis."
10:55:00      4            Do you see that, sir?
10:55:01      5        A.    Yes.
10:55:01      6        Q.    Have you conducted any
10:55:03      7    independent verification of Ms. DeMario's work?
10:55:07      8        A.    No.   I have not calculated any
10:55:11      9    numbers of my own.   I have reviewed, in general
10:55:15     10    terms what she's done and looked at the results
10:55:20     11    relative to other measures of value.
10:55:23     12        Q.    Have you tested Ms. DeMario's
10:55:25     13    assumptions?
10:55:26     14            MS. DYER:   Objection to form.
10:55:28     15        A.    No, as I said, I didn't, did not
10:55:32     16    go in and check her analysis.
10:55:38     17        Q.    Does your damages calculation
10:55:40     18    depend upon Ms. DeMario's calculation of the
10:55:44     19    equity value of EMI at various points in time?
10:55:47     20        A.    Yes.   As you can see from the
10:55:52     21    tables, I take from her analysis data that
10:55:59     22    rolls into my damages analysis.
10:56:02     23        Q.    Okay.   Let's actually since
10:56:03     24    you're turning there, I will turn there with
10:56:05     25    you.   Let's turn to attachment D which is
```

CONFIDENTIAL
Teece, David - 7/30/2010

Page 71

```
                  1            DAVID J. TEECE-CONFIDENTIAL
10:56:11  2       entitled Total Damages Under New York Law Using
10:56:14  3       May 2007 Values.
10:56:16  4                    Do you see that, sir, Attachment
10:56:22  5       D as in David.  It will be after the list of
10:56:26  6       documents you reviewed?
10:56:29  7                    I apologize we don't have tabs on
10:56:31  8       that.  It would make it easier.  Maybe Ms. Dyer
10:56:35  9       can help you.
10:56:35 10                    MS. DYER:   I can probably find it.
10:56:36 11            It will take me a moment.  It is the start
10:56:38 12            of this section I believe where we are
10:56:40 13            going, so it is right here.
10:56:43 14            A.    I was in Attachment D.
10:56:45 15                    MS. DYER:   You were there.
10:56:47 16            A.    Which page?
10:56:47 17            Q.    Let's start with Exhibit 1, Total
10:56:50 18       Damages Under New York Law.  Do you see that?
10:56:51 19            A.    Yes.
10:56:52 20            Q.    You made some assumptions about
10:56:53 21       New York law; is that correct?
10:56:54 22            A.    Yes.
10:56:55 23            Q.    As you point out you're not a
10:56:56 24       lawyer; right?
10:56:57 25            A.    That's correct.
```

CONFIDENTIAL
Teece, David - 7/30/2010

Page 72

| | 1 | DAVID J. TEECE-CONFIDENTIAL |
|---|---|---|
| 10:56:57 | 2 | Q.    You've simply been asked to |
| 10:56:58 | 3 | perform some calculations based on some |
| 10:57:01 | 4 | instructions about what New York law provides; |
| 10:57:03 | 5 | correct? |
| 10:57:03 | 6 | A.    That is correct. |
| 10:57:04 | 7 | Q.    Okay.  The out-of-pocket damages |
| 10:57:07 | 8 | that you calculate, on Exhibit 1, more |
| 10:57:12 | 9 | specifically in Exhibit 1A, are essentially the |
| 10:57:17 | 10 | difference between the equity value received by |
| 10:57:23 | 11 | Terra Firma Capital Partners Funds in May 2007 |
| 10:57:25 | 12 | and the equity value that those funds retain |
| 10:57:33 | 13 | today? |
| 10:57:34 | 14 | MS. DYER:   Objection to the form. |
| 10:57:35 | 15 | You can answer. |
| 10:57:36 | 16 | Q.    Let me rephrase the question. |
| 10:57:37 | 17 | The out-of-pocket damages that you calculate in |
| 10:57:40 | 18 | Exhibit 1A are the difference between what the |
| 10:57:43 | 19 | plaintiffs paid for their equity value in Terra |
| 10:57:46 | 20 | Firma and the value of the equity as of May of |
| 10:57:50 | 21 | 2007; is that right? |
| 10:57:53 | 22 | A.    In essence, that's correct. |
| 10:57:54 | 23 | Q.    The equity value that makes up |
| 10:57:57 | 24 | this damages calculation was calculated by |
| 10:58:02 | 25 | Ms. DeMario; correct? |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 73

|       |    |                                                 |
|-------|----|-------------------------------------------------|
|       | 1  | DAVID J. TEECE-CONFIDENTIAL                     |
| 10:58:07 | 2  | A.    Yes.                                    |
| 10:58:07 | 3  | Q.    You did not do anything to value        |
| 10:58:12 | 4  | the EMI equity as of May 2007; did you?       |
| 10:58:14 | 5  | MS. DYER:   Objection to the form.            |
| 10:58:16 | 6  | A.    Did not do anything to value it?        |
| 10:58:20 | 7  | I took into my analysis Ms. DeMario's numbers.|
| 10:58:24 | 8  | Q.    Right. But the out-of-pocket            |
| 10:58:26 | 9  | damages number is the difference in colloquial|
| 10:58:29 | 10 | terms between what the Plaintiffs paid and the|
| 10:58:32 | 11 | value of what they received in May of 2007;   |
| 10:58:36 | 12 | right?                                        |
| 10:58:36 | 13 | A.    With respect to equity, that's          |
| 10:58:37 | 14 | correct.                                      |
| 10:58:38 | 15 | Q.    Right. And all you're doing here        |
| 10:58:41 | 16 | is subtraction; isn't that correct?           |
| 10:58:44 | 17 | A.    That is correct.                        |
| 10:58:46 | 18 | Q.    And then you take the subtraction       |
| 10:58:49 | 19 | and convert it into euros at a stated exchange|
| 10:58:54 | 20 | rate; correct?                                |
| 10:58:55 | 21 | A.    That is correct.                        |
| 10:58:56 | 22 | Q.    How long did that exercise take         |
| 10:58:57 | 23 | you that's reflected in Exhibit 1A?           |
| 10:59:03 | 24 | MS. DYER:   Just for this exhibit?            |
| 10:59:04 | 25 | Q.    Yes.                                    |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 74

1          DAVID J. TEECE-CONFIDENTIAL

10:59:09  2          A.    Well, you know, it was part of a

10:59:10  3    multifaceted spreadsheet analysis.  You know,

10:59:15  4    one had to first of all set it up.  Once you

10:59:17  5    got it set up doing the particular calculations

10:59:21  6    of course is instantaneous.

10:59:23  7          Q.    But the damages number that you

10:59:29  8    set out in Exhibit 1A depends entirely on the

10:59:32  9    value of the equity calculated by Ms. DeMario;

10:59:35  10   isn't that so?

10:59:35  11         A.    That is correct.

10:59:36  12         Q.    You're not offering any

10:59:37  13   independent verification of her analysis as to

10:59:40  14   the equity value; are you?

10:59:45  15         A.    No, although I do note that her

10:59:47  16   numbers are not out of line with some of the

10:59:51  17   Greenhill analysis that was done about at the

10:59:58  18   same time.

10:59:58  19         Q.    Did you do any empirical work to

11:00:00  20   support the number for equity value arrived at

11:00:04  21   by Ms. DeMario?

11:00:05  22         A.    No.

11:00:06  23         Q.    Turn to Exhibit 1B, please, that

11:00:12  24   is Consequential Damages.

11:00:14  25         A.    Yes.

CONFIDENTIAL
Teece, David - 7/30/2010

Page 75

            1              DAVID J. TEECE-CONFIDENTIAL
11:00:15    2         Q.    Let's go back to 1A.  Sorry, sir,
11:00:17    3    go back to 1A.  What does the term equity value
11:00:20    4    mean set out on Exhibit 1A?
11:00:25    5         A.    Equity value is typically the
11:00:26    6    enterprise value minus the debt.
11:00:28    7         Q.    What's the relationship between
11:00:31    8    equity value and fair market value?
11:00:32    9              MS. DYER:   Objection to the form.
11:00:35   10         Q.    If any.
11:00:36   11         A.    Between equity value and fair
11:00:37   12    market value?
11:00:38   13         Q.    Yes.
11:00:39   14         A.    You mean in an accounting sense?
11:00:40   15         Q.    No.  How does the equity value
11:00:47   16    that you use on Exhibit 1A compare with the
11:00:51   17    fair market value of EMI?
11:00:54   18              MS. DYER:   Hold on.  Objection to
11:00:59   19         the form.
11:00:59   20         A.    What Ms. DeMario was calculating
11:01:01   21    was what she determined was fair market value.
11:01:05   22    The way she calculated it was to calculate an
11:01:08   23    equity value based on EMI's forecasts.  And
11:01:15   24    their own books and records.
11:01:17   25         Q.    Prior to the preparation of

CONFIDENTIAL
Teece, David - 7/30/2010

Page 82

| | 1 | DAVID J. TEECE-CONFIDENTIAL |
|---|---|---|
| 11:07:56 | 2 | calculations that are reflected here were a |
| 11:07:58 | 3 | series of assumptions with respect to damages |
| 11:08:01 | 4 | that were given to you by counsel; correct? |
| 11:08:05 | 5 | A.    That is correct with the |
| 11:08:07 | 6 | exception of lost profits damages, where I |
| 11:08:14 | 7 | determined an appropriate measure of historical |
| 11:08:22 | 8 | return was to use an IRR. |
| 11:08:24 | 9 | Q.    We'll come to that. Let's look at |
| 11:08:27 | 10 | Exhibit 2A in Attachment D which is make whole |
| 11:08:33 | 11 | damages under English law.  Do you see that? |
| 11:08:34 | 12 | A.    Yes. |
| 11:08:39 | 13 | Q.    Am I correct what you reflect in |
| 11:08:42 | 14 | Exhibit 2A is the difference between the |
| 11:08:44 | 15 | amounts invested by the Plaintiffs and the |
| 11:08:47 | 16 | present value of EMI equity? |
| 11:08:51 | 17 | A.    Yeah, where present value refers |
| 11:08:53 | 18 | to current value basically. |
| 11:08:54 | 19 | Q.    June 2010.  Not present value in |
| 11:08:56 | 20 | some other sense; right? |
| 11:08:57 | 21 | A.    Correct.  Current value may be a |
| 11:08:59 | 22 | better term. |
| 11:09:00 | 23 | Q.    Okay.  And the current value of |
| 11:09:02 | 24 | the EMI equity of 234.4 million euros, that's a |
| 11:09:11 | 25 | number that you did not calculate; correct? |

Page 83

```
            1              DAVID J. TEECE-CONFIDENTIAL
11:09:16    2         A.    Once again this is derived from
11:09:19    3    Ms. DeMario's analysis and calculations.
11:09:23    4         Q.    Right. Did you do anything with
11:09:25    5    respect to the current value of the equity of
11:09:28    6    EMI to verify the calculations made by
11:09:31    7    Ms. DeMario?
11:09:33    8              MS. DYER:   Objection to the form.
11:09:34    9         A.    Not beyond what I have already
11:09:36   10    testified to.
11:09:41   11         Q.    Did you test any of the
11:09:41   12    assumptions in her valuation model?
11:09:49   13         A.    Not directly, no.
11:09:50   14         Q.    Did anyone ever show you any
11:09:53   15    valuations done by the fund with respect to the
11:10:01   16    funds' view of the current value of EMI?
11:10:03   17              MS. DYER:   Objection to the form.
11:10:09   18         A.    I believe I did see some
11:10:10   19    valuations done by the fund.
11:10:12   20         Q.    Were the valuations by the fund
11:10:14   21    as to current value higher or lower than the
11:10:17   22    numbers that are set out on Exhibit 2A?
11:10:23   23         A.    I believe they were higher.
11:10:25   24         Q.    And is it an impairment analysis
11:10:30   25    that you looked at?
```

CONFIDENTIAL
Teece, David - 7/30/2010

Page 84

|       |    |                                                        |
|-------|----|--------------------------------------------------------|
|       | 1  | DAVID J. TEECE-CONFIDENTIAL                            |
| 11:10:34 | 2  | A.    I forget the name of the                      |
| 11:10:35 | 3  | document.                                            |
| 11:10:37 | 4  | Q.    Did you see the document you're               |
| 11:10:38 | 5  | referring to prior to submission of your Expert     |
| 11:10:44 | 6  | Report?                                              |
| 11:10:44 | 7  | A.    I don't recall for sure.  I was               |
| 11:10:45 | 8  | aware that Terra Firma had some valuations          |
| 11:10:51 | 9  | based on what they thought they could do with       |
| 11:10:53 | 10 | the asset that were higher than Ms. DeMario's.      |
| 11:10:58 | 11 | Q.    Did you have any conversation               |
| 11:10:59 | 12 | with Ms. DeMario prior to the submission of         |
| 11:11:02 | 13 | your Expert Report contained in Exhibit 2A as       |
| 11:11:08 | 14 | to what impact, if any, the funds' own              |
| 11:11:11 | 15 | valuation had on her work?                          |
| 11:11:16 | 16 | A.    I did understand that she was               |
| 11:11:17 | 17 | looking at the asset sort of on a stand-alone       |
| 11:11:22 | 18 | basis and not taking into account the full          |
| 11:11:28 | 19 | measure of what a buyer might do to improve the     |
| 11:11:34 | 20 | asset.                                               |
| 11:11:38 | 21 | You know, her definition of fair          |
| 11:11:39 | 22 | market value, which I think is, you know, is        |
| 11:11:45 | 23 | consistent with what's in the literature on         |
| 11:11:48 | 24 | fair market value is clear.  What some people       |
| 11:11:55 | 25 | call investment value, which is -- which can be     |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 113

|  |  |  |
|---|---|---|
|  | 1 | DAVID J. TEECE-CONFIDENTIAL |
| 11:56:07 | 2 | of them, but I have not studied them in any |
| 11:56:10 | 3 | detail. |
| 11:56:10 | 4 | Q.   Other than Odeon can you name |
| 11:56:12 | 5 | any? |
| 11:56:12 | 6 | A.   No.   Most of them are not sort of |
| 11:56:14 | 7 | high profile companies they are public names. |
| 11:56:18 | 8 | Q.   I am just asking you if you can |
| 11:56:21 | 9 | name them? |
| 11:56:21 | 10 | A.   As I sit here now, no. |
| 11:56:23 | 11 | Q.   Can you tell me how you used the |
| 11:56:25 | 12 | data that is set out in Dolenec Exhibit 34 to |
| 11:56:27 | 13 | calculate the IRR of 43.66 percent? |
| 11:56:30 | 14 | A.   Yes.   Basically, as you probably |
| 11:56:34 | 15 | know, an IRR calculation involves inputting all |
| 11:56:40 | 16 | the cash flows that come in, as well as the |
| 11:56:45 | 17 | cash flows that come out. |
| 11:56:52 | 18 | And what I have done, which I |
| 11:56:55 | 19 | think is conservative, I have excluded value |
| 11:56:59 | 20 | that's not been realized. |
| 11:57:06 | 21 | And then the, you know, a DCF, |
| 11:57:09 | 22 | fundamentally -- excuse me, an IRR |
| 11:57:12 | 23 | fundamentally assumes, you know, reinvestment |
| 11:57:15 | 24 | of cash flows to calculate a, to simultaneously |
| 11:57:20 | 25 | calculate an internal rate of return number. |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 114

|  |  |  |
|---|---|---|
|  | 1 | DAVID J. TEECE-CONFIDENTIAL |
| 11:57:23 | 2 | Which is, you know, one of them measures that |
| 11:57:26 | 3 | economists frequently use to look at the |
| 11:57:28 | 4 | performance of investments. |
| 11:57:30 | 5 | Q.    The calculation that you just |
| 11:57:31 | 6 | mentioned, did you perform that calculation or |
| 11:57:33 | 7 | did someone on your staff do it? |
| 11:57:34 | 8 | A.    No, my staff did that. |
| 11:57:36 | 9 | Q.    Did you audit it? |
| 11:57:37 | 10 | A.    Personally? |
| 11:57:38 | 11 | MS. DYER:    Objection to the form. |
| 11:57:39 | 12 | Q.    Yes. |
| 11:57:44 | 13 | A.    No.  I didn't personally audit. |
| 11:57:46 | 14 | Other than in the sense of discussing it with |
| 11:57:49 | 15 | Mr. Blair who led this part of the analysis to |
| 11:57:53 | 16 | make sure that he understood the key elements |
| 11:58:01 | 17 | of the exercise. |
| 11:58:03 | 18 | Q.    Did you calculate for any Terra |
| 11:58:06 | 19 | Firma fund its internal rate of return on |
| 11:58:10 | 20 | investments other than EMI between May 21, 2007 |
| 11:58:14 | 21 | and June 1, 2010? |
| 11:58:19 | 22 | A.    Can I have that read back. |
| 11:58:20 | 23 | Q.    Let me ask you a different |
| 11:58:21 | 24 | question.  The internal rate of return you |
| 11:58:23 | 25 | calculated 43.66 percent, over what period of |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 115

|          |    |                                                   |
|----------|----|---------------------------------------------------|
|          | 1  | DAVID J. TEECE-CONFIDENTIAL                       |
| 11:58:26 | 2  | time was that calculated?                         |
| 11:58:29 | 3  | A.    Well I think judging by the data            |
| 11:58:31 | 4  | here, the first entry was an investment in        |
| 11:58:34 | 5  | Phoenix Inns in August of '95.  So it would be    |
| 11:58:45 | 6  | from '95 through December of '09 was the last     |
| 11:58:55 | 7  | cash entry.                                        |
| 11:58:58 | 8  | Q.    So, is it your understanding that           |
| 11:58:59 | 9  | the historical IRR that you've set out of 43.66   |
| 11:59:06 | 10 | percent is the historical IRR in the period       |
| 11:59:10 | 11 | August 1995 through December 2009 over the        |
| 11:59:14 | 12 | entire period?                                    |
| 11:59:15 | 13 | A.    Yes.  Putting unrealized                    |
| 11:59:19 | 14 | investments to one side.                          |
| 11:59:23 | 15 | Q.    Did you make any effort to                  |
| 11:59:24 | 16 | separately calculate the IRR earned by any of     |
| 11:59:30 | 17 | the Terra Firma funds between May 21, 2007, the   |
| 11:59:34 | 18 | first date that you've listed here on             |
| 11:59:38 | 19 | Exhibit 2C and June 1 of 2010?                    |
| 11:59:46 | 20 | A.    What was the first date you                 |
| 11:59:48 | 21 | mentioned?                                        |
| 11:59:50 | 22 | Q.    May 21, 2007.                               |
| 11:59:51 | 23 | A.    Yes.                                        |
| 11:59:52 | 24 | Q.    It comes from line E, row E.  I             |
| 11:59:56 | 25 | am always confused between rows and columns.  I   |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 116

|         |    |                                                  |
|---------|----|--------------------------------------------------|
|         | 1  | DAVID J. TEECE-CONFIDENTIAL                       |
| 11:59:58 | 2  | think it is a row.  Row E of Exhibit 2C.        |
| 12:00:03 | 3  | A.    Can I have the question again.           |
| 12:00:05 | 4  | Q.    Yes.  I'll ask you the question          |
| 12:00:05 | 5  | again.  Did you make any separate calculation   |
| 12:00:07 | 6  | of the internal rate of return that has been    |
| 12:00:09 | 7  | realized by the Terra Firma funds since May 21, |
| 12:00:14 | 8  | 2007?                                            |
| 12:00:15 | 9  | A.    No.                                       |
| 12:00:15 | 10 | Q.    Is it your expert opinion that           |
| 12:00:22 | 11 | had Terra Firma not bought EMI, it would have   |
| 12:00:27 | 12 | earned a rate of return between May 21, 2007    |
| 12:00:31 | 13 | and today at a rate of 43.66 percent?           |
| 12:00:39 | 14 | A.    Is it my expert opinion that is          |
| 12:00:41 | 15 | what they would have earned?                    |
| 12:00:42 | 16 | Q.    Yes.                                      |
| 12:00:43 | 17 | A.    What I'm doing here is                    |
| 12:00:46 | 18 | calculating their historical return over the    |
| 12:00:55 | 19 | observable history of their investments.  To me |
| 12:01:00 | 20 | that's the best measure I can think of for      |
| 12:01:04 | 21 | coming up with an estimate of lost profits.     |
| 12:01:09 | 22 | Q.    My question is slightly                   |
| 12:01:10 | 23 | different.  Are you offering an opinion as to   |
| 12:01:15 | 24 | what rate of return Terra Firma would have      |
| 12:01:17 | 25 | earned from May 21, 2007 to June 1, 2010 had it |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 117

```
            1              DAVID J. TEECE-CONFIDENTIAL
12:01:24    2    not invested in EMI?
12:01:27    3              MS. DYER:   Objection, asked and
12:01:27    4         answered.
12:01:28    5         A.    I don't think I'm offering that
12:01:29    6    opinion.  I'm telling you how I calculated the
12:01:33    7    historic return, which is what I understand
12:01:37    8    under the law is the criteria that can be used
12:01:41    9    for determining lost profits.
12:01:43   10         Q.    Were you instructed in your lost
12:01:44   11    profits calculation to use a historic rate of
12:01:50   12    return going back to 1995?
12:02:01   13         A.    I don't think the mandate was
12:02:03   14    that specific.
12:02:06   15         Q.    Do you understand -- sorry, I
12:02:08   16    didn't mean to cut you off, sir.
12:02:10   17         A.    I understood the mandate was to
12:02:13   18    use past performance as an appropriate measure.
12:02:18   19    And my job was to figure out what is the best
12:02:20   20    measure of past performance.
12:02:21   21         Q.    Did you not understand -- what do
12:02:24   22    the words lost profits mean to an economist
12:02:27   23    such as you?
12:02:28   24         A.    At a general level, you know,
12:02:33   25    lost profits are in the but-for world what
```

CONFIDENTIAL
Teece, David - 7/30/2010

Page 118

|  |  |  |
|---|---|---|
|  | 1 | DAVID J. TEECE-CONFIDENTIAL |
| 12:02:41 | 2 | would you have made on the asset or on the, in |
| 12:02:47 | 3 | this case, on the funds, what might you have |
| 12:02:50 | 4 | made on the funds that were deployed one way |
| 12:02:55 | 5 | when they might have been deployed a different |
| 12:02:58 | 6 | way in the but-for world. |
| 12:02:58 | 7 | Q.    And in your but-for world which |
| 12:03:00 | 8 | we are going to come to in some detail, Terra |
| 12:03:04 | 9 | Firma Funds 2 and 3 would not have invested in |
| 12:03:07 | 10 | EMI; correct? |
| 12:03:10 | 11 | A.    That's correct. |
| 12:03:11 | 12 | Q.    There would have been funds |
| 12:03:12 | 13 | available to them to make alternative |
| 12:03:14 | 14 | investments between May of 2007 and the |
| 12:03:17 | 15 | present; correct? |
| 12:03:18 | 16 | A.    Yes. |
| 12:03:21 | 17 | Q.    Is it your testimony that had the |
| 12:03:23 | 18 | funds not invested in EMI in your but-for |
| 12:03:28 | 19 | world, they would have realized a return of |
| 12:03:31 | 20 | 43.66 percent on alternative investments |
| 12:03:35 | 21 | between May 21, 2007 and the present? |
| 12:03:38 | 22 | MS. DYER:   Objection to the form. |
| 12:03:41 | 23 | A.    I'm not making that prediction as |
| 12:03:44 | 24 | such.  What I'm doing is saying that a good |
| 12:03:47 | 25 | measure of the likely expected performance is |

Page 119

|  |  |  |
|---|---|---|
| | 1 | DAVID J. TEECE-CONFIDENTIAL |
| 12:03:52 | 2 | the past performance. |
| 12:03:54 | 3 | Q.   Right. Is that your experience in |
| 12:03:55 | 4 | the marketplace that past performance dictates |
| 12:03:57 | 5 | future performance? |
| 12:04:00 | 6 | MS. DYER:   Objection to the form. |
| 12:04:02 | 7 | A.   Amongst private equity funds? If |
| 12:04:06 | 8 | you look at the private equity funds as a |
| 12:04:08 | 9 | degree of past dependence, I mean in venture |
| 12:04:12 | 10 | capital, Kleiner Perkins has continued to do |
| 12:04:16 | 11 | very well.  That what people tend to look at |
| 12:04:20 | 12 | is, you know, the historic performance, |
| 12:04:22 | 13 | recognizing of course it is not a perfect |
| 12:04:24 | 14 | predictor, but what tends to attract new money |
| 12:04:29 | 15 | in is past performance. |
| 12:04:32 | 16 | And the ones that have performed |
| 12:04:36 | 17 | are well are very hard to get into. |
| 12:04:38 | 18 | Q.   Have you analyzed the actual |
| 12:04:40 | 19 | performance of Terra Firma in investments other |
| 12:04:42 | 20 | than EMI between May of 2007 and the current |
| 12:04:48 | 21 | date? |
| 12:04:48 | 22 | MS. DYER:   Objection, asked and |
| 12:04:53 | 23 | answered. |
| 12:04:53 | 24 | A.   No.  I haven't done a specific |
| 12:04:55 | 25 | analysis.  I have looked at the cash in and |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 120

```
             1           DAVID J. TEECE-CONFIDENTIAL
12:04:57     2     cash out through the time period that I've
12:05:03     3     identified and shown here.
12:05:04     4           Q.    Again, just so I try to get an
12:05:07     5     understanding of what you did with some
12:05:09     6     precision, and we don't have a dispute about it
12:05:11     7     later, is it your testimony that had Terra
12:05:17     8     Firma Funds 2 and 3 not invested in EMI, they
12:05:21     9     would have earned 43.66 percent between May
12:05:25    10     2007 and June of 2010, can you answer that yes
12:05:33    11     or no?
12:05:33    12                MS. DYER:   Objection to the form.
12:05:33    13                Asked and answered twice.
12:05:34    14           A.    I don't think I can add more to
12:05:36    15     what I've already said.
12:05:39    16           Q.    You are not capable of answering
12:05:40    17     that question on a yes or no basis?
12:05:44    18                MS. DYER:   Objection to the form of
12:05:45    19                that question.
12:05:47    20           A.    Is it different from the earlier
12:05:49    21     questions you put to me.
12:05:50    22           Q.    I am waiting for a yes or no
12:05:51    23     answer.  I think we both know --
12:05:53    24                MS. DYER:   Objection.
12:05:54    25           Q.    Let me ask the question one more
```

CONFIDENTIAL
Teece, David - 7/30/2010

Page 121

|          |    |                                                |
|----------|----|------------------------------------------------|
|          | 1  | DAVID J. TEECE-CONFIDENTIAL                    |
| 12:05:55 | 2  | time.  If you can't answer it yes or no we will |
| 12:05:57 | 3  | just wait until we see Judge Rakoff and get a  |
| 12:06:00 | 4  | yes or no answer at trial.                     |
| 12:06:01 | 5  | Are you offering an opinion that               |
| 12:06:04 | 6  | between May 21, 2007 and June of 2010 had the  |
| 12:06:09 | 7  | Terra Firma Funds 2 and 3 not invested in EMI  |
| 12:06:13 | 8  | they would have earned 43.66 percent as a      |
| 12:06:16 | 9  | return in that time period?                    |
| 12:06:18 | 10 | MS. DYER:   Objection to form.                 |
| 12:06:20 | 11 | Asked and answered.                            |
| 12:06:23 | 12 | A.    I am telling you the best measure        |
| 12:06:24 | 13 | of lost profits damages is what they earned in |
| 12:06:27 | 14 | the past.                                      |
| 12:06:27 | 15 | Q.    Could you answer my question yes         |
| 12:06:29 | 16 | or no?                                         |
| 12:06:30 | 17 | MS. DYER:   Objection to the form.             |
| 12:06:32 | 18 | If you can't answer it yes or no, you          |
| 12:06:33 | 19 | can't answer it yes or no.                     |
| 12:06:34 | 20 | A.    I have given you what I've done          |
| 12:06:37 | 21 | and the best answer I can to your question.    |
| 12:06:41 | 22 | Q.    You're absolutely not capable of         |
| 12:06:43 | 23 | answering that question with a yes or no?      |
| 12:06:45 | 24 | MS. DYER:   Objection to the form.             |
| 12:06:46 | 25 | Q.    Under oath?                              |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 127

|  |  |
|--|--|
|  | 1 |

            1              DAVID J. TEECE-CONFIDENTIAL
12:13:52    2    the co-investors imply anything about the
12:13:55    3    equity value of EMI in January of 2008?
12:14:01    4              MS. DYER:   Objection to the form.
12:14:03    5         A.   Did they imply anything about the
12:14:05    6    equity value? I think they did endeavor to
12:14:14    7    forecast what the expected future prospects
12:14:20    8    would be.
12:14:21    9         Q.   Do you know who prepared those
12:14:23   10    co-investor presentations?
12:14:26   11         A.   I believe Terra Firma did.
12:14:28   12         Q.   Do you know how the equity value
12:14:30   13    set out in Terra Firma's own equity -- own
12:14:34   14    presentations to potential co-investors
12:14:37   15    compared to Ms. DeMario's valuation of the
12:14:39   16    equity of EMI?
12:14:44   17         A.   I think they were above.
12:14:46   18         Q.   Do you know?
12:14:47   19         A.   Yes.   I'm certain they were.
12:14:52   20         Q.   Is it your testimony those
12:14:53   21    presentations are unrelated to fair market
12:14:55   22    value?
12:14:58   23              MS. DYER:   Objection to the form.
12:15:04   24         A.   I don't think they purported to
12:15:05   25    measure fair market value in the sense that --

CONFIDENTIAL
Teece, David - 7/30/2010

Page 128

|  |  |  |
|---|---|---|
|  | 1 | DAVID J. TEECE-CONFIDENTIAL |
| 12:15:11 | 2 | in the typical definition and in the sense that |
| 12:15:13 | 3 | was used -- definition that was used by |
| 12:15:15 | 4 | Ms. DeMario. |
| 12:15:22 | 5 | Q.    Go to Exhibit 4A please, May 2007 |
| 12:15:28 | 6 | values.  Do you see that, value of EMI equity |
| 12:15:31 | 7 | received by TFCP funds as of May 2007? |
| 12:15:34 | 8 | A.    Yes. |
| 12:15:34 | 9 | Q.    I don't want to belabor this.  I |
| 12:15:36 | 10 | just want to make sure we are being complete. |
| 12:15:38 | 11 | Would you agree with me that the |
| 12:15:40 | 12 | implied value of the EMI equity received by the |
| 12:15:43 | 13 | TFCP funds in May 2007 is based on calculations |
| 12:15:48 | 14 | solely performed by Ms. DeMario? |
| 12:15:53 | 15 | A.    The input, you know, if you're |
| 12:16:05 | 16 | asking where the lines A and B came from |
| 12:16:09 | 17 | Ms. DeMario's report, the answer is yes. |
| 12:16:11 | 18 | Q.    Okay.  Well let me then -- |
| 12:16:13 | 19 | A.    A, B and C in fact. |
| 12:16:16 | 20 | Q.    A, B and C, G, H and I; isn't |
| 12:16:21 | 21 | that correct? |
| 12:16:28 | 22 | Let's do it line by line, I don't |
| 12:16:31 | 23 | think it will take that long, the fair market |
| 12:16:33 | 24 | enterprise value reflected on line A of |
| 12:16:36 | 25 | Exhibit 4A that was calculated by Ms. DeMario; |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 129

                    1              DAVID J. TEECE-CONFIDENTIAL
12:16:39    2       correct?
12:16:39    3              A.    Correct.
12:16:39    4              Q.    Not independently verified by
12:16:41    5       you; correct?
12:16:41    6              A.    Correct.
12:16:41    7                    MS. DYER:   Objection to the form.
12:16:42    8              Q.    The gross debt outstanding post
12:16:44    9       acquisition number in line B, that is not a
12:16:46   10       number you verified independently; correct?
12:16:49   11                    MS. DYER:   Objection to the form.
12:16:53   12              A.    Correct.
12:16:53   13              Q.    The implied value of EMI equity
12:16:55   14       received by the fund in May of 2007 for Terra
12:17:01   15       Firma Capital Partners 2 and 3 that are set out
12:17:03   16       in line G and line H are numbers that are based
12:17:07   17       entirely on Ms. DeMario's calculation; correct?
12:17:10   18              A.    That is correct.
12:17:12   19              Q.    Similarly line I, total EMI
12:17:15   20       equity owned by the TFCP funds is a number
12:17:18   21       calculated solely by Ms. DeMario and not very
12:17:20   22       you filed by you; correct?
12:17:22   23                    MS. DYER:   Objection to the form.
12:17:32   24              A.    It is based on, as I made clear,
12:17:33   25       on the data and calculations provide to me by

CONFIDENTIAL
Teece, David - 7/30/2010

Page 130

|          |    |                                                 |
|----------|----|-------------------------------------------------|
|          | 1  | DAVID J. TEECE-CONFIDENTIAL                     |
| 12:17:39 | 2  | Ms. DeMario.                                    |
| 12:17:40 | 3  | Q.    If we go to Exhibit 4B the                |
| 12:17:43 | 4  | present value of EMI equity owned by the TFCP   |
| 12:17:46 | 5  | funds, you have not personally, nor has anyone  |
| 12:17:48 | 6  | on your staff done a valuation of the current   |
| 12:17:53 | 7  | value of EMI equity; correct?                   |
| 12:17:55 | 8  | A.    That is correct.                          |
| 12:18:01 | 9  | Q.    If we turn next to attachments E,         |
| 12:18:08 | 10 | sir. These are the same series of damage        |
| 12:18:09 | 11 | calculations using August of 2007 values.  Do   |
| 12:18:12 | 12 | you see that, it follows right after Exhibit,   |
| 12:18:17 | 13 | Attachment D is Attachment E.                   |
| 12:18:26 | 14 | MS. DYER:   I can probably turn to              |
| 12:18:30 | 15 | it.  I think you're in it.  But I will          |
| 12:18:34 | 16 | just verify it.  Here we are Attachment E.      |
| 12:18:37 | 17 | You did say E as in elephant?                   |
| 12:18:39 | 18 | MR. COHEN:   E.                                 |
| 12:18:40 | 19 | Q.    These are the August 2007               |
| 12:18:42 | 20 | valuation dates, do you see that, sir?          |
| 12:18:44 | 21 | A.    Yes.                                       |
| 12:18:44 | 22 | Q.    Again I would like to try to do         |
| 12:18:46 | 23 | this in a truncated way unless we can't.         |
| 12:18:49 | 24 | Do you do the same calculations              |
| 12:18:52 | 25 | as of August 2007 in Attachment E that are set  |

Page 131

| | | |
|---|---|---|
| | 1 | DAVID J. TEECE-CONFIDENTIAL |
| 12:18:58 | 2 | out for May of 2007 in Attachment D? |
| 12:19:02 | 3 | A. Yes. The mechanics are the same. |
| 12:19:03 | 4 | Q. Are all the equity values as of |
| 12:19:10 | 5 | August 2007 derived from calculations solely |
| 12:19:14 | 6 | performed by Ms. DeMario? |
| 12:19:19 | 7 | A. Well I received them from |
| 12:19:20 | 8 | Ms. DeMario. She may have had help. But I am |
| 12:19:24 | 9 | basing it entirely on Ms. DeMario, what she |
| 12:19:26 | 10 | provided me with. |
| 12:19:28 | 11 | Q. And have you done or anyone on |
| 12:19:30 | 12 | your staff done any independent valuation of |
| 12:19:34 | 13 | the equity of EMI as of August 2007? |
| 12:19:37 | 14 | A. No. |
| 12:19:38 | 15 | MR. COHEN: I think this is |
| 12:19:39 | 16 | probably a good time for a break. |
| 12:19:40 | 17 | MS. DYER: Okay. |
| 12:19:45 | 18 | VIDEOGRAPHER: The type is 12:20 |
| 12:19:46 | 19 | p.m. Off the record. |
| | 20 | (Luncheon Recess: 12:20 p.m.) |
| | 21 | |
| | 22 | |
| | 23 | A F T E R N O O N   S E S S I O N |
| | 24 | 1:11 p.m. |
| | 25 | |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 132

|        |    |                                                             |
|--------|----|-------------------------------------------------------------|
|            | 1  | DAVID J. TEECE-CONFIDENTIAL                      |
|            | 2  | DAVID J. TEECE,                                  |
|            | 3  | resumed, having been previously duly sworn, was  |
| 13:10:38   | 4  | examined and testified further as follows:       |
| 13:10:38   | 5  | VIDEOGRAPHER:  The time is 1:11 p.m.             |
| 13:10:41   | 6  | We are back on the record.                       |
| 13:10:49   | 7  | CONTINUED EXAMINATION BY MR. COHEN:              |
| 13:10:49   | 8  | Q.   Go back to your report, sir,               |
| 13:10:51   | 9  | Exhibit 1.  I will focus you on page 13,        |
| 13:10:57   | 10 | paragraph 38, and footnote 50.  Do you see you  |
| 13:11:11   | 11 | are testifying here or your report sets out     |
| 13:11:14   | 12 | some information about due diligence?           |
| 13:11:15   | 13 | A.   Yes.                                        |
| 13:11:15   | 14 | Q.   If you look at footnote 50, you            |
| 13:11:19   | 15 | raise a company that says may be relevant to    |
| 13:11:21   | 16 | your analysis.  You say in footnote 50 "I do    |
| 13:11:25   | 17 | not know which, if any data were provided to    |
| 13:11:28   | 18 | Premira that were not present in the data room  |
| 13:11:30   | 19 | or vice versa.  This question may be relevant   |
| 13:11:33   | 20 | to my analysis if Premira had access to         |
| 13:11:35   | 21 | information that was materially important in    |
| 13:11:37   | 22 | its decision not to pursue an EMI acquisition,  |
| 13:11:40   | 23 | and that information had been excluded from the |
| 13:11:42   | 24 | data room, any information on the details of    |
| 13:11:45   | 25 | that exclusion, and the basis on which it had   |

Page 225

|   |   |
|---|---|
| | 1 | DAVID J. TEECE-CONFIDENTIAL |
| 15:24:51 | 2 | of your but-for world depends upon the fact |
| 15:24:54 | 3 | that no one would have bid after the failure of |
| 15:24:59 | 4 | Terra Firma to bid? |
| 15:25:00 | 5 | MS. DYER:   Objection to the form. |
| 15:25:06 | 6 | A.   I believe that it is unlikely |
| 15:25:21 | 7 | that there would have been a bid.   I'm not |
| 15:25:23 | 8 | saying it couldn't have happened.   The key |
| 15:25:29 | 9 | question is would Terra Firma, no matter what |
| 15:25:34 | 10 | other folks did, the key question would Terra |
| 15:25:37 | 11 | Firma have come in. |
| 15:25:38 | 12 | Let's suppose that Warner, |
| 15:25:40 | 13 | hypothetically had come in, that wouldn't |
| 15:25:42 | 14 | necessarily be a triggering event for Terra |
| 15:25:46 | 15 | Firma.   Because Warner is in a different |
| 15:25:48 | 16 | strategic group. |
| 15:25:52 | 17 | Q.   Did you look at any Terra Firma |
| 15:25:53 | 18 | documents that suggested to you that Terra |
| 15:25:57 | 19 | Firma was planning for the eventuality of a |
| 15:26:01 | 20 | competing offer from Warner in May 2007? |
| 15:26:03 | 21 | MS. DYER:   Objection to the form. |
| 15:26:06 | 22 | A.   Depends what you mean by a |
| 15:26:07 | 23 | competing offer.   What do you mean by -- |
| 15:26:09 | 24 | Q.   What I mean was Terra Firma |
| 15:26:11 | 25 | taking steps in May 2007 to increase its bid |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 226

                1           DAVID J. TEECE-CONFIDENTIAL
15:26:17    2    for EMI in the event that Warner came in with a
15:26:20    3    bid?
15:26:21    4                MS. DYER:   Objection to the form.
15:26:26    5           A.    In the situation where Terra
15:26:31    6    Firma had made a bid, it was recognizing that
15:26:39    7    there could be some activity from Warner.  But
15:26:48    8    I believe Mr. Hands testified at the time he
15:26:50    9    made the bid, he didn't expect there to be a
15:26:52   10    bid from Warner.
15:26:55   11                But that there was some
15:26:58   12    possibility there could be a bid from Warner
15:26:59   13    subsequently.
15:27:01   14           Q.    Are you relying on that
15:27:02   15    testimony?
15:27:02   16           A.    Am I relying on it?
15:27:04   17           Q.    Yes.
15:27:04   18           A.    I'm taking it into account, yes.
15:27:06   19           Q.    Look at paragraph 153 of your
15:27:08   20    report, page 40.  Let me know when you're
15:27:21   21    there.  You say "The economic principles
15:27:28   22    related to real option theory and auction
15:27:31   23    theory discussed above support a conclusion
15:27:33   24    that, but for the fraud, Terra Firma would have
15:27:36   25    had strong economic incentives not to bid at

Page 227

|              |    | DAVID J. TEECE-CONFIDENTIAL                    |
|--------------|----|------------------------------------------------|
| 15:27:40     | 2  | the auction and not to place a subsequent      |
| 15:27:41     | 3  | binding offer for EMI in 2007.  This conclusion |
| 15:27:44     | 4  | is consistent with my understanding of Terra   |
| 15:27:46     | 5  | Firma's historical behavior and practices."    |
| 15:27:49     | 6  |            What's the basis for your           |
| 15:27:50     | 7  | conclusion -- what's the basis for your        |
| 15:27:54     | 8  | understanding of Terra Firma's historical      |
| 15:27:56     | 9  | behavior and practices?                        |
| 15:28:04     | 10 |         A.    Conversations that my staff had  |
| 15:28:05     | 11 | with Guy Hands.  I think there is some          |
| 15:28:09     | 12 | testimony as well, but it is mainly            |
| 15:28:13     | 13 | conversations with Guy Hands.                  |
| 15:28:15     | 14 |         Q.    You didn't have any testimony    |
| 15:28:16     | 15 | available when you wrote this report, did you? |
| 15:28:18     | 16 |         A.    Correct.                         |
| 15:28:20     | 17 |         Q.    What did your staff learn from   |
| 15:28:22     | 18 | Mr. Hands about Terra Firma's historical       |
| 15:28:24     | 19 | behavior and practices?                        |
| 15:28:28     | 20 |         A.    Well that was not uncommon for   |
| 15:28:31     | 21 | Mr. Hands to walk a deal down.                 |
| 15:28:33     | 22 |         Q.    What deals?                      |
| 15:28:43     | 23 |         A.    I don't remember as I sit right  |
| 15:28:44     | 24 | here.  As I sit here right now.                |
| 15:28:46     | 25 |         Q.    Can you point me to any document |

Page 228

1                    DAVID J. TEECE-CONFIDENTIAL

15:28:47   2      that you've seen that demonstrates the history

15:28:51   3      of Terra Firma, quote/unquote, walking a deal

15:28:54   4      down?

15:28:55   5              A.    No.

15:28:56   6              Q.    Is there any deal that you can

15:28:58   7      testify to as you sit here today, I can only

15:29:02   8      ask you about as you sit here today, in which

15:29:04   9      Terra Firma walked a deal down?

15:29:05  10              A.    I can't give you the names.  But

15:29:09  11      I do recall my staff discussing this with Guy

15:29:13  12      Hands and like many other private equity

15:29:18  13      players, I think he, you know, uses this

15:29:23  14      technique with some frequency.

15:29:25  15              Q.    Did your staff do anything to

15:29:26  16      verify what Mr. Hands had to say?

15:29:29  17                  MS. DYER:    Objection to the form.

15:29:39  18              A.    Can I have the question, please.

15:29:41  19                  (The pending question was read as

15:29:41  20          follows:

15:29:25  21              "Question:    Did your staff do

15:29:26  22          anything to verify what Mr. Hands had to

15:29:28  23          say?")

15:29:42  24              A.    They may have talked to other

15:29:45  25      people in Terra Firma.  I just don't recall as

CONFIDENTIAL
Teece, David - 7/30/2010

Page 229

|  |  |
|---|---|
| | 1 | DAVID J. TEECE-CONFIDENTIAL |
| 15:29:46 | 2 | I sit here right now. |
| 15:29:47 | 3 | Q. Do you know of any person that |
| 15:29:50 | 4 | your staff talked to other than Mr. Hands? |
| 15:29:55 | 5 | MS. DYER: Objection, asked and |
| 15:29:56 | 6 | answered. |
| 15:29:56 | 7 | A. I don't remember. I think there |
| 15:29:57 | 8 | might have, but I just don't remember as I sit |
| 15:29:59 | 9 | here right now. |
| 15:30:00 | 10 | Q. They might have or you don't |
| 15:30:01 | 11 | know? |
| 15:30:01 | 12 | A. I don't know. |
| 15:30:03 | 13 | Q. Look at paragraph 154. "I |
| 15:30:06 | 14 | understand that as a firm that is often engaged |
| 15:30:08 | 15 | in the acquisition of companies and other |
| 15:30:09 | 16 | assets, Terra Firma has a practice of engaging |
| 15:30:12 | 17 | in strategic behavior in an effort to obtain |
| 15:30:15 | 18 | the most attractive price for the asset that is |
| 15:30:18 | 19 | seeking to purchase." |
| 15:30:19 | 20 | Do you see that? |
| 15:30:20 | 21 | A. Yes. |
| 15:30:20 | 22 | Q. Is that unique to Terra Firma, |
| 15:30:22 | 23 | that kind of strategic behavior? |
| 15:30:24 | 24 | A. No. |
| 15:30:25 | 25 | Q. You say "I understand that that |

CONFIDENTIAL
Teece, David - 7/30/2010

Page 230

|  |  |  |
|---|---|---|

```
             1              DAVID J. TEECE-CONFIDENTIAL
15:30:26     2      strategic behavior includes Terra Firma's
15:30:28     3      approach to bidding at auctions.  Terra Firma's
15:30:32     4      pricing of its indicative, intermediate and
15:30:35     5      final offers to potential targets.  Terra
15:30:37     6      Firma's efforts to engage in extended
15:30:39     7      negotiations with the aim of reducing the
15:30:41     8      acquisition price over time and other similar
15:30:44     9      tactics."
15:30:45    10              Do you see that, sir?
15:30:45    11          A.    Yes.
15:30:46    12          Q.    Have you seen any documents that
15:30:47    13      relate to Terra Firma's approach of bidding at
15:30:50    14      auctions?
15:30:50    15          A.    No.  That's usually very guarded
15:30:55    16      and not something you want to write down.
15:31:00    17          Q.    Who is the source of the
15:31:02    18      information about the way in which Terra Firma
15:31:05    19      prices its indicative, intermediate, and final
15:31:08    20      offers?
15:31:11    21          A.    My staff.
15:31:11    22          Q.    What did they tell you?
15:31:17    23          A.    That when they interviewed Guy
15:31:21    24      Hands and went through some of his bidding
15:31:22    25      tactics, that it included these approaches and
```

Page 231

|  |  |  |
|---|---|---|
|  | 1 | DAVID J. TEECE-CONFIDENTIAL |
| 15:31:26 | 2 | these strategies. |
| 15:31:27 | 3 | Q.    What was the strategy with |
| 15:31:28 | 4 | respect to indicative, intermediate and final |
| 15:31:32 | 5 | offers he told them about? |
| 15:31:39 | 6 | A.    Well, I don't remember the |
| 15:31:39 | 7 | details. |
| 15:31:40 | 8 | Q.    Do you remember anything about |
| 15:31:42 | 9 | the bidding strategies that your staff learned |
| 15:31:46 | 10 | from Mr. Hands? |
| 15:31:47 | 11 | A.    What I remember is that I |
| 15:32:00 | 12 | explained what a walk down strategy was.  And, |
| 15:32:09 | 13 | you know, my staff had conversations with Guy |
| 15:32:11 | 14 | Hands and they came away with the impression |
| 15:32:13 | 15 | among the many things that Mr. Guy Hands did, |
| 15:32:16 | 16 | that he would use similar tactics, as I would |
| 15:32:19 | 17 | expect every good investment banker -- excuse |
| 15:32:23 | 18 | me, every good private equity negotiator does. |
| 15:32:27 | 19 | Q.    Can you tell me any deal in which |
| 15:32:30 | 20 | Terra Firma used a walk down strategy to obtain |
| 15:32:37 | 21 | an asset at a lower price than it otherwise |
| 15:32:39 | 22 | would have? |
| 15:32:41 | 23 | MS. DYER:    Objection, asked and |
| 15:32:41 | 24 | answered. |
| 15:32:43 | 25 | A.    As I sit here right now, no. |