```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TERRA FIRMA

                       Plaintiff,                      09 CIVIL 10459 (JSR)

     -against-                                  **JUDGMENT**

CITIGROUP

                       Defendant.
-----------------------------------------------------------X

The issues in the above-entitled action having been brought on for trial before the Honorable Jed S. Rakoff, United States District Judge, and a jury on October 18, 2010, and at the conclusion of the trial on November 4, 2010, the jury having returned a verdict in favor of the defendant, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

**DATED:** New York, New York
            December   , 2010

**SO ORDERED**

_____
      USDJ
12/9/10

                                    **RUBY J. KRAJICK**
                                      Clerk of Court
                          BY:
                                      Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X          Before: Jed S. Rakoff, U.S.D.J.
                                                                    Date: 11-4-2010
Terra Firma                                                         Case #: 09cv10459 (JSR)
                                                                    Courtroom Deputy: R. Landers
                         Plaintiff(s)                               Court Reporters:

            -against-

Citigroup

                         Defendant(s)

--------------------------------------------------------X
```

## AN EXTRACT OF THE MINUTES

**Plaintiff(s) by:**     **David Boies, Esq.**
                         **Boies, Schiller & Flexner**
                         **575 Lexington Ave**
                         **New York, NY 10022**
                         **212-446-2300**

**Defendant(s) by:**     **Theodore Wells, Jr., Esq.**
                         **Paul, Weiss, Rifkind**
                         **1285 Ave of the Americas**
                         **New York, NY 10022**
                         **212-373-3000**

A jury trial began on, October 18, 2010, and continued on the following dates:
10-19,20,21,22,25,26,27,28,29,November 1,2,3,4.

The jury returned with the following verdict:
Defendants found not liable.

7