FILED U.S. DC

JAN 10 2011

S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TERRA FIRMA INVESTMENTS (GP) 2 LIMITED    :
(for and on behalf of the six limited partnerships    :
constituting the Terra Firma Capital Partners II Fund),    :   09-CV-10459 (JSR)
and TERRA FIRMA INVESTMENTS (GP) 3    :
LIMITED (for and on behalf of Terra Firma Capital    :
Partners III, L.P.),    :

        Plaintiffs,    :

        v.    :

CITIGROUP INC., CITIBANK, N.A.,    :
CITIGROUP GLOBAL MARKETS LIMITED, and    :
CITIGROUP GLOBAL MARKETS INC.,    :

        Defendants.    :

-----------------------------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs Terra Firma Investments (GP) 2 Ltd. (for and on

behalf of the six limited partnerships constituting the Terra Firma Capital Partners II Fund) and

Terra Firma Investments (GP) 3 Ltd. (for and on behalf of Terra Firma Capital Partners III, L.P.)

(together, "Terra Firma") hereby appeal to the United States Court of Appeals for the Second

Circuit from the Judgment entered in this action on the 9th day of December, 2010 (Dkt. No.

162, attached as Exhibit A hereto).

The Court's Judgment, from which this appeal is taken, disposed of the entirety of Terra

Firma's Complaint based upon the Court's Order dated September 14, 2010 (Dkt. No. 98,

attached as Exhibit B hereto) granting summary judgment on Counts Two and Four of the

Complaint in favor of Defendants and against Terra Firma; the Court's Memorandum dated

November 2, 2010 (Dkt. No. 148, attached as Exhibit C hereto) explaining the Court's reasoning

for the September 14, 2010 Order; the Court's decision during the trial not to permit the jury to

render a verdict on Count Three of the Complaint; and the Jury's verdict rendered on Count One

of the Complaint on November 4, 2010.

Dated: January 10, 2011                   BOIES, SCHILLER & FLEXNER LLP
       New York, New York

By:        _____
               David Boies
               DBoies@BSFLLP.com
               333 Main Street
               Armonk, New York 10504
               Tel.: 914-749-8200

               Jonathan Sherman
               JSherman@BSFLLP.com
               William C. Jackson
               WJackson@BSFLLP.com
               5301 Wisconsin Avenue, N.W.
               Washington, D.C.  20015
               Tel.: 202-237-2727

               Christopher E. Duffy
               CDuffy@BSFLLP.com
               575 Lexington Avenue, 7th Floor
               New York, New York 10022
               Tel.: 212-446-2300

               *Attorneys for Plaintiffs Terra Firma Investments*
               *(GP) 2 Ltd. and Terra Firma Investments (GP) 3*
               *Ltd.*

2