```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
TERRA FIRMA INVESTMENTS (GP) 2        :
LIMITED (for and on behalf of the six :
limited partnerships constituting the :   09 Civ. 10459 (JSR)
Terra Firma Capital Partners II       :
Fund), and TERRA FIRMA INVESTMENTS    :   ORDER
(GP) 3 LIMITED (for and on behalf of  :
Terra Firma Capital Partners III,     :
L.P.),                                :
                                      :
           Plaintiffs,                :
                                      :
           -v-                        :
                                      :
CITIGROUP INC., CITIBANK N.A.,        :
CITIGROUP GLOBAL MARKETS LIMITED, and :
CITIGROUP GLOBAL MARKETS, INC.,       :
                                      :
           Defendants.                :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

Plaintiffs Terra Firma Investments (GP) 2 Limited and Terra Firma Investments (GP) 3 Limited have applied to the Court for permission to submit a supplemental report from Dr. David J. Teece, an expert witness whom the Court previously precluded from testifying at the first trial. Having received letter briefing from both sides, the Court denies the application substantially for the reasons stated in Citigroup's letter brief dated September 6, 2013.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 9, 2013