UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRA FIRMA INVESTMENTS (GP) 2 LIMITED and TERRA FIRMA INVESTMENTS (GP) 3 LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP INC., CITIBANK, N.A., and CITIGROUP GLOBAL MARKETS, LTD.,<br><br>Defendants. | 09 Civ. 10459 (JSR) |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiffs Terra Firma Investments (GP) 2 Limited and Terra Firma Investments (GP) 3 Limited, and Defendants Citigroup Inc., Citibank, N.A., and Citigroup Global Markets, Ltd., by their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that all remaining claims made in this action by Plaintiffs against Defendants are hereby dismissed, without prejudice to Plaintiffs' rights to re-file those claims in England.

Each party shall bear its own costs.

Dated: March 7, 2014

Doc#: US1:9251281v1

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br><br>By: _____<br><br>David Boies<br>(dboies@bsfllp.com)<br>333 Main Street<br>Armonk, New York 10504<br>Tel. (914) 749-8200<br><br>Christopher E. Duffy<br>(cduffy@bsfllp.com)<br>575 Lexington Avenue<br>New York, New York 10022<br>Tel. (212) 446-2300<br>*Attorneys for Plaintiffs* | PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br><br>By: _____<br><br>Brad S. Karp<br>(bkarp@paulweiss.com)<br>Theodore V. Wells, Jr.<br>(twells@paulweiss.com)<br>Jay Cohen<br>(jaycohen@paulweiss.com)<br>John F. Baughman<br>(jbaughman@paulweiss.com)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel. (212) 373-3000<br>*Attorneys for Defendants* |